# EXHIBIT 1
# A.B. IEP

**Chesterfield County Public School**
**Department of Exceptional Education**

# Individualized Education Program


Chesterfield County Public Schools
Innovative Engaging Relevant

| | | | | | |
|---|---|---|---|---|---|
| Student Name: | B██, A██ | Home Phone: | | Date: | **03/26/2020** |
| Date Of Birth: | ██/2005 | Home Address: | ██████ | Student No: | ██1520 |
| | | | Chesterfield, VA 23832 | | |

| Age | Gender | Grade | Home School | Attending School |
|---|---|---|---|---|
| **15** | **Female** | **09** | **Clover Hill HS** | **Clover Hill HS** |

**Parent/Guardian**

| Name | Home Phone | Name | Home Phone |
|---|---|---|---|
| **Jennifer Bills** | | **Heath Bills** | |
| Address | Work Phone | Address | Work Phone |
| **Chesterfield, VA 23832** | | **Chesterfield, VA 23832** | |
| | Emergency Phone | | Emergency Phone |

**IEP Review Due Date :**   03/25/2021        **Re-evaluation Due Date:**   10/03/2021

**Eligible:**  INTELLECTUAL DISABILITY, SPEECH or LANGUAGE IMPAIRMENT

The student and parents have been informed of his/her rights under IDEA. These rights will transfer from the parents to the student at age 18.

Parent Initial_____   Student Initial_____.

Transfer of Rights Notification Date:  04/08/2019

### IEP Team Members

**The list below indicates only those individuals who were present at the IEP meeting. While it is extremely important to have all members of the IEP team present for the entire meeting, the parent and the LEA may agree to excuse the attendance of an IEP team member for all or part of the meeting by initialing to the right of the person's name and noting the time the participant was excused.**

**The following were in attendance:**

| | | Excused from the Meeting | |
|---|---|---|---|
| **Names** | **Position** | **Initials** | **Time** |
| Bills, Jennifer | Mother | _____ | |
| Handsome, Kimberly S. | Coordinator of Special Education | _____ | |
| Boehling, Daniel E. | General Ed Teacher | _____ | 10:12 AM |
| Carpenter, Kevin M. | General Ed Teacher | _____ | 10:39 AM |
| Ferguson, Haley A. | General Ed Teacher | _____ | 9:54 AM |
| Gatch, Brianna S. | General Ed Teacher | _____ | 9:39 AM |
| Lickers, Lisa A. | Physical Therapist | _____ | 11:23 AM |
| Veach, Christine M. | School Counselor | _____ | 9:42 AM |
| Cichocki, Kelly C. | Teacher of Students with Disabilities | _____ | 10:39 AM |
| Jamieson, Michelle L. | Teacher of Students with Disabilities | _____ | 10:12 AM |
| Penick, Paula S. | Teacher of Students with Disabilities | _____ | 10:26 AM |
| Wild, Janine M. | Teacher of Students with Disabilities | _____ | |
| Stokes, Kathryn M. | Transition Coordinator | _____ | _____ |
| B██, A██ | Student | _____ | _____ |
| Lisa Wilson | Family Educational Advocate | _____ | _____ |

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| B█, A█ █ | █/2005 | █1520 | 03/26/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-1   Filed 10/27/21   Page 3 of 21   Pageid#: 64

## PRESENT LEVEL OF ACADEMIC AND FUNCTIONAL PERFORMANCE, TRANSITION, AND TESTING

**The "Present Level of Academic and Functional Performance" describes the effect of the student's disability upon the student's involvement and progress in the general education curriculum and area(s) of need. This includes the student's performance in academic areas (reading, math, science, history/social sciences, etc.), developmental, student input, and functional areas (behavior, socialization, communication, personal management, self-determination, etc.). Test scores, if appropriate, should be self-explanatory or an explanation should be included. For preschool students this section should include how the student's disability affects the student's participation in appropriate activities. In the case of a student where transition is being considered, this section contains plans for post-secondary transition to career and employment (as applicable). There should be a direct relationship between the present level of educational performance and the other components of the IEP.**

## Transition

**Diploma Status:** Discuss annually beginning at age 14 or younger. This student is a candidate for a(n):

☐ Advanced Studies Diploma    ☐ Standard Diploma    ☐ Modified Standard Diploma*

☒ Applied Studies Diploma (Special Diploma)    ☐ GED Certificate (General Education Development)    ☐ Certificate of Program Completion

☐ Not Discussed at this time

\* Eligibility and participation in the Modified Standard Diploma program is determined by the IEP and the student, where appropriate, at any point after the student's eighth grade year. The Modified Standard Diploma will not be an option for students with disabilities who entered the ninth grade for the first time after 2012-2013.

**Projected Graduation/Exit Date:** 06/04/2023

**Is the student projected to graduate/exit school this year?**   ☒ No ☐ Yes

If yes, inform the student and parents that a Summary of Performance will be provided prior to graduating/exiting school.

Note: Special education and related services end upon receiving a Standard Diploma or Advanced Studies Diploma. If the student receives a Modified Standard Diploma, Special Diploma, Certificate of Program Completion, or a GED Certificate, the student remains entitled to a free appropriate public education through age 21.

**Summary of Performance**

Will the student be graduating with a Standard, Technical, or higher level diploma or exceeding the age of eligibility this year? If yes, a Summary of Performance must be provided to the student prior to graduating or exceeding the age of eligibility.    ☒ No ☐ Yes

**Assessment Results Including Age-Appropriate Transition-Based Assessments**

Describe the age-appropriate formal and informal transition assessments used to develop the postsecondary goals:

Parental Input, Teacher Input and Observations, IEP Team Input, and Cumulative Files.

**Measurable Postsecondary Goals:**

**Education:**

A██ will enroll in a training program in the area of veterinarian sciences after high school.

| Coordinated Activities | Agency/Person Responsible |
|---|---|
| A██ will research requirements, attend a tour, and have the opportunity to apply at the Chesterfield County Technical Center for programs of interest next school year. | Student/Parent/Case Manager |
| A██ will gain an understanding of what soft and hard skills are and practice these transferable skills in a variety of settings. | Student/Parent/Case Manager |

| Name B███, A███ | Date of Birth ██/2005 | Student Number ███1520 | Document Date 03/26/2020 |

| A███ will demonstrate self-advocacy skills in the classroom. | Student/Case Manager |

**Employment:**

A███ will work full time with support in area of veterinarian sciences after high school.

| Coordinated Activities | Agency/Person Responsible |
|---|---|
| A███ does not presently have an open case with DARS. Paperwork will be shared at the meeting. Please contact the DARS counselor, Diara Seruby, at 804-714-2030 to begin the process. | DARS Counselor/Student/Family |
| A███ will use her computer to research multiple areas of interest that best suites her learning styles and abilities. | Student/Parent/Case Manager |

**Independent Living Skill:**

A███ will live with family after high school.

| Coordinated Activities | Agency/Person Responsible |
|---|---|
| A███ has an open case with CSB. Her case manager is Sonja Jackson. A███ receives the CCC+ waiver and is on the DD waiver waiting list. | CSB Case Manager/Student/Family |
| A███ will continue to study areas of money to gain stronger skills in personal finance. | Student/Parent |
| A███ will continue to develop her physical strength to help with specific chores and personal grooming while at home. | Student/Parent |

**Training:**

After exiting high school, A███ will participate in on-the job training in the veterinarian sciences field.

| Coordinated Activities | Agency/Person Responsible |
|---|---|
| A███ will learn time and stress management strategies. | Student/Parent/Case Manager |
| A███ will learn the specific nature of her disability; explaining it so others will understand how to best assist her when needed. | Student/Parent/Case Manager |

**Projected Course of Study:**
**School Year:**    2019-2020          **Course of Study**:    Applied Studies Diploma (Special Diploma) - A███ is currently taking appropriate courses to obtain her applied studies diploma. She is enrolled in functional academics and collaborative courses. She is taking collaborative science courses to expand her knowledge and match her area of interests. She is taking art courses as her electives and enjoys learning new techniques in these courses. She is  member of the Medford basketball team and have chores at home that relate to her areas of interests,  independent living skills, and vocational tasks.

## Summary of Present Levels of Academic Achievement and Functional Performance

### Summary of Test History
Results of the testing done in 2015 was reported at her eligibility meeting in October of 2018 and indicates that she continues to meet the eligibility criteria for special education services as a student with an Intellectual Disability and a Speech and Language Impairment. According to assessments done in 2015, A███ demonstrates significantly impaired intellectual functioning (SS=47) as well as deficits in adaptive behavior, with those scores falling in the very low range. She was assessed using The Woodcock-Johnson 4 test of Academic Achievement (WJ-IV ACH), Kaufman Assessment Battery for Children, Second Edition (KABC-II) Behavior Assessment Scale for Children, Second Edition (BASC-2) Teacher Rating Scale, Behavior Assessment Scale for Children, Second Edition (BASC2) and Parent Rating Scale.

### Description of Disability
A███ is presently a 9th grade student attending Clover Hill High School. A███ was diagnosed with Down Syndrome at birth, resulting in weaknesses in short-term memory, understanding complex academic concepts, and problem solving. A███ demonstrates deficits in practical skills, such as management of schedules and activities and organizing tasks. She was born with a left clubfoot, and several surgeries were performed to make corrections. More recently, A███ had spinal cord surgery in the summer of 2018 and is currently in physical therapy. She is confined to her scooter or a wheelchair for mobility, although she can bear weight to transfer and perform some self-care tasks. A███ was found eligible as a student with a Speech and Language Impairment (11/17/15) due to deficits in articulation (related to a medical diagnosis of Apraxia), receptive, and expressive language.

### Strengths of Student (Academic, Behavioral, Developmental, Learning Characteristics)
Academic - A███ is in a self-contained classroom for Math, English, and Reading, while taking collaborative Science and History classes in the general education environment. In Mrs. Wild's Math class, A███ works hard on lessons of interest and especially enjoys the opportunity to work on her Chromebook with such programs as: Board Maker, BrainPOP, and Kahoot!. Although it is evident that many math operations are a challenge for A███ as her academic ability is at an early elementary level and that Math isn't necessarily her favorite subject, A███ does well when given simple, one-step operations, and the use of multiple avenues for understanding, such as: manipulatives, the use of a calculator, visuals, variations on the same lesson, and 1:1 assistance when needed. It is also important, especially in Math, to keep A███'s engagement high, as well as her moods. Positive reinforcements are always suggested, as well as opportunities for peer work and engagement, and allowing A███ to make her own choices as often as possible (Teacher Observation and Input 9/2019-2/2020). English is much the same. However, A███ enjoys reading and having the opportunity to work with an adult assistant to complete a writing prompt. A███ is very good at responding to specific questions and developing strong sentences with some guidance through discussion and completion of assignment. A███ uses simplified graphic organizers, technology, and additional visual aides and strategies to successfully develop her Language Arts skills.

According to Mrs. Penick, A███'s reading teacher "A███ worked very hard on her last SRI assessment for reading, but she still scores as a BR (beginning reader). This means that she is on a low elementary school reading level. My sense of A███'s reading is that it takes many layers to read a comprehension question, retain answer choices in focus while digging for evidence in passage, going back to the question and finding the strongest answer. She has definitely shown improvement in her reading within the System 44 software which students on a BR level use to work on phonetics and sight words to improve reading level" (Teacher Email, 3/23/2020).

Ms. Cichocki, A███'s collaborative History teacher states, "A███ is a very sweet girl. She doesn't interact with her peers in class, except for the peer who sits next to her who helps her at times. A███ tries to do some of the work, but she does need a lot of help from her aide to do assignments. The pace of the history class is honestly too fast for her to keep up with, even with the aide helping. A███ likes to do the cut and paste activities, quizzes, and tests I make for her, and she loves to play Quizziz" (Teacher Email, 3/24/2020).

Mrs. Jamieson, A███'s Science collaborative teacher stated in an email, "A███ comes into class usually with a smile and she and I always chat. Mr. Boehling and I have worked together to supply A███ with materials appropriate for level of learning. I always give her the notes that are done in class. All hands on activities we do in groups, A███ is always included. There are a couple of girls that sit behind her that love to include her these types of activities. I have given Mrs. Wild topics we will be working on and she has put several Boardmaker activities up on the various topics. A███ has also done BrainPop and we have used the quiz for her grade instead of the paper/pencil tests. A███ watches the movies that have been shown and she shows interest and pays attention. (Note: these are documentaries, educational, not a fun movie). In our Science class, she works well with Ms. Holcombe and she seems to enjoy some classes. It has been easier to find information for her because Earth Science is taught all throughout the elementary and middle school years. Some assignments have been changed for A███ to complete, for example the research and slide presentation. She did it to the best of her ability" (Teacher Input, 3/24/2020).

| Name | Date of Birth | Student Number | Document Date |
|------|-------------|----------------|---------------|
| B▮, A▮ ▮ | ▮/2005 | ▮1520 | 03/26/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-1   Filed 10/27/21   Page 7 of 21   Pageid#: 68

Behavioral - According to her teachers, A▮ is a pleasure to have in class. Although she does experience mood swings that can lead to a break down in communication and may at times end in tears, this behavior is often temporary and is in response to how she may be feeling that particular day, the confusion and the following frustration she may have in regards to a particular lesson, or even the physical expectation placed on her need to transfer from one type of seat to another. In addition, although A▮ seems to enjoy most of her classes, it is the ones that she is most engaged in that will help keep her attentive and alert. If not, A▮ has been known to go off task and at times, fall asleep in class (Daily Progress Report Data). However, when all is well and in its place, A▮ responds with a wonderful smile, a joyful spirit, and an eager leaning toward independence.

According to her Band teacher, Mrs. Gatch, "A▮ seems to enjoy coming to band class each day, though she truly struggles with attention span when we are repping the same thing over and over again - she seems to lose interest after a time, may fall asleep, zone out, and become disengaged. Once we lose her, it is very hard to recover. The nature of music is that we rely heavily on repetition and extended periods of focus to learn our music, so this has the tendency to become disengaging for her. She does much better in shorter periods of time when she can come in for only half a period and then leave. She is doing very well one-on-one with Ms. H and I think we have found a lot of positive impact from those meetings!" (Teacher Email, 3/4/2020).

Developmental - According to what has been mentioned and reported, A▮ suffers from a multitude of physical challenges, which seem to have an affect not only on her physical and academic abilities, but on her emotional responses, as well (Teacher Observations, Parental Input, Past IEP Information, 9/2019 - 2/2020). Her teacher, Mrs. Wild, has observed however, that A▮ appears to be developing in many ways much like a typical teenager. A▮ enjoys being around people she is most comfortable with at school such as her sister and their friends, her teachers, and her IA's. A▮ is often encouraged to "join the group" or initiate conversation, however, this is not something she is prone to do on her own and may inhibit her ability to develop age-appropriate relationships. According to Mr. Carpenter, A▮'s History teacher, "A▮ does well in class, but does not often reach out to her fellow classmates" (Teacher Email, 3/23/2020). Mrs. Wild has noticed, however, in the classes where A▮ works with more familiar classmates, her comfort level increases and may not initiate conversation, but will certainly engage in it when spoken to. Miss Ferguson, A▮'s Art teacher states, "A▮ does very well in my class. She has gotten really good about getting my attention when she needs help, and spends every class period chatting with her classmates as she works. She needs some help from her aide with the physicality of the class, but she comes up with the ideas on her own, and we work hard to make sure all of her art is reflective of her abilities. I absolutely love having A▮ in class! I also think her fine motor skills have improved quite a bit this year, and she has become a lot more willing to try new things (like coloring with lots of colors) since I started with her!" (Teacher Email, 3/19/2020). In addition, Mrs. Penick states, "A▮'s reading with the class of about 8 kids has grown as well. Where initially A▮ would only read one to 8 or 9 words aloud, with prompting, she now will work towards reading a large paragraph aloud. The other students are very supportive of her reading and efforts in class, and I think this goes a long way with what she is comfortable doing in there. Her confidence with the other students has definitely grown" (Teacher Email, 3/23/2020).

Learning Characteristics - A▮ does best with hands-on learning, visual aids, modeled approaches, and modified lessons. Spending time reviewing the day's lesson before moving forward is a successful strategy for A▮, as well. In addition, utilizing her accommodations and employing self-advocacy strategies help both teachers and A▮ herself, to understand her strengths and weaknesses, abilities and needs. Helping A▮ learn more successful strategies and appropriate responses to challenging or seemingly impossible tasks, is absolutely necessary for A▮ to be and work at her best level.

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| B███, A███ | ██/██/2005 | ██████1520 | 03/26/2020 |

**Functional Performance**

A███'s Science teacher, Mr. Boehling, agrees with the History teachers' findings when he shared "A███'s participation in class is strongly dictated by her mood, attendance, and ability to verbalize information. During the course of the year, her attendance in class has been sparse due to varying circumstances. With this being said, it's hard to develop a routine and keep her up to date on material without routine and large gaps in the curriculum. Secondly, when she is in class, her mood often prevents her from doing work. Simply put, when she is required to do work individually, she often becomes frustrated and refuses. Lastly, to meet the needs of the majority of the class, and to cover all the material in a timely manner, much of the class is delivered through lecture. Because of this a strong background in vocabulary is essential. From what I have noticed, this is a huge hurdle for A███ because she appears to lack the reading and writing foundation needed to fully comprehend and rehearse the Earth Science material requirements by the VDOE" (Teacher Email, 3/25/2020). His collaborative teacher, Mrs. Jamieson, states, "my educational advice: A███ should take Science in a smaller class where one to one is more efficient and directed towards A███'s needs. The general education class she has with us is SOL driven and collaborative with several students with accommodations but not at A███'s level of learning. I do not want this to come across negative, A███ would probably enjoy and get more out of a self contained classroom where she is around the same students and where there aren't behavioral issues during the learning process. She does make my day when she rolls in smiling! As an educator, I want what is best for the learner" (Teacher Input, 3/24/2020).

Speech and language services are provided within A███'s Focus Reading class to facilitate generalization of communication skills and strategies. She has demonstrated increased participation in whole group activities for reading aloud and sharing her ideas/opinions (4/5 opportunities-therapy data-2/20). A███ initiates conversation, responds to questions, and completes turn taking in conversation with familiar adults. She has been observed to respond to questions or comments from peers, but rarely initiates interactions. Taking the perspective of peer partners is challenging for A███. This includes attending to nonverbal information such as facial expressions or posturing (leaning in, head turning) displayed by her peers in order to increase her volume. Future sessions will continue to focus on helping A███ to imitate conversational repair strategies. When completing spelling and discrimination tasks within the classroom software, A███ benefits from visual supports. With the help of her teachers, A███ has generated a list of frequently encountered terms. These are provided to her as needed. A███ is encouraged to initiate asking for this and other materials in an effort to increase self-advocacy skills. According to her previous IEP (4/18/19) A███ was diagnosed with Apraxia of speech, which impacts motor planning. A███ has made some progress toward her previous IEP goal, targeting increased intelligibility.   Modeling is necessary when syllables are omitted or grammatical errors further impact the clarity of A███'s message. She communicates primarily through three to four word sentences. Multiple cues have been provided to help A███ increase the length and complexity of her utterances by including specific, descriptive language. Providing additional information assists A███ in being better understood by others when she cannot maintain conversational volume (3/5 documented opportunities-therapy data-2/20). A███ requires rephrasing and repetition to summarize information she has heard or read with clinician/teacher support. In order to provide related responses to questions, modeling and cues are provided to help her identify the type of information needed.

Name
B██, A██ ██
Case 6:21-cv-00051-NKM-RSB    Document 1-1    Filed 10/07/21    Page 9 of 21    Document Date
Date of Birth
██ ██, 2005
Student Number
██1520
Document Date
03/26/2020

A██ receives 15 minutes per month of consultative and direct PT services to address staff training for assistance during transfers, adaptive equipment including a stander and foot rest box for her power wheelchair, and instruction to A██ for transfers and increasing standing time either in her stander or during transfers. A██ drives a light weight power wheelchair with swing up armrests and flip up footrest which is non-adjustable for height. For this reason, she has been given a footrest box to use while riding in her power chair. This provides foot support when she is in her power chair for stability during driving and desk activities. A██ drives her power wheelchair independently in the school hallways and classroom.  She avoids obstacles and is safe while driving without adult assistance. A██ is able to transfer from her power WC assistance, to a regular classroom chair to use at a regular student desk in her classroom. She prefers to stay in her power chair instead of using the regular student chair because she is reluctant to transfer while putting weight on her feet. In order to assist with weight bearing, A██ started using a stander in the classroom on Feb 21, 2020. She was reluctant at first but also started using a stander at home and is now standing in the school environment approximately 30 minutes 3x/wk (Physical Therapist Input, 3/24/2020) in the self-contained classroom and the general education art room as appropriate. Adult assistants working with her report that A██ transfers well in the bathroom. She puts most weight on her legs while holding the grab bar. She scoots to the end of her wheelchair seat. She places her feet on the ground and pulls herself up. When she is up,  garments are pulled down, and then she pivots and sits on the toilet seat. When her toileting is complete, she scoots to the end of the seat and pulls herself back up to standing at the grab bar. Sometimes, she requires assistance with this. She then stands, holding onto the bar and we pull her clothing back up. Finally, we help her sit back into her chair (Aide Input provide to Physical Therapist, 3/24/2020). On the bus A██ slides from her power WC to the bus seat, most times, independently. She has a seat belt that she chooses to use, however it is not required. Sliding back from seat to chair and off the bus has caused some issues this past year, and Mrs. Wild has had to enter the bus to assist. A██ is always compliant with Mrs. Wild (Case Manager Input, 3/24/2020). When this occurs, it is helpful for one adult to take over and resolve the situation with a calm demeanor.

A██'s Case Manager and Teacher, Mrs. Wild, states that although A██ does her work most often without complaint, due to her struggles with understanding, requirement for greater explanation to check for understanding and opportunities for redo, is necessary. Keeping up with her peers without disabilities is difficult, although she enjoys seeing her sister and their friends in Band and being with her other peers in Art. A██ has made good strides in her self-contained classes, taking more opportunities to offer answers, engage in peer work, help in other classrooms when not required to be in her general education classes, engaging in extracurricular activities such as the Champions Together Club, Club Cavalier, classmates' birthday celebrations, and the in-school Medford basketball team. However, when given a choice, most often A██ would prefer to stay/go home to mom and dad and has a hard time participating without her sister by her side (Teacher Observation, Aide Input 9/2019-2/2020). Mom has stated that she and A██ do many life skills lessons at home; working with money, cooking and baking, pet care, exercise, and many other interactive activities to engage in learning and develop independence.

### Impact of Disability on Accessing Curriculum

A██'s disability impacts her ability to access curriculum at all grade levels and therefore is best served within a self-contained special education classroom or well supported, collaborative classroom. A██ does her best work when given modified lessons, multiple strategies for engagement and response, the use of manipulatives and additional accommodations, a computer with such features as a touch screen and programs to support learning, as well as having a 1:1 assist when needed.

Case 6:21-cv-00051-NKM-RSB   Document 71-1   Filed 12/13/21   Page 10 of 21   Pageid#: 71

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| B███ A███ | ██/██/2005 | ███████1520 | 03/26/2020 |

## Parent Input Including Concerns

Mrs. Bills shared in a recent email that she and A███ do math and reading everyday. "We have started a new chapter book and A███ takes notes everyday for her book report. We are doing a lot of enrichment work. We do daily learning through the summer. As long as my kids are healthy, it is going to be just as important to maintain their mental health. Now more than ever as these times of uncertainty cause anxiety, depression, and fearfulness. I know for our family that means more art projects, planting the garden, planting our spring flowers, board games like monopoly, sequence, and card games. Oh, and baking. A███ is an amazing baker and cooker. Also, since she wants to be a vet tech, she gave the dog a haircut, a shave, and a bath yesterday. She also gave him his shots and meds. All of which cover an array of learning skills for A███" (Parent Email, 3/23/2020). In addition, Dr. and Mrs. Bills expressed their initial preference of one English class stating A███'s choice would be Mrs. Penick's Read 180 (System 44 for A███) class. Due to A███'s need for "tummy time" and the desire for some study time, Mrs. Bills agreed these services would be best met in Mrs. Wild's English class where flexible scheduling could be enacted. Mrs. Bills also stated that she would like to see A███ have Math only on an even or odd day, rather than daily. It was explained that 1st block, daily classes are determined by schedule of other class availability and Math in the contained classroom is often daily, but shortened in length, which is of greater benefit and less intensive than a 90 minute class that may be scheduled 3x on any given week (IEP meeting, 3/26/2020). Dr. and Mrs. Bills continued to state that they would like a "Part-Time aide this year for Gen ed classes only" and would like to have input on who might be available to fill that role. They would like this adult(s) to sit separately from A███ to allow for greater independence. Mrs. Bills requested that A███ receive her notes and vocabulary lists ahead of each new section as an accommodation. Mrs. Bills would like A███ to be typing most of her work whenever possible, as writing too much can cause A███ pain. Mrs. Bills also stated she would like to see as little, if any, cut and paste; understanding that this may be part of a lesson for the entire class and not specific only to A███. Dr. and Mrs. Bills would like to see more independence for A███ and allow for greater self-advocacy such as where and she spends her free time with. They have also requested that A███'s speech services include time during her Science or Social Study blocks, allowing greater time spent on her speech Apraxia so people can understand her better and not confuse what she is trying to express. The Bills have requested that we continue the use of A███'s stander in Math leading into the class that follows, such as was done these past couple of months; taking into account, of course, A███'s class scheduling for the 2020-2021 school year. Mrs. Bills also stated that they now have a stander at home, helping A███ to increase her leg strength and increase her level of comfort using this essential tool. Mrs. Bills stated, "A███ is interested in the culinary arts or vet tech program offered by the CCPS Technical Center. We want to support her in this and see how we can make it work for her" in her Junior and/or Senior year(s). "As with A███, we have always had to think outside the box. She wants a career not just a job. She wants people to LISTEN to her. Not talk around her or through her. She wants respect and the ability to succeed and have pride. She wants to belong to her community and be accepted and have friends. All kinds of friends are her words. Most.of all she wants to help animals. She reads books on animals all the time. She watches vet shows and "The zoo" all the time. So we want to support her passion and dreams as always" (Parent Email, 3/24/2020).

In addition, at the time of the meeting (3/26/2020) Mrs. Bills expressed that she would like for A███ to have more privacy when using the restroom. Specifically, she would like for the adult assistant to help A███ get situated as need, leave the restroom, and wait for A███ to signal that she is ready to move. Once A███ has signaled that she is finished, the adult assistant should re-enter the restroom and then assist her in preparing to leave the restroom.

## Performance in General Education

### Student Input (Preferences, Interests, Post-Secondary Transition Goals, etc.)

According to what A███ has informed Mrs. Wild as well as her parents, and what has been observed, A███ seems to enjoy coming to school, spending time with her sister, Maddy, and their friends, but often misses mom and dad. A███ likes Math only when given opportunity to then color or work on her computer, and likes to play games and use her calculator. She has joined the Medford Basketball team and has expressed joy in participating once she became comfortable with what was expected. A███ really seems to enjoy her art class and spending time with her adult teachers and aides. Finally, A███ seems to enjoy reading, has spoken to Mrs. Wild and the aides about wanting to work in her dad's office, and has now mentioned becoming a veterinarian technician.

### Successful Interventions/Strategies

To be most successful, A███ requires small group instruction and testing with simplified directions, in addition to the use of visual cues to lessen the need for verbal prompting. She does well with a calculator and manipulatives for Math, as well as a variation of visual supports, in all of her classes. A███ does best when given verbal praise or encouragement in a soft tone to complete her assignments and enjoys interactions with preferred adults. A███ works well with, but should not be limited to,

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| B████, A████ | ██/2005 | ████1520 | 03/26/2020 |

Case 6:21-cv-00051-NKM-RSB    Document 1-1    Filed 10/15/21    Page 11 of 21    Pageid#: 72

a multiple-choice styled format, with limited handwriting, to complete a variety of academic tasks, especially those related to reading comprehension. Providing these strategies for unfamiliar topics presented in her general education, collaborative Social Studies and Science classes is especially necessary. A██ may require verbal prompting to complete assignments in these as well as other classes, especially if visual strategies are not put in place and practiced daily. As with all students, independence should be the goal, therefore, A██ requires materials to be adapted and properly modified to her instructional level in order for her to be successful. This would also include modeling of lessons and repeated opportunities for review, all while checking for understanding on the lessons being presented. Ensuring the use of her additional accommodations, a computer with such features as a touch screen and programs to support learning, engagement, and enrichment, as well as having a one-on-one to assist when needed, helps A██ experience greater levels of success and will, in turn, increase her motivation, interest, and engagement in all areas of learning.

| Name | Date of Birth | Student Number | Document Date |
| --- | --- | --- | --- |
| B██, A██ | 02/25/2005 | 4011520 | 03/26/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-1   Filed 10/15/21   Page 12 of 21   Pageid#: 73

# SPECIAL CONSIDERATIONS

**During the IEP meeting, the following factors must be considered by the IEP team. The IEP team must document that each factor was considered and any decision made relative to each. Document consideration of the factor on this page or refer to other sections of the IEP where it is documented. (For example: See the Present Level of Performance)**

## Communication
The IEP team has considered the child's communication needs and determined:

The child HAS communication needs (document below)

Please see PLAAFP and IEP goals and objectives. A██ receives speech and language therapy services.

## Benchmarks/Short Term Objectives
The IEP team has considered the child's need for benchmarks and/or short-term objectives and determined:

The child HAS a need for benchmarks and/or short-term objectives (document below)

Please see IEP goals.

## Assistive Technology
The IEP team has considered the child's need for Assistive Technology in order to provide a free appropriate public education (FAPE) and determined:

The child HAS a need for Assistive Technology (document below)

A██ uses a touch screen laptop to assist her in accessing the curriculum. A██'s need for Assistive Technology is addressed in the PLAAFP, goals and objectives, and accommodations.

## Behavioral Needs
In the case of a child whose behavior impedes his or her learning or that of others, the IEP team has considered the use of positive behavioral interventions, strategies, and supports to address the behavior and determined:

The child does NOT HAVE a need for interventions, strategies, and supports to address the behavior

## Student with Limited English Proficiency
In the case of a child with limited English proficiency, the IEP team has considered the language needs of the child and determined:

The child does NOT HAVE language needs due to his/her limited English proficiency or the student has not been identified as limited English proficient.

## Blind/Visually Impaired
In the case of a child who is blind or has a visual impairment, the IEP team has evaluated the child's reading and writing skills, needs, and appropriate reading and writing media (including an evaluation of future needs for instruction in Braille or the use of Braille) and determined:

The child does NOT HAVE a need for instruction in Braille or the use of Braille

## Deaf/Hearing Impaired
In the case of a student who is deaf or hard of hearing, the IEP team has considered the student's language and communication needs, and opportunities for direct communication with peers and professional personnel in the student's language and communication mode. The team has also considered the student's academic level and full range of needs, including opportunities for direct instruction in the student's language and communication mode. The IEP team determined:

The child does NOT HAVE language and communication needs related to his/her deafness/hearing impairment OR does not have deafness/hearing impairment

# MEASURABLE ANNUAL GOALS

## Progress Report Frequency

Progress toward annual goals will be reported as often as general education progress is reported. Progress will be reported at a minimum with quarterly grade reporting.

## Goals, Measurement, Objectives/Benchmarks
### Category: Speech/Language

#### Description
When provided with up to two cues, fading as indicated, A... will produce intelligible speech to complete a variety of structured language activities and interactions, across school settings, in 4 of 5 documented opportunities by March 2021.

**Progress toward this goal will be measured by:**
- ☑ Data Collection

### Category: ASOL - Math

#### Description
A... will independently solve single-step, instructional level problems with 90% accuracy and 4 out of 5 trials by 3/25/2021.

**Progress toward this goal will be measured by:**
- ☑ Class Work
- ☑ Classroom Participation
- ☑ Observation
- ☑ Tests and Quizzes

#### Short-Term Objectives/Benchmarks
| | |
|---|---|
| Given visuals to work with, A... will complete a word problem using specific math functions to solve the problem with 90% accuracy and in 4 out of 5 opportunities | By Date: 03/25/2021 |
| With the use of her calculator, A... will correctly solve equations referencing money with 90% accuracy and in 4 out of 5 trials. | By Date: 03/25/2021 |
| A... will, given data, construct a simple graph and answer questions about the data gathered with 80% accuracy and in 2 out of 3 opportunities. | By Date: 03/25/2021 |

### Category: ASOL - Reading

#### Description
A... will use learned comprehension strategies, when given instructional level reading material, to answer questions on fiction and nonfiction texts with no more than 3 teacher prompts, with 80% accuracy by March 2021.

**Progress toward this goal will be measured by:**
- ☑ Class Work
- ☑ Classroom Participation
- ☑ Data Collection

#### Short-Term Objectives/Benchmarks
| | |
|---|---|
| A... will answer questions about cause and effect on instructional level reading materials, with no more than 3 teacher prompts, with 80% accuracy. | By Date: 03/25/2021 |

Name
B█, A█

Date of Birth
█/2005

Student Number
█1520

Page 14 of 21

Document Date
03/26/2020

A█ will determine and restate the order of 5 events of a story on her instructional level, with no more than three teacher prompts, with 80% accuracy.

By Date: 03/25/2021

A█ will determine and restate up to four steps needed to complete a task, as defined in a nonfiction reading passage about that task, with no more than three teacher prompts, with 80% accuracy.

By Date: 03/25/2021

## Category: ASOL - Writing

### Description

A█ will write a short research response paper that includes: 2-3 paragraphs of 3 sentences each, use of the "4 steps to writing" strategy taught in class, and a minimum of 2 sources of information by March 2021.

### Progress toward this goal will be measured by:

☑ Class Work
☑ Classroom Participation
☑ Observation
☑ Written Reports

### Short-Term Objectives/Benchmarks

A█ will utilize both technology and traditional reading materials on her reading level to initiate research, while properly using a simple, graphic organizer to clearly convey ideas and information in outline form, with 2 or less prompts and 80% accuracy.

By Date: 03/25/2021

A█ will type her 2-3 paragraph paper and revise her work, with adult assistance when needed, to clearly communicate her research to the intended audience, with 2 or less prompts and 80% accuracy.

By Date: 03/25/2021

A█ will finalize her paper by citing the evidence used in her research, with adult assistance when needed, with 2 or less prompts and 80% accuracy.

By Date: 03/25/2021

## Category: Transition

### Description

A█ will independently communicate her learning styles and academic and behavioral needs, with at least 80% accuracy, to her teachers and additional staff members by 3/25/2021.

### Progress toward this goal will be measured by:

☑ Classroom Participation
☑ Data Collection
☑ Observation

### Short-Term Objectives/Benchmarks

A█ will communicate and use her modifications/accommodations listed in the IEP for success in all areas of learning within the school environment with 80% accuracy.

By Date: 03/25/2021

A█ will complete a learning style inventory and be able to describe her learning style with no more than 2 prompts and 80% accuracy.

By Date: 03/25/2021

| Name | Date of Birth | Student Number | | Document Date |
|------|--------------|----------------|--|---------------|
| B █, A█ | █/2005 | 4011520 | | 03/26/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-1   Filed 10/15/21   Page 15 of 21   Pageid#: 76

## ACCOMMODATIONS/MODIFICATIONS AND SERVICES

**This student will be provided access to the general education, special education, other school services and activities including non-academic activities and extracurricular activities, and education related settings:**

**Accommodations/modifications provided as part of the instructional and testing/assessment process will allow the student equal opportunity to access the curriculum and demonstrate achievement. Accommodations/modifications also provide access to non-academic and extracurricular activities and educationally related settings. Accommodations/modifications based solely on the potential to enhance performance beyond providing equal access are inappropriate.**

**Accommodations may be in, but not limited to, the areas of time, scheduling, setting, presentation and response. The impact of any modifications listed should be discussed. This includes the earning of credits for graduation.**

**Accommodations**

| Type | Accommodation List | Accommodation Description | Location | Amt of Time Frequency |
|------|-------------------|--------------------------|----------|----------------------|
| Environmental | Adaptive or special furniture | Stander, footrest box, and grab bars in the bathroom.  Wheel chair desks as needed. | School | Daily |
| Environmental | | Travel time throughout the school when traffic is most heavy in the hallways. | School | Daily |
| Environmental | | Adult support for stability in the bathroom during transfers and dressing. | School | Daily |
| Instructional | Back up copy of notes | Modified and given at the beginning of class to use during class presentation and discussion. | General Ed Classroom | Per new assignment, tests, and quizzes |
| Instructional | | Regular communication between school and home. | School | Daily |
| Testing | Reading of test items | Read and review to ensure understanding of what is expected. | General & Special Ed Classroom | Per tests and quizzes |
| Testing & Instructional | | Interactive software with graphic support for creating visuals and customizing activities across academic areas of instruction. | General & Special Ed Classroom | For all classes |
| Testing & Instructional | Simplifying directions | To help ensure understanding of what is expected. | General & Special Ed Classroom | Per assignment, tests, and quizzes |
| Testing & Instructional | | Manipulatives, visual supports, and verbal prompting | General & Special Ed Classroom | Per assignment, tests, and quizzes |
| Testing & Instructional | | Touch Window for computer. | General & Special Ed Classroom | For all classes |

| Type | Accommodation List | Accommodation Description | Location | Amt of Time Frequency |
|------|-------------------|--------------------------|----------|----------------------|
| Testing & Instructional | Calculator | | General & Special Ed Classroom | Per assignment, tests, and quizzes, as determined by the teacher |
| Testing & Instructional | | Adult support when needed (work to support independence in all working environments) | General & Special Ed Classroom | Per assignment, tests, and quizzes |
| Testing & Instructional | | Limit information presented on single page to decrease distractions. | General & Special Ed Classroom | Per assignment, tests, and quizzes |
| Testing & Instructional | Extended time | To allow for proper processing time and completion. | General & Special Ed Classroom | Per assignment, tests, and quizzes |
| Testing & Instructional | Shortened assignments | To show mastery of subject matter. | General Ed Classroom | Per assignment, tests, and quizzes |
| Instructional | | Receive modified vocabulary list prior to use in class for review and practice. | General Ed Classroom | Per new assignment, tests, and quizzes |
| Testing | Testing with minimal distractions | This may include small group testing when necessary. | General & Special Ed Classroom | Per tests and quizzes |
| Testing & Instructional | Visual schedules and supports | Daily Schedule, Encouragement Chart, "Next Step" and Completion Charts. Use of these visual aides to reduce the need for verbal prompting, therefore, leading to a greater level of independence and self-advocacy. | General & Special Ed Classroom | Daily |
| Testing & Instructional | Amplification equipment | Use of a headset (headphones with attached microphone) offering proper voice to text options when writing or typing is too demanding. | General & Special Ed Classroom | Per assignment, tests, and quizzes |

**Identify the services(s), including frequency, duration and location, that will be provided to or on behalf of the student in order for the student to receive a free appropriate public education. These services are the special education services and as necessary, the related services, supplementary aids and services, assistive technology, and supports for personnel, the student will receive which will address area(s) of need as identified by the IEP team. Services are provided on days that school is in session and are not provided when schools are closed due to holidays or inclement weather.**

**Special Education Services**

| Service(s) | Disability | Location | Amount of Time | | Begin Date | End Date |
|-----------|-----------|----------|------|-----------|-----------|----------|
| | | | Hours | Frequency | | |
| Science | ID | General Education Classroom | 3.75 | every two weeks | 03/26/2020 | 06/12/2020 |
| Science | ID | General Education Classroom | 3.75 | every two weeks | 09/08/2020 | 03/25/2021 |

| Service(s) | Disability | Location | Amount of Time | | Begin Date | End Date |
|---|---|---|---|---|---|---|
| | | | Hours | Frequency | | |
| Speech Language Therapy | SLI | School | 2.00 | every month | 03/26/2020 | 06/12/2020 |
| Speech Language Therapy | SLI | School | 2.00 | every month | 09/08/2020 | 03/25/2021 |
| Language Arts/English | ID | Special Education Classroom | 7.50 | every two weeks | 03/26/2020 | 06/12/2020 |
| Language Arts/English | ID | Special Education Classroom | 7.50 | every two weeks | 09/08/2020 | 03/25/2021 |
| Reading | ID | Special Education Classroom | 7.50 | every two weeks | 03/26/2020 | 06/12/2020 |
| Reading | ID | Special Education Classroom | 7.50 | every two weeks | 09/08/2020 | 03/25/2021 |
| Social Studies | ID | General Education Classroom | 3.75 | every two weeks | 03/26/2020 | 06/12/2020 |
| Social Studies | ID | General Education Classroom | 3.75 | every two weeks | 09/08/2020 | 03/25/2021 |
| Mathematics | ID | Special Education Classroom | 7.50 | every two weeks | 03/26/2020 | 06/12/2020 |
| Mathematics | ID | Special Education Classroom | 7.50 | every two weeks | 09/08/2020 | 03/25/2021 |

**Related Services**

The team considered the need for related services and determined that the student is in need of related services.

| Related Service | Location | Amount of Time | | Begin Date | End Date |
|---|---|---|---|---|---|
| | | Hours | Frequency | | |
| Physical Therapy | School | 0.50 | every month | 03/26/2020 | 06/12/2020 |
| Physical Therapy | School | 0.50 | every month | 09/08/2020 | 03/25/2021 |

**Transportation**

☒ Y  ☐ N    Does the student require special transportation with accommodations?

**Start Date:** 03/26/2020                    **End Date:** 06/12/2020
**Start Date:** 09/08/2020                    **End Date:** 03/25/2021

**Accommodations Needed for Special Transportation:**
☒ Lift

**Accommodations Needed for Special Transportation:**
☒ Adult Supervision for Bus (incl. desc. in "Other")
☒ Other - A█ is dependent on her motorized wheelchair for mobility and requires adult assistance/supervision to transfer from her wheelchair to a regular bus seat for safety during transport.

Name
B  , A

Case 6:21-cv-00051-NKM-RSB   Document 1-1   Filed 10/15/21   Page 18 of 21   Pageid#: 79

Date of Birth
/2005

Student Number
1520

Document Date
03/26/2020

## SUPPLEMENTARY AIDS AND EXTENDEND SCHOOL YEAR SERVICES

**Supplemental Aids and Services**
   To Be Provided Throughout the Duration of This IEP Unless Otherwise Noted.

**Extended School Year (ESY)**
   Does the student meet criteria for Extended School Year Services?    No

## TESTING

For the student who will be in a grade level or at an age for which the student is eligible to participate in a state or district-wide assessment, list each assessment below. Next determine if the student will participate in the assessment and then list the accommodation(s) and/or modification(s) that will be made based upon those the student generally uses during classroom instruction and assessment. For the accommodations and/or modifications that may be considered, refer to the "Accommodations/Modifications" page of the IEP.

**Participation in the State Accountability/Assessment System**

| Yes | No | |
|-----|-----|---|
| ☐ | ☑ | Will the student be at a grade level or enrolled in a course for which the student is able to participate in a state or district-wide assessment? If yes, continue to next question. |

| Name | Date of Birth | Student Number | Document Date |
|------|--------------|----------------|---------------|
| B  , A  | /2005 | 1520 | 03/26/2020 |

# LEAST RESTRICTIVE ENVIRONMENT (LRE)

**Least Restrictive Environment (LRE):**
**When discussing least restrictive and placement options, the following must be considered:**

- **To the maximum extent appropriate, the student is educated with children without disabilities.**

- **Special classes, separate schooling or other removal of the student from the regular educational environment occurs only if the nature or severity of the disability is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily.**

- **The student's placement should be as close as possible to the child's home and unless the IEP of the student with a disability requires some other arrangement, the student is educated in the school that he or she would attend if he or she did not have a disability.**

- **In selecting the LRE, consideration is given to any potential harmful effect on the student or on the quality of services that he/she needs.**

- **The student with a disability is not removed from education in age-appropriate regular classrooms solely because of needed modifications in the general curriculum.**

**Free Appropriate Public Education (FAPE):**
**When discussing FAPE for this student, it is important for the IEP team to remember that FAPE may include, as appropriate:**

- **Educational Programs and Services**

- **Proper Functioning of Hearing Aids**

- **Assistive Technology**

- **Transportation**

- **Nonacademic and Extracurricular Services and Activities**

- **Physical Education**

- **Extended School Year Services**

- **Length of School Day**

**Placement:**
**The team may consider placement options in conjunction with discussing any needed supplementary aids and services, accommodations/modifications, assistive technology, and supports for school personnel. In considering the placement continuum options, check those the team discussed. Then, describe the placement selected in the PLACEMENT DECISION section below. Determination of LRE and placement may be one or a combination of options along the continuum.**

**LRE decision for age 6 and above**
   Public Day School (Ages 6-22 years) (01)

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| B███; A███ | ██/2005 | ██1520 | 03/26/2020 |

**Rationale for LRE selection:**

Summarize the student's need for the proposed services.  This must include an explanation of why the student will not be participating with students without disabilities, if applicable.

A███ is a student identified with an intellectual disability and speech/language impairment participating in the ASOL curriculum. She requires direct, specialized, adapted and modified instruction in all areas of academics. A███ will receive adult support as needed for all areas of academics and general education electives. Speech and language therapy will be provided as a result of articulation, receptive and expressive language deficits.

Physical Therapy services are provided by monitoring A███'s mobility needed to access her educational program through observation, providing/adjusting school equipment, discussion/meeting with her teachers and/or parents, providing training for staff/student regarding the use of accommodations/modifications/equipment, and/or through instruction and assessment of skills needed for progress on A███'s IEP goals.

Describe the placement.  This includes a narrative description of services indicated on the services page and is based on the information documented above.

For the duration of this IEP, A███ will receive specialized instruction in the collaborative setting for Science and History. She will receive self-contained services in Math, Reading, and English. A███ will have access to her accommodations and services in all settings. Speech and language therapy will be provided within the special education setting for two hours per month, to facilitate generalization of communication skills and strategies. Physical Therapy as a related service will be provided 30 minutes every month to address mobility in the educational setting. In addition, A███ will participate in her electives, lunch, and extracurricular activities with her peers without disabilities.

| Name | Date of Birth | Student Number | Document Date |
|------|--------------|----------------|---------------|
| B , A | /2005 | 1520 | 03/26/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-1   Filed 10/15/21   Page 21 of 21   Pageid#: 82

## PARENT CONSENT AND NOTICE

The school division proposes to implement this IEP and the placement decision as written. This proposed IEP and placement will allow the student to receive a free appropriate public education in the least restrictive environment. This decision is based upon a review of current records, current assessments and the student's performance as documented in the Present Level of Academic and Functional Performance. Other options considered, if any, and the reasons for their rejection are attached, or can be found in the Placement Decision section of this IEP. Additionally, other factors, if any that are relevant to this proposal are attached. The parent/adult student is given a copy of the procedural safeguards at each annual IEP meeting and at other times as required. If you need another copy of the procedural safeguards please contact your student's case manager or school administrator. If you need assistance understanding this information please contact the CCPS Parent Teacher Resource Center (804) 639-8699.

☑ **I give permission to implement this IEP.**

Signature below indicates permission for placement

| Jennifer Bills | | 04/27/2020 |
|----------------|-----------------------|------------|
| Signature | Relationship to Student | Date |

☐ **I do not give permission to implement this IEP.**

Signature below denies permission for placement

| | | |
|----------------|-----------------------|------------|
| Signature | Relationship to Student | Date |

Copy of IEP given to parent/student by:    Janine Wild                    Date:    03/26/2020