# EXHIBIT 2
# T.A. IEP

Southeastern Cooperative Educational Program
**SECEP**
6160 Kempsville Ci
Norfolk, VA 23502
Phone:   757-892-6100
Fax:       757-892-6111

# Individualized Education Program
# AMENDMENT



| Student Name: | A█████ T████████ | | Home Phone: | ███████████ | | Date:  02/25/2019 |
|---|---|---|---|---|---|---|
| Date Of Birth: | ████2000 | | Home Address: | | | |
| Student No.: | 1349 | | | Chesapeake, VA 23320 | | |

| Age | Gender | Grade | Home School | | Attending School | |
|---|---|---|---|---|---|---|
| 18 | Male | 11 | | | **Chesapeake City Public Schools** | |
| Ethnicity | | | Primary Language - Date Determined | | Home Language - Date Determined | |
| White | | | | | English | |

| Parent/Guardian | | | | |
|---|---|---|---|---|
| Name | Home Phone | Name | | Home Phone |
| **Thomas Altobello** | | | | |
| Address | Work Phone | Address | | Work Phone |
| | | | | |
| | Emergency Phone | | | Emergency Phone |
| Chesapeake, VA 23320 | | | | |

IEP Review Due Date :  **11/06/2019**          Re-evaluation Due Date:   09/21/2019          Original IEP Date:  **11/07/2018**

**Reason for Amendment:**

Chesapeake Public Schools (CPS)/SECEP propose an amendment to include a safety vest for a transportation adaptation.

Interpreter Needed: ☐Y   ☑N

Eligible:              MULTIPLE DISABILITIES

The student and parents have been informed of his/her rights under IDEA. These rights will transfer from the parents to the student at age 18.
Parent Initial_____   Student Initial _____.

Notification of Transfer of Rights provided on:   11/16/2016

## IEP TEAM

The following were in attendance:

| Names | Position | | Signature | Date |
|---|---|---|---|---|
| A█████, T████████ | Consulted | | | |
| A█████ T████████ | Consulted | Adult Student | | |
| Altobello, Karen | Consulted | Mother | | 2/25/1? |
| Altobello, Mark | ~~Present~~ consul ted | Father | | 2/25/19 |
| Martin, Amy S. | Present | Education Specialist/SECEP Admin | | 2/25/19 |
| Verebely, Christie M. | Present | Principal/SECEP Admin | | 2/25/19 |
| Stroud, Lesley D. | Present | Special Education Teacher | | 2/25/19 |
| Freeman, Sylverster | Present | LEA Representative | | 2/25/19 |

| Name A T | Date of Birth 2000 | Student Number 1349 | Document Date 02/25/2019 |
| --- | --- | --- | --- |

## PERTINENT MEDICAL INFORMATION

Health Issues

To manage seizure precautions, T may require nursing services for medication, physical treatment, and/or environmental support. IEP reviewed the updated Health Care Plan and provided a care plan to the nurse. The classroom teacher also has a copy of his seizure plan. Additionally, a copy of the SECEP Health and Emergency form is located in the classroom and in the nurses office.

Additional medical information is on file in the nurse's office and in the teacher's file.                    ☑Y   ☐N

## TRANSITION, TESTING, BACKGROUND, AND PRESENT LEVELS OF ACADEMIC AND FUNCTIONAL PERFORMANCE

This section contains plans for post-secondary transition to career and employment (as applicable), current testing information, background information, and the present levels of academic and functional performance.

### TRANSITION

DIPLOMA STATUS: Discuss at least annually, more often as appropriate. This student is a candidate for a(n):

☐ Advanced Studies Diploma          ☐ Standard Diploma
☐ Modified Standard Diploma        ☑ Applied Studies Diploma

Projected Graduation/Exit Date:                    06/16/2022

Is the student projected to graduate/exit school this year?          ☑No  ☐Yes

If yes, inform the student and parents that a Summary of Performance will be provided prior to graduating/exiting school.

\* The IEP team and the student, where appropriate, may select the Modified Standard Diploma option at any point after the student's eighth grade year. When selecting the Modified Standard Diploma, it is essential to consider the student's need for occupational readiness upon school completion, including consideration of courses to prepare the student as a career and technical education program completer. (Use of local courses of study planning guide that includes the graduation requirements is recommended.)

Note: Special education and related services end upon receiving an Advanced Studies Diploma, Advanced Technical Diploma, Standard Diploma, or Technical Diploma. If the student receives a Modified Standard Diploma, Applied Studies Diploma, Certificate of Program Completion, a GAD or a GED Certificate, the student remains entitled to a free appropriate public education through age 21. If the student will graduate with an advanced or standard diploma during the term of the IEP, prior written notice must be completed.

---

### Summary of Performance

Will the student be graduating with a Standard, Technical, or higher level diploma or exceeding the age of eligibility this year?          ☑No ☐Yes

If yes, a Summary of Performance must be provided to the student prior to graduating or exceeding the age of eligibility.

### Interagency Release of Information Form

Is there a current signed (by parent or adult student) release of confidential information on file with the school?          ☐No ☑Yes

If no, discuss form for transition planning with student and family.

---

### ASSESSMENT RESULTS INCLUDING AGE-APPROPRIATE TRANSITION-BASED ASSESSMENTS

Describe age-appropriate assessments used to develop PS Goals AND a statement of interagency linkages/referrals:

Based on the nature and severity of T' multiple disabilities, it is likely he will need inter-agency support to meet his post secondary goals. IEP team provided information regarding Chesapeake Integrated Behavioral Healthcare (CIBH) and local agency resources.  DARS referral has been completed.

Age appropriate transition assessments include:
The Transition Behavior Scale-Second Edition (TBS-2) is a standardized, educationally relevant measure of

| Name <br> A█████ T█████ | Date of Birth <br> █████2000 | Student Number <br> 1349 | Document Date <br> 02/25/2019 |
|---|---|---|---|

predicted success in employment and independent living. On this assessment, T█████ earned a score based on his performance in the classroom. T█████ strengths and weaknesses are identified in the present level of academic achievement and functional performance.

The No Reading! Job Interest Inventory is an informal assessment where students select a preferred job task out of three options represented as pictures. According to the assessment, T█████ vocational interests include animal care, food service, and horticulture.

The School and Community Social Skills Rating Checklist was used to assess social skills which are important for social competence and future employment.

## MEASURABLE POSTSECONDARY GOALS:

### Education
By June 2023, T█████ will complete a course in dog grooming.

### Employment
By September 2022 T█████ will be employed part-time in a sheltered workshop with 100% supervision where he completes repetitive job activities.

### Independent Living Skill
By December 2022, T█████ will shop for groceries using a visual list and 75% assistance.

### Training
By June 2023, T█████ will complete a training to volunteer at an animal shelter.

### Coordinated Activities

| Goal Area | Coordinated Activities | Responsible Individual(s) |
|---|---|---|
| Training | T█████ will participate in lessons on animal care/needs. | Secep Staff |
| Education | T█████ will follow a visual schedule to complete familiar work tasks. | Secep Staff |
| Employment | T█████ will complete a variety of work tasks to include sorting, matching, and packaging items. | Secep Staff |
| Independent Living | T█████ will independently follow a visual shopping list. | Secep Staff |

## PROJECTED COURSE OF STUDY:

School Year:  2018-2019

Diploma Option:   Applied Studies Diploma: Functional Life Skills usable across life routines

## PROJECTED COURSE OF STUDY:

School Year:  2019-2020

Diploma Option:   Applied Studies Diploma: Functional Life Skills usable across life routines

## STANDARDIZED TESTING

### Summary of State- and District-wide Test History

T█████ participated in the Virginia Alternate Assessment Program during the 2015-2016 school year in the areas of Mathematics, Reading, Science, and Writing. He achieved a score of Pass/Advanced in Math and Reading and a  score of Pass/Proficient in Writing and a failing score in Science.

T█████ does not have a history of participating in division-wide assessments due to his disability  that impacts his ability to receive instruction delivered at the same pace as that provided in the comprehensive school setting. He requires extensive curriculum modifications to access the general curriculum as a result of his behavior, social and academic needs. District-wide assessments are not taken in grades 9-12.

### Summary of Current Assessments

An eligibility committee team meeting was held on 09/22/2016 and determined T█████ remains eligible for special education and related services, as a student with multiple disabilities (Autism-primary, Intellectual Disability-secondary, Other Health Impairment-tertiary).  The team determined that additional testing was not required and the parents were provided with prior written notice.

| Name A⬛⬛⬛ T⬛⬛⬛ | Date of Birth ⬛⬛/2000 | Student Number 1349 | Document Date 02/26/2019 |
|---|---|---|---|

Psychological/Educational Report
Psychological and educational evaluations were completed on 10/4/17. T⬛⬛ was evaluated using the following assessments:

Comprehensive Test of Nonverbal Assessment -2 (CTONI-2), Wechsler Invidiual Achievement Test-III (WIAT-III), Gilliam Autism Rating Scale-3 (GARS-3), Adaptive Behavior Assessment System-3 (ABAS-3) Teacher Form. Standard scores are used in norm-referenced assessments (e.g. psychological IQ evaluations) to compare a student's performance on a test to the performance of other students the same age. Standard scores estimate whether a student's scores are above average, average, or below average compared to peers. A standard score between 85 and 114 points on an intelligence scale is described as an average IQ.

The CTONI-2 was used to measure T⬛⬛'s nonverbal intelligence. T⬛⬛'s full scale IQ is 42 (low).
The WAIT-III is an individually administered test that assess the academic levels of a student in various achievement areas. T⬛⬛ earned a standard score of 40 (low range) in all areas (Word Reading, Numerical Operations, Math Problem Solving, and Spelling).

ABAS-3/Teacher Rating
This assessment uses a rating scale to assess adaptive behavior in individuals ages 5 through 21. This rating scale has four composite scores areas. T⬛⬛'s scores were in the "extremely low range".
General Adaptive Composite (GAC)- 47
Conceptual- 48
Social- 56
Practical -49

The GARS-3 was used to assess behaviors that are consistent with autism that T⬛⬛ may be displaying at school. There are 3 sub-scales: stereotyped behaviors, communication, and social interaction.T⬛⬛'s overall autism index score is 80, which falls within the "very likely" range of scores for autism.

The following assessments were used to develop T⬛⬛ 2018-2019 IEP.
The Functional Communication Profile was administered in October 2018, and was utilized, in addition to therapy data and classroom observation, to determine T⬛⬛'s current speech and language skills and needs.

The Assessment of Basic Language and Learning skills Revised (ABLLS-R) was used to assess some basic academic needs.

| Name ▓▓▓ T▓▓▓ | Date of Birth ▓▓/2000 | Student Number 1349 | Document Date 02/25/2019 |
|---|---|---|---|

## SUMMARY OF PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

### Strengths of Student (Academic, Behavioral, Learning Characteristics)

#### Communication, Speech and language

T▓▓▓' communication skills were updated using sections of the functional communication profile, data collection, collaboration between the speech and language pathologist and special education teacher and educational specialist. T▓▓▓ Is an emerging communicator who uses one to two-word verbal approximations, gestures, and pictures, occasionally paired with visual representation, or parent provided iPad to communicate his wants and needs. He exhibits a tendency to delete the initial sounds of words. For example, he often states "Ink" when requesting his pink camping chair, "elp ease" to request "help please." Thomas repairs communication breakdown by using visuals or his parent provided device when the communicator states, "I don't understand." (IEP data,10/ 2018). It has been observed for T▓▓▓ to approach staff and lead them by the hand to assist him with items or activities he cannot retrieve or operate independently. When asked, "What do you want?" T▓▓▓ uses verbal approximations, pointing, pictures or device to request items such as print picture or camping chair, etc. These items are requested without being present in a field size of more than four pictures. When given an undesired item, T▓▓▓ rejects the item by using a variety of responses by saying "no" or "uh-uh," while shake his head and/or push the item away. When T▓▓▓ finishes an academic group or vocational task, he will verbalize "inished" or "un" for finished or done and attempt to hand the item to staff. Currently, he is placing the finished task in a designated finished location and will do so with prompting from staff. In order to gain someone's attention, T▓▓▓ makes eye contact, approaches staff and/or peers, he then initiates the request or action (fist bump from peer, request of item from staff). When asked, "How are you feeling?" T▓▓▓ will verbally respond happy, then find the icon on his iPad and repeat the response (it has been observed he always selects happy from the emotions field choices). From parental input, dad has mentioned, T▓▓▓ enjoys riding the bus and looks forward to riding it, he often comments "us" "ive" (bus 3:25) during the school day. During the instructional day T▓▓▓ makes statements such as "un more" to indicate he has one more items to complete (however, he may actually have 10 more) and print, pink chair, lunch, etc. when items are not available. T▓▓▓ achieved his current speech goal of indicating which specific item he wanted after given the question "Which one?" (eg: When he requests chair, he will use his ACS to tell you what color chair he wants) (IEP data, 10/2018).

#### Social

T▓▓▓ initiates greeting with his peers only by giving a fist bump or high five. T▓▓▓ approaches staff and peers to acknowledge who they are by pulling up their picture on his iPad or indicate items that belong to them (e.g. peer's water bottle). T▓▓▓ request social interactions with peers and briefly waits during the exchange (IEP data, 10/2018). He makes eye contact during these interactions and has been observed to request staff to sit next to him during instructional times or move his seat, to sit closer to preferred peers within the room. During morning meeting, T▓▓▓ identifies how he is feeling by selecting a picture from a field of 5, he also identified two emotions (happy and sad) when asked, "how are they feeling?" (Teacher made assessment, 10/2018). During instruction, T▓▓▓ passes out needed material for the group when prompted and accepts items from peers and staff. When T▓▓▓ needs assistance to complete an activity/task he utilizes manner words such as please. During small group instruction, T▓▓▓ remained seated for up to five minutes without engaging in any disrupted behavior such as touching other students, or materials and attending to the instruction (looking at teacher) (ABLLS-R, 10/2018).

#### Behavior

T▓▓▓ currently works in different locations within the classroom, requiring no compartmentalized area, however he does have a structured desk area, if needed to eliminate distractions or to attend to his disruptive behavior (dropping, lifting his shirt, and/or spitting on the floor). When peers within the classroom become disruptive he looks in their direction and comments "oh no". A visual work schedule is used to redirect T▓▓▓ to the task /identify the scheduled activity and when he will earn each reinforcement item (camping chair). When making a request and staff states "wait", he waits up to 5 seconds before repeating the request or taking the wanted item (IEP Data,10/2018). He transitions within the school and classroom without engaging in maladaptive behavior (dropping to the floor, lifting his shirt, spitting) (IEP Data, 10/2018). During the instructional day, when T▓▓▓ finishes a task and begins wandering around the class, he is easily redirected by staff directing him to get another work task. He then selects another task from the vocational area, returns to his seat and begins working (Teacher Observation). T▓▓▓ receptively follows up to a two-step directive from staff (get IPAD and bring to table). He is provided with intermittent verbal and social praise often paired with edibles when working and staying on task. Generally, T▓▓▓ is cooperative and tolerates changes in routine and transitions from preferred to less preferred activities without engaging in disruptive behavior.

#### Independent Functioning

T▓▓▓ completes a 4 out of 5 step arrival routine that consists of, taking off his book bag, unzip the book bag, take out notebook and IPAD, place items in designated bin then hang up his book bag in designated area (IEP Data, 10/2018). Upon arrival he completes his seatwork (6 file folders) independently. When completed he states "inished" and brings the finished work to staff. T▓▓▓ states "inished" when he is done and places the finished task in a designated location (with staff prompting). He independently transitions to a structured activity within the classroom for 4 out of 5 opportunities during the day (IEP data, 10/2018). When completing vocational task, he is prompted from staff to follow a work schedule (matching number to number). He is then presented one vocational task at a time. During meal times, he uses a fork or spoon when necessary and drinks from a straw (with staff assistance opening drink containers). T▓▓▓ carries his meal tray to the lunch table with the drinks removed and requires prompting to clean up his eating area when done and to throw his trash away.

#### Vocational

He remains on task for up to 6 minutes completing a variety of vocational task, but has been observed to remain on task for up to

---

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| A███████ T████████ | ██/██/2000 | 1349 | 02/26/2019 |

15 minutes (IEP Data, Teacher Observation, 10/2018). T█████ completes at least six different vocational tasks independently, such as sorting colored markers, colored popsicle sticks, packaging, putting erasers on pencils, filling containers etc. in succession. T█████ appears to enjoy completing vocational tasks by independently selecting tasks to complete during his structured leisure time. He sorts by colors and size, he fills containers, puts items together, and follows a picture model to package items.

### Functional Academics

T█████ sorts items in order according to their size and color when given the first and last items for 5 out of 5 opportunities (ABLLS-R, 10/2018). He expressively labels highly preferred items using verbal approximations such as pink chair, print, candy corn, and wheel of fortune, etc. During reading activities, T█████ interacts with books by independently turning pages and following along as the book is read to him and touches pictures on the pages. During working with words, T█████ matches letter to letter using magnetic letter tiles in a field of 20 letter tiles or more. He traces letters/words when given the directive "write the word...."). With prompting, T█████ uses one to one correspondence counting to 3 (ABLLS-R, 10/2018). T█████ receptively identifies numbers up to 11 when asked to "touch number___) (ABLLS-R, 10/2018).

### Needs as They Affect Learning

Needs as They Affect Learning
Communication
Currently T█████ points or uses verbal approximations to request desired items. When ordering lunch in the school cafeteria, T█████ taps the glass and points to his choice of food items. If he wants a side snack (e.g. rice Krispy treat, cookie) he attempts to take it without requesting. On 10/29/18 T█████ stood in the lunch line when it was his turn to select his meal. He did not point or indicate what he wanted. He required a verbal prompt to find the school lunch icons on his AAC device. Once he was at the correct page, T█████ chose his lunch items. T█████ often requires verbal prompting to use his parent provided AAC device or visuals when his wants or needs are not understood. Using his AAC device and/or visuals allows for a more effective way to communicate with all communication partners across a variety of settings. T█████ continues to demonstrate difficulty answering functional wh-questions using his AAC device. He often needs assistance with finding the correct page on his device. His baseline ins 40% trials.

Social
T█████ does not independently engage in activities with peers other than trying to fist bump or look for attention. He is prompted to participate in structured games, according to baseline data (Social Skills Group Assessment Questionnaire) taken on 10/26/18, T█████ attempts to keep taking his turn without allowing his game partner a turn.

Behavior
He did not achieve his behavior goal of reducing the number of intervals of maladaptive behavior due to the multiple behaviors identified such as anytime he leaves his instructional area without being directed, makes excessive clapping/cheering, disrobes/lifts up shirt, or refuses to follow directions, all attempts included. However, he has not disrobed throughout the 2017-2018 and 2018-19 school year, but has been observed to lift his shirt up. He does follow directions and has reduced the excessive clapping/cheering during the day. T█████ leaves his instructional area without being directed from an average baseline of 16 attempts per day (Bassline data collected 10/29-11/5). He frequently leaves his area to socialize with his peers. Although T█████ has not engaged in disrobing this school year, baseline data taken in October 2018 (Transition Behavior Scale-Second Edition; (TBS) 10,2018), revealed that he has inappropriately lifted up his shirt in the cafeteria and classroom, on 4 occasions since September, in order to gain attention, when he did not receive a desired item or action.

Independent Functioning
He requires verbal, gestural, and physical prompting to follow a 5-step dismissal routine (collect his notebook, iPad, jacket and hat, pack up his back pack, and get ready to leave for the bus). He required verbal, gestural, and physical prompting to prepare to leave for the day, go to the cafeteria for lunch and/or clean up and prepare to leave the cafeteria. T█████ throws away his trash only when prompted. Baseline data completed 10/18 determined that T█████ completed 0 out of 5 steps when completing a dismissal routine (TBS,10/2018).

Vocational
T█████ parents indicated that they would like to see him engage in more at home responsibilities such as emptying the trash or helping in the yard. Baseline data completed on 10/30/18 indicated that Thomas independently completed 0 out 5 steps of routine chores such as wiping down a table, emptying the trash and sweeping upon first opportunity. He required verbal, gestural and physical prompting to complete three separate chores.

Functional Academics
Baseline assessment (TBS 12) completed on 10/16/18 concluded that when given a visual list of 6 grocery store items, T█████ had difficulty selecting the correct items as well as the correct number of items on the list. According to IEP data updates (10/2018), T█████ displays difficulty counting from a larger set of numbers. He also selected items that were not on the list from a baseline of 0 out of 6 items. Being able to select items from a shopping list will allow T█████ to be more independent and improve his self-determination.

**Effect of disability on Progress in the General Curriculum and Needs of Student to Access the General Curriculum**
T█████ is an 18-year-old 11th grade high school student identified with multiple disabilities who attends the SECEP-ASP program housed in a comprehensive public high school. He receives instruction aligned with the

| Name | | Date of Birth | Student Number | Document Date |
|---|---|---|---|---|
| A████████ T████ | | ████2000 | 1349 | 02/25/2019 |

Virginia Aligned Standards of Learning (ASOLs) in reading, mathematics, writing, science and history within the a self contained SECEP classroom. The ASOLs are modified and differentiated to meet his individual needs. The pace and rigor of instruction is modified to meet his learning needs. As a result of his disability, he does not participate in the general curriculum. Positive behavioral supports and instructional accommodations proven effective for students with multiple disabilities and other developmental disabilities are also implemented daily as a part of his individual and classroom program. T████ requires intensive staff support in all areas. He requires a highly structured environment and individualized/modified instruction to meet his communication, social and learning needs. His classroom has a low student to staff ratio. A frequent schedule of reinforcement, instructional accommodations and visual prompts are used throughout the day. T████ expresses his interests and preferences in activities and items by using photos/icons (on his parent provided communication device) or verbal communication to communicate his choices in the classroom.

**Parent or Adult Student Input and Concerns Regarding Educational Program**

Mr. and Mrs. Altobello expressed that they would like to see T████ improve his self care and home responsibilities such as chores and helping pick groceries off the store shelves. They would like T████ to order and eat in a cafeteria or fast food restaurant with assistance. They also indicated that they would like for T████ to ask for more using appropriate communication methods (AAC device, verbal or pictures).

## Performance in General Education

**Additional Information:**

**Progress on IEP Goals:**

T████ has achieved the following goals:
Speech/Language -specify which of the items he wants after being asked a "Which one?"-type question,
Communication
Behavior - being asked to wait
Independent functioning - Independently transition to structured activity
Independent functioning - complete a 5 step functional routine
Vocation - stating on task for up to 6 minutes

T████ did not achieve the following goals
Behavior- disruptive behavior
Social- Honoring the response of a peer
Functional Academics - counting from a larger set

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A T  | 2000          | 1349           | 02/25/2019    |

## FACTORS FOR IEP TEAM CONSIDERATION

### Communication

The team considered the student's needs for other communication services, supports and goals and determined that they are necessary.

### Benchmarks/Short Term Objectives

Regulations require short term objectives/benchmarks for preschool students and for students whose instruction is aligned to alternate achievement standards who are participating in the Virginia Alternate Assessment Program (VAAP). The IEP Team may elect to use benchmarks for specific goals. The team considered the need for benchmarks/short term objectives in all goals and determined that the student is in need of benchmarks/short term objectives.

### Assistive Technology

The IEP Team considered the resources and materials available to the student and what is needed in order to meet goals. In developing accommodations, the IEP Team considered the student's need for Assistive Technology devices and services and determined that accommodations documented in the IEP reflect consideration.

Tommy has access to low-tech supports like printed pictures, icons and visual schedules. Standard classroom tools are provided to meet his needs (computer, SMART board, his parent-provided communication device, etc.)

### Behavioral Needs

In the case of a student whose behavior impedes his or her learning or that of others, consider the use of positive behavioral interventions, strategies, and supports to address that behavior. The team considered the student's need for positive behavioral interventions, supports and strategies to address behaviors that impede learning of self or others and determined that current strategies in place meet the needs of the student.

### Student with Limited English Proficiency

In the case of a student with limited English proficiency, consider the language needs of the student as those needs relate to the student's IEP. It has been determined that this student is not an English Language Learner.

### Blind/Visually Impaired

In the case of a student who is blind or is visually impaired, provide for instruction in Braille and the use of Braille unless an IEP Team determines after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media (including an evaluation of the student's future needs for instruction in Braille and the use of Braille) that instruction in Braille or the use of Braille is not appropriate for the student. The team considered whether the student has a visual impairment that requires Braille services in order to function at a level consistent with expected achievement and determined that services are not needed.

### Deaf/Hearing Impaired

In the case of a student who is deaf or hard of hearing, consider the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode. The IEP Team may use the Virginia Communication Plan when considering the student's language and communication needs and supports that may be needed. The team considered if the student has communication needs that require educational communications in an alternate mode preferred by the student and determined that an alternate mode is not necessary.

### Accessible Instructional Materials

The IEP team has considered the student's requirement for accessible, alternate format versions of printed textbooks and printed core instructional materials (Braille, audio text, electronic text, and/or large print) due to a documented visual, physical or print disability and determined that

No: T     does not require accessible instructional materials for FAPE.

| Name A███ T███ | Date of Birth ███2000 | Student Number 1349 | Document Date 02/25/2019 |
|---|---|---|---|

## ANNUAL GOALS AND BENCHMARKS OR SHORT TERM OBJECTIVES

**Progress Report Frequency**

Your child's progress toward achievement of annual goals will be measured every four and one-half weeks. You will be notified in writing of your child's progress using a separate Annual Goal Progress Report which will be sent to you at the same time that Interim Progress Reports and Report Cards are sent home within your school division. A copy of this document should be included in Thomas's scholastic file.

**Annual Goal(s)**

**Category: Communication**

Description

Communication: By November 2019: T███ will request food items from a food service worker using his parent provided AC device and/or visuals from a baseline of 0% of opportunities to 50% of opportunities over 4 consecutive data days. Data taken per occurrence. Speech Supported.

☑ Applies To ESY

| Pre score date | 10/29/2018 |
|---|---|
| Score | T███ requested food items from a food service worker 0% of opportunities (TBS 37 & 52) |

Benchmark 1: By April 2019, T███ will request food items from a food service worker using his parent provided AC device and/or visuals from a baseline of 0% of opportunities to 25% of opportunities over 4 consecutive data days. Date taken per occurrence. Speech Supported.

Benchmark 2: By November 2019, T███ will request food items from a food service worker using his parent provided AC device and/or visuals from a baseline of 25% of opportunities to 50% of opportunities over 4 consecutive data days. Date taken per occurrence. Speech Supported.

**Category: Behavior**

Description

Behavior 1: By November 6, 2019, T███ will remain in his instructional area (defined as a 3 foot work area radius) unless directed by staff, from a baseline of 16 occurrences per day to 8 occurrences per day over 5 consecutive data days. Data taken per occurrence.

☑ Applies To ESY

| Pre score date | 10/26/2018 |
|---|---|
| Score | T███ left his area without being instructed to do so, an average of 16 occurences per day. (TBS 43) |

Benchmark 1: By April 2019, T███ will remain in his instructional area (defined as a 3 foot radius) unless directed by staff, from a baseline of 16 occurrences per day to 12 occurrences per day over 5 consecutive data days. Data taken per occurrence.

Benchmark 2: By November 2019, T███ will remain in his instructional area (defined as a 3 foot radius) unless directed by staff, from a baseline of 12 occurrences per day to 8 occurrences per day over 5 consecutive data days. Data taken per occurrence.

Description

Behavior 2: By November 2019, T███ will decrease disrobing/ lifting his shirt from a baseline of 4 incidents per 4 ½ weeks to 0 incidents per 4 1/2 weeks. Data taken per occurrence.

☑ Applies To ESY

| Pre score date | 10/31/2018 |
|---|---|
| Score | T███ engaged in maladaptive behavior by lifting up his shirt from a baseline of 4 times per 4 1/2 |

| Name ██████ T████ | Date of Birth ██ 2000 | Student Number 1349 | Document Date 02/25/2019 |
|---|---|---|---|

weeks (TBS 39)

Benchmark 1: By April 2019, T████ will decrease disrobing/ lifting his shirt  from a baseline of 4 incidents per 4 ½ weeks to 2 incidents per 4 1/2 weeks. Data taken per occurrence.

Benchmark 2: By November 2019, T████ will decrease disrobing/ lifting his shirt  from a baseline of 4 incidents per 4 ½ weeks to 0 incidents per 4 1/2 weeks. Data taken per occurrence.

## Category:  Social Skills

Description

Social Skills: By November 2019, T████ will participate in a structured game group activity by taking turns upon first trial opportunity over 4 consecutive data days.  Data taken 2x per week. Speech Supported

☑ Applies To ESY

| Pre score date | 10/26/2018 |
|---|---|
| Score | T████ had zero instances where he took turns during a game group activity. He attempted to keep taking his turn without allowing his game partner a turn, unless prompted by staff. |

STO1: By November  2019, T████ will participate in a structured game group activity by sitting at game group upon first trial opportunity over 4 consecutive data days.  Data taken 2x per week. Speech Supported

STO2: By November  2019, T████ will participate in a structured game group activity by taking a turn upon first trial opportunity, over 4 consecutive data days.  Data taken 2x per week.  Speech Supported

STO3: By November  2019, T████ will participate in a structured game group activity waiting for a peer or staff to complete a turn, upon first trial opportunity, over 4 consecutive data days.  Data taken 2x per week. Speech Supported

## Category:  Independent Functioning

Description

Independent Functioning: By November  2019, When provided with visual support, T████ will complete 3, 3-6 step functional routines (e.g. collect items for dismissal) from a baseline of 0% of tasks completed to 50%, for 4 consecutive data days, data taken at least 2 times per week. (OT Supported).

| Pre score date | 10/23/2018 |
|---|---|
| Score | T████ currently completes 0% of a 4-5-step functional routine. (TBS 41) |

Benchmark 1 By March  2019, When provided with visual support, T████ will complete 1 3-6 step functional routines (e.g. collect items for dismissal) with 50% accuracy for 4 consecutive data days, at least 2 times per week. (OT Supported)

Benchmark 2 By June  2019, When provided with visual support, T████ will complete 1 new 3-6 step functional routines (e.g. collect items for dismissal) with 50% accuracy for 4 consecutive data days, at least 2 times per week. (OT Supported)

Benchmark 3 By November  2019, When provided with visual support, T████ will complete 1 new 3-6 step functional routines (e.g. collect items for dismissal) with 50% accuracy for 4 consecutive data days, at least 2 times per week. (OT Supported)

## Category:  Vocational

| Name A ████ T████ | | Date of Birth ████ 7 2000 | Student Number 1349 | | Document Date 02/25/2019 |
|---|---|---|---|---|---|

Description

**Vocational: By November 2019, T████ will complete 3, 5-step sequence of classroom chores (e.g. wiping tables, sweeping, emptying trash) using visual instructions with 80% accuracy for 4 consecutive data days, data taken 2x per week. (OT Supported).**

| Pre score date | 10/30/2018 |
|---|---|
| Score | When given the direction to wipe table, T████ needed prompting to correctly clean a table, empty trash or sweep the floor (Transition Planning Parent/Guardian Survey-Addendum). |

Benchmark 1 By March 2019, T████ will complete a 5-step sequence for wiping a table with 80% accuracy for 4 consecutive data days, data taken 2x per week. (OT Supported).

Benchmark 2 By June 2019, T████ will complete a 5-step trash emptying sequence with 80% accuracy for 4 consecutive data days, data taken 2x per week. (OT Supported).

Benchmark 3 By November 2019, T████ will complete a 5-step sweeping sequence with 80% accuracy for 4 consecutive data days, data taken 2x per week. (OT Supported).

**Category:  Functional Academics**

Description

**Functional Academics: By November 2019, T████ will follow a visual shopping list, identifying items for 5 out 6 items per data day over 4 consecutive data days, data taken 2x per week.**

| Pre score date | 10/16/2018 |
|---|---|
| Score | Baseline assessment conducted on 10/16/18 concluded that when given a visual list of 6 grocery store items, T████ correctly selected 0 out of 6 items correctly items as well as the correct number of items on the list. He selected items that were not on the list from a baseline of 0 out of 6 items. (TBS 12) |

Benchmark 1: By March 2019, T████ will follow a visual shopping list, identifying items for 3 out 6 items per data day over 4 consecutive data days, data taken 2x per week.

Benchmark 2: By June 2019, T████ will follow a visual shopping list, identifying items for 4 out 6 items per data day over 4 consecutive data days, data taken 2x per week.

Benchmark 3: By November 2019, T████ will follow a visual shopping list, identifying items for 5 out 6 items per data day over 4 consecutive data days, data taken 2x per week.

**Category:  Speech-Language**

Description

**Speech and Language #1:  By November 6, 2019, T████ will answer functional questions using an augmentative communication system in 4 out of 5 trials for each of 2 consecutive data sessions, written data sheets updated 2x per month.**

| Pre score date | 10/26/2018 |
|---|---|
| Score | Baseline is 40% of opportunities. |

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| A█████, T█████ | ████2000 | 1349 | 02/25/2019 |

Benchmark 1:  By March 4, 2019, T█████ will answer functional questions using an augmentative communication system in 3 out of 5 trials for each of 2 consecutive data sessions, written data sheets updated 2x per month.

Benchmark 2:  By November 6, 2019, T█████ will answer functional questions using an augmentative communication system in 4 out of 5 trials for each of 2 consecutive data sessions, written data sheets updated 2x per month.

| Name A          T |  | Date of Birth /2000 | Student Number 1349 |  | Document Date 02/25/2019 |
|---|---|---|---|---|---|

### SPECIAL EDUCATION ACCOMMODATIONS, SERVICES, AND RELATED SERVICES

**Accommodations**

| Type | Accommodation Accommodation Do Not Enter Data List | Location | Setting | Amount of Time Frequency |
|---|---|---|---|---|
| General | Compartmentalize d Instructional/Work Area (G) | SECEP/ASP | Self-Contained Classroom | During Instruction |
| General | Individualized Instructional/Work Schedule (G) | SECEP/ASP | Self-Contained Classroom | During Instruction |
| General | Communications: Individualized Communication System (G) | SECEP/ASP | Self-Contained Classroom | During Instruction |

**Services**

| Specially Designed Instruction | Location | Instructional Setting | Amount of Time Minute | # of Times | Frequency | Begin Date | End Date | Begin Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| Instruction for students with disabilities | SECEP/ASP | Self-Contained SpEd Classroom | 1710 | 1 | per week | 11/07/2018 | 06/13/2019 | 09/03/2019 | 11/06/2019 |

**Related Services**

The team considered the need for related services and determined that the student is in need of related services.

| Related Services | Location | Instructional Setting | Amount of Time Minute | # of Times | Frequency | Begin Date | End Date | Begin Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| Speech Language Therapy - Direct | SECEP/ASP | Self-Contained SpEd Classroom | 60 | 1 | per week | 11/07/2018 | 06/13/2019 | 09/03/2019 | 11/06/2019 |
| Occupational Therapy - Consult | SECEP/ASP | Self-Contained/Inclusion Classrooms | 45 | 1 | per month | 11/07/2018 | 06/13/2019 | 09/03/2019 | 11/06/2019 |
| Speech Language Therapy - Consult | SECEP/ASP | Self-Contained SpEd Classroom | 30 | 1 | per month | 11/07/2018 | 06/13/2019 | 09/03/2019 | 11/06/2019 |

Services are provided based on peer reviewed research to the extent practicable.

**Transportation:**

☑Y   ☐N   Transportation to and from school is the responsibility of the student's responsible division (LEA).

| **Transportation Start** | 11/07/2018 | **Second Start Date** | 09/03/2019 |
|---|---|---|---|
| **Transportation End** | 06/13/2019 | **Second End Date** | 11/06/2019 |

**Student has significant needs in the areas of:**

| Name A███████ T██████ | Date of Birth ███2000 | Student Number 1349 | Document Date 02/25/2019 |
|---|---|---|---|

☑ minimal communication skills     ☑ significant distractibility

☑ adult to adult transfer

☑ Medical Needs
   Seizure disorder

**Indicate vehicle adaptations:**
  ☑ Safety Vest

| Name<br>A        T | Date of Birth<br>2000 | Student Number<br>1349 | Document Date<br>02/25/2019 |
|---|---|---|---|

## SUPPLEMENTARY AIDS AND SERVICES (ACCOMMODATIONS AND MODIFICATIONS)

**Supplemental aids and Services**

To be provided throughout the duration of this IEP unless otherwise noted.  Services are provided based on peer reviewed research to the extent practicable.

## EXTENDED SCHOOL YEAR (ESY)

The IEP Team should determine if any of the factors below will significantly jeopardize the student's ability to receive some benefit from the student's educational program during the regular school year, if the student does not receive ESY services. ESY services are the individualized extension of specific special education and related services that are provided beyond the normal school year of the public agency, in accordance with the IEP, at no cost to the parents.
When considering ESY, answer YES or NO and document the decision:

1.   Did the team consider each of the areas below in determining the student's need for Extended School Year Services?   Yes
___Nature and severity of the disability that prevents education benefit
___Regression/Recoupment of critical life skills.
___Degree of progress toward IEP goal/ objectives.
___Emerging Skills.
___Severely interfering behaviors that prevent the student from educational benefit.

Discussion to support decision:   The IEP team considered all of the following areas to determine the need for Extended School Year Services (ESY)
-The Nature and Severity of the disability
- Regression and Recoupment of critical life skills
-Degree of Progress towards IEP goals/objectives
-Emerging Skills
-Severely Interfering behaviors

2.   Was the nature and severity of student's disability was considered?                                                  Yes

Discussion to support decision:  T      a student with a special education category of Multiple Disabilities (Autism, Intellectual Disability, OHI), requiring a small student to staff ratio and individualized instruction.

3.   Will an interruption of instruction negatively impact progress toward achievement of IEP goals and objectives?       Yes

Discussion to support decision:  Interruption of Instruction more than 6 weeks lasting  will negatively impact the progress towards the achievement of IEP goal and objectives.

4.   Was the degree of regression/recoupment following an interruption of instruction considered?                         Yes
(Regression is based on a scale of 1 - 5.  A rating of 1 indicates no regression; a rating of 2 indicates slight regression with recoupment; a rating of 3 indicates regression with recoupment; a rating of 4 indicates significant regression with recoupment; a rating of 5 indicates significant regression without recoupment).

Discussion to support decision:  Data review determines regression in goals with recoupment.

5.   Were special circumstances considered? (Ex. Medical, physical, or behavioral).                                       Yes

Discussion to support decision:  All special circumstances were considered to include, medical, physical and behavioral.

6.   Were breaks in instruction considered?                                                                              Yes

Discussion to support decision:  All breaks were considered to include, extended weekends, winter break, spring break and summer break.

7.   Will student be recommended for Extended School Year services? Discuss the instructional services to  be provided.   Yes

Discussion to support decision:  The IEP team recommends Instruction for Students with Disabilities (ESY) for breaks of instruction lasting longer than 6 weeks.

8.   Based on the information above, will the student will be recommended for related services during the extended school   Yes
year? Discuss the services or indicate "None" if not recommended.

Discussion to support decision:  The IEP team recommends Speech and Language therapy during ESY.

9.   A summary of ESY services was discussed by the IEP team.                                                             Yes

Discussion to support decision:  The IEP team qualifies Thomas for extended school year services (ESY) for breaks lasting longer than 6 weeks due to the nature and severity of his disability.

**The team considered the need for ESY services and determined:**

| Name<br>A████ T█████ | | | Date of Birth<br>████2000 | Student Number<br>1349 | | Document Date<br>02/25/2019 |
|---|---|---|---|---|---|---|

The student qualifies for ESY services.

**Extended School Year Services**

| ServiceCode | Location | Setting | Minutes | Frequency | Frequency | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| Speech Language Therapy - Direct | SECEP/ASP | Self-Contained SpEd Classroom | 20 | 1 | per week | 06/24/2019 | 07/25/2019 |
| Instruction for students with disabilities | SECEP/ASP | Self-Contained SpEd Classroom | 80 | 1 | per week | 06/24/2019 | 07/25/2019 |

**Transportation:**

☑Y   ☐N   The student will receive Special Education transportation for the duration of this IEP due to the disability and to access the program site.  Curb to curb transportation to address needs that are indicated in the IEP will be provided

**Student has significant needs in the areas of:**

☑ minimal communication skills                    ☑ adult to adult transfer

| Name A⬛⬛⬛T⬛⬛ | Date of Birth ⬛⬛2000 | Student Number 1349 | Document Date 02/25/2019 |
|---|---|---|---|

### TESTING

**Participation In the State Accountability/Assessment System**

**Yes  No**

☑ ☐  This is a testing year and student is at a grade level for which he/she is eligible to participate in a state or division wide assessment.

☑ ☐  Based on the present level, is the student being considered for participation in an alternate assessment?

☑ ☐  Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Alternate Assessment Program (VAAP), which is based on Aligned Standards of Learning? If yes, complete the "VAAP Participation Criteria".

☑ ☐  Does the student meet the "VAAP participation criteria"? If yes, refer to the Aligned Standards of Learning for development of annual goals and short-term objectives or benchmarks.

☐ ☑  Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Substitute Evaluation Program (VSEP)? If yes, complete the "VSEP Participation Criteria" for each content considered.

☐ ☑  Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Grade Level Alternative (VGLA)? If yes, complete the "VGLA Participation Criteria" for each content considered.

☐ ☑  Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation In the Virginia Modified Achievement Standards Test (VMAST)? If yes, complete the "VMAST Participation Criteria" for each content considered.

**Participation In Statewide Assessments**

| Test | Non-Participant | Has Accommodation | Accommodations |
|---|---|---|---|
| Grade Level SOL Assessment | ☑ | ☐ | |
| VAAP: Social Science (High School) | ☐ | ☐ | |
| VAAP : Math (High School) | ☐ | ☐ | |
| VAAP: English: Reading (High School) | ☐ | ☐ | |
| VAAP: English: Writing (High School) | ☐ | ☐ | |
| VAAP: Science (High School) | ☐ | ☐ | |

**Explanation For Non-Participation And How The Student Will Be Assessed**

T⬛⬛ is a student with significant cognitive disabilities and does not receive grade level instruction. Therefore, he does not meet the criteria for participation In the Standards of Learning Assessments. He receives instruction in the ASOLs and meets the criteria for participation/assessment in VAAP.
The impact of non-participation in the SOL Assessment on T⬛⬛'s diploma options was discussed. T⬛⬛ is working towards and Applied Studies Diploma at this time.

**Participation In Division-Wide Assessments**

| Test | Non-Participant | Has Accommodation | Accommodations |
|---|---|---|---|
| Grade Level Division-Wide Assessment | ☑ | ☐ | |

**Explanation For Non-Participation And How The Student Will Be Assessed**

Case 6:21-cv-00051-NKM-RSB   Document 1-2   Filed 10/12/21   Page 19 of 21   Pageid#: 101

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A▮▮▮▮▮ T▮▮▮▮▮▮ | ▮▮▮/2000 | 1349 | 02/26/2019 |

T▮▮▮▮ is a 11th grade student in the 2018-2019 school year. Due to extensive curriculum modifications needed to access the general curriculum at the high school level, T▮▮▮▮ will not participate in District Wide Assessment. He will be assessed through teacher-made assessment materials, formative assessments, and data on his current IEP goals.

Southeastern Cooperative Educational Program - Individualized Education Program                 Page 18 of 20

| Name<br>A      T | Date of Birth<br>2000 | Student Number<br>1349 | Document Date<br>02/25/2019 |
|---|---|---|---|

## LEAST RESTRICTIVE ENVIRONMENT (LRE)

### LRE options considered

☐ General Education      ☐ Special Education in a comprehensive school      ☐ Public Day School (School-based)

☐ Public Separate School (Center-based)      ☐ Private Day School      ☐ Public Residential School

☐ Private Residential School      ☐ Homebased Services      ☐ Homebound Placement

☐ Hospital Program      ☐ Correctional Education Program

### LRE Option Selected

Public Day School (School-based)

### Rationale for LRE selection:

Rationale for LRE selected. Describe how the student's disability impacts progress in a less restrictive environment and the general curriculum.

T███' progress in the general curriculum is impacted by significant weaknesses/deficits in communication skills, and because curriculum modifications required by T███ are too extensive to be met in the general education program. The IEP team considered the continuum of least restrictive environment and determined that a public day school (school based) is the least restrictive environment to provide Thomas with a FAPE.

**Describe student's participation with non-disabled peers, or why student will not participate with non-disabled peers, in academic and non-academic environments.**

T███ requires specially designed instruction and will not participate with non-disabled peers in any academic classes. He participates with non disabled peers during arrival, dismissal, lunch and any special events at school, as appropriate (eg. school assemblies, pep rallies).

| Name<br>A████, T████ | Date of Birth<br>████2000 | Student Number<br>1349 | Document Date<br>02/26/2019 |
|---|---|---|---|

### PARENT (OR GUARDIAN) STATEMENT

The student's responsible LEA and SECEP propose to implement this IEP as written. A Prior Written Notice Statement of Proposed and/or Refused Action has been given and explained to me, the parent/adult student. This proposed IEP will allow the student to receive a free appropriate education in the least restrictive environment. This decision is based upon a review of current records, current assessments and the student's performance as documented in the Present Level of Academic Achievement and Functional Performance. Other options considered, if any, and the reason for their rejection are outlined in the Prior Written Notice document noted above.

☐ I consent to the proposed IEP.
Signature:

_____                    _____          _____
                                                     Relationship to Student              Date

☐ I do not consent to the proposed IEP.
Signature:

_____                    _____          _____
                                                     Relationship to Student              Date