# EXHIBIT 3 W.T. IEP

Southeastern Cooperative Educational Program
SECEP
6160 Kempsville Ci
Norfolk, VA 23502
Phone: 757-892-6100
Fax:   757-892-6111

# Individualized Education Program



| | | |
|---|---|---|
| Student Name: T─── W─── A. | Home Phone: ▓ | Date: 01/08/2020 |
| Date Of Birth: ▓/2009 | Home Address: ▓ | |
| Student No.: ▓ | Virginia Beach, VA 23462 | |

| Age | Gender | Grade | Home School | Attending School |
|---|---|---|---|---|
| 10 | Male | 05 | | Virginia Beach City Public Schools |

| Ethnicity | Primary Language - Date Determined | Home Language - Date Determined |
|---|---|---|
| White | | English |

**Parent/Guardian**

| Name | Mobile - Mother | Name | Mobile - Father |
|---|---|---|---|
| Beth Tignor | ▓ | John Tignor | ▓ |
| Address | Work Phone | Address | Work Phone |
| ▓ | | ▓ | |
| | Emergency Phone | | Emergency Phone |
| Virginia Beach, VA 23462 | | Virginia Beach, VA 23462 | |

IEP Review Due Date: 01/07/2021     Re-evaluation Due Date: 03/26/2021

Interpreter Needed:  ☐ Y   ☒ N

Eligible:           AUTISM

The student and parents have been informed of his/her rights under IDEA. These rights will transfer from the parents to the student at age 18.
Parent Initial_____    Student Initial_____.

## IEP TEAM

The following were in attendance:

| Names | | Position | Signature | Date |
|---|---|---|---|---|
| Tignor, Beth | Present | Mother | | |
| Tignor, John | Present | Father | | |
| Jones, Cassandra H. | Present | Education Specialist/SECEP Admin | | |
| Denny, Layla | Present | Other | | |
| Thompson, Jennifer A. | Present | Other | | |
| High, Amy E. | Present | Special Education Teacher | | |
| Hornung, Veronica L. | Present | Speech/Language Pathologist | | |
| Christine Drescher | Present | LEA Representative | | |
| Pam Thompson | Present | Art General Education Teacher | | |

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T, W A. | /2009 | | 01/08/2020 |

## PERTINENT MEDICAL INFORMATION

**Health Issues**
There are no known medical issues.
Additional medical information is on file in the nurse's office and in the teacher's file.  ☐ Y  ☑ N

☐ Y  ☑ N

☐ Y  ☑ N

## TRANSITION. TESTING, BACKGROUND, AND PRESENT LEVELS OF ACADEMIC AND FUNCTIONAL PERFORMANCE

This section contains plans for post-secondary transition to career and employment (as applicable), current testing information, background information, and the present levels of academic and functional performance.

### STANDARDIZED TESTING

**Summary of State- and District-wide Test History**

During the 2018-2019 school year, W was assessed using the 4rd grade Standards of Learning (SOLs) in the content areas of reading and math. In Reading he scored a 308 (fail/below basic) with 400 being a passing score. In Math he scored a 344 (fail/basic) with 400 being a passing score.

**Summary of Current Assessments**

W's latest psychological evaluation was completed in February 2018 which reports that on the verbal portion, W obtained an IQ that fell more than three standard deviations below the mean and exceeded that of approximately <.01% of others his age (verbal IQ=41; 95% confidence interval=38-51). However, on the visual portion, he earned an IQ that fell within the average range and exceeded that of approximately 47% of others his age (Visual IQ=99; 95% confidence interval = 91-107).

The following assessments/ tools were utilized when developing and determining Anthony's present levels of academic achievement and functional performance strengths, and needs, annual goals, short term objectives and benchmarks, and accommodations: IEP data, Occupational Therapy Present Level Update, Communication Profile, Assessment of Basic Language and Language and Learning Skills (ABLLS), Key Math 3, Developmental Spelling Analysis (DSA), Fry Word-First and Second Hundred, Test of Phonological Awareness and Letter Sound Knowledge Emergent Learner (TOPA), baseline data, Autism Social Skills Profile, IEP data, teacher observation, parent input.

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T███, W███ A. | ██/2009 | ███ | 01/08/2020 |

## SUMMARY OF PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

**Strengths of Student (Academic, Behavioral, Learning Characteristics)**

(SB1) What is the name, age, grade level of the student? Describe the courses the student is taking and the level of service that is provided.
W███ is a 10 year 8-month-old student with a diagnosis of Autism. W███ is currently a fifth-grade student enrolled in a SECEP Autism Spectrum Program (ASP) classroom in Virginia Beach, VA. He currently receives instruction on the fifth grade Standards of Learning in a self-contained classroom with accommodations and supports. He participates in Art in an inclusion setting with support from SECEP staff.

(SB2) Where is the student performing academically in relation to the grade-level standards? Include strengths and source information.
MATH: According to IEP data (December 2019), when given a total price of a purchase, W███ identifies the "next dollar" amount up to $10 needed to pay for a purchase. When W███ is provided with four different coins, he accurately identifies all the different coins and their values (ABBLS, December 2019). In numeration, W███ reads numbers in word form, selects fractions (e.g. select the shape that is ½ yellow), and identifies ordinal numbers (e.g. identify the 6th line) (Key Math 3, December 2019). In the area of Algebra, W███ groups similar items and completes repeating patterns. READING: According to the Developmental Spelling Analysis (DSA), W███ correctly spells 4 out of 5 short vowels, initial and final consonants, and affricates (e.g. dr, tr, ch). He also spells initial and final consonant blends 100% of the time. In addition to the DSA, Anthony has achieved his IEP goal according to data (December 2019) and has passed with 4 out of 5 on spelling tests for 8 beginning consonant blends and 8 ending consonant blends. IEP data also indicated that W███ identifies one supporting detail from a reading passage on his reading level. He also identifies the beginning of a passage on his reading level (December 2019). When using the Fry Words (December 2019), W███ can read 91 of the first 100 and 81 of the second 100 words. According to the Test of Phonological Awareness and Letter Sound Knowledge Emergent Learning (TOPA) (November 2019), W███ correctly identifies the number of words in a sentence for 7 out of 8 opportunities. He identifies the correct number of syllables in words up to 3 syllables 100% of the time. W███ blends words (e.g. pop-corn, popcorn) for 6 out of 7 opportunities.

(SB3) What strengths does the student present (functionally, organizationally, and socially) that impact the student's involvement and progress in the general curriculum? Include source information.
The Communication Profile (December 2019) indicates that W███ is an emerging communicator. He uses pictures, words, and verbal language to communicate. When he is engaged in a leisure activity or scripting, W███ uses longer phrases and short sentences of 5-7 words (Teacher Observation, December 2019). According to Communication Profile (December 2019), during game group, W███ follows directions of peers (e.g. your turn, use the spinner, move your piece, etc.). During unstructured times of the day W███ uses verbal communication to use humor with his peers and staff. W███ will state things incorrectly, then laugh and correct himself. For example, during earn time, Anthony will ask the teacher, "Do we take superman home?" then laugh and say, "No, superman stays at school." W███ also makes requests for desired/preferred items by going up to preferred staff using proximity and verbally stating the item he desires (occasionally may use a simple phrase/sentence). According to IEP data (November 2019), W███ answers 3 different "wh" questions (e.g. who, where, and when) related to a picture/visual scene presented.
According to IEP data (November 2019), W███ engages in a social exchange, by playing a game with two peers. Parents have indicated that W███ often requests assistance from others (Autism Social Skills Profile, December 2019). They also indicate through the Autism Social Skills Profile, that he sometimes speaks with appropriate volume in a conversation, asks questions to request, and takes turns during games and activities.
In the area of Independent Functioning, W███ follows whole group directions 2 out of 3 opportunities a day (IEP data, December 2019). According to diagnostic therapeutic speech session, W███ demonstrates a solid understanding and use of a large variety of vocabulary including syntactic and semantic structures. His articulation, fluency and voice were informally assessed and judged to be within functional limits. (12/19)According to the Occupational Therapy Present Level Update (November 2019), he uses a clipboard with his classroom schedule and visuals to remind him of his behavior rules and for motivation to work. W███ navigates the classroom during transitions when given a verbal directive. It is also stated that W███ sits in a regular chair at a desk next to his peers. He uses adaptive seating such as a foot fidget stretch band, and hokki stool to assist with increasing his visual attention and maintain an upright position (Occupational Therapy Present Level Update, November 2019). According to teacher observation, W███ follows daily routines such as arrival, dismissal, and lunch. He also is independent in the bathroom and with washing his hands.
In the area of fine motor, W███'s Occupational Therapist reports, through the Occupational Therapy Present Level Update (November 2019), that he incorporates bilateral upper extremities into cutting exercises to cut out various shapes using regular scissors. He demonstrates ability to glue on target appropriately. When presented a visual work schedule, W███ participates in retrieving task from the shelf, completing the task, and returning the task to the shelf. W███ benefits from these activities by demonstrating an upright posture and improve visual engagement.

(SB5) What strategies, accommodations and/or interventions have been successful in helping the student make progress in the general curriculum?
W███ uses a clipboard with his classroom schedule and visuals to remind him of his behavior rules and for motivation to work. Anthony navigates the classroom during transitions when given a verbal directive (Occupational Therapy Present Level Update, November 2019). W███ earns money for each group that he follows his rules. This money is used to buy earn time twice a day, watch a movie on Friday, and purchase items from the classroom store once a week (Teacher observation, December 2019). W███ sits in a regular chair at a desk next to his peers (OT Present Level Update, November 2019). According to teacher observation, W███ transitions to small groups where he sits at a group table with a group of 1-3 other students. At whole group,

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T█ W█ A. | ██/2009 | ██ | 01/08/2020 |

W█ is in a classroom with up to 7 other students. He uses a slant board during writing and reading activities to assist in keeping his attention. He follows directions (e.g. line up, turn off the lights, and pass out pencils). W█ requests jalapeno chips and green and yellow skittles for edibles throughout the day. W█ choses to earn cars, Mr. Potato Head, or superhero action figures. He also chooses to earn fold folders that you match pictures that include preferred items (e.g. Angry Birds, Cars, and Super Mario).

**Needs as They Affect Learning**

(SB2) Where is the student performing academically in relation to the grade-level standards? Include weakness and source information.
According to the Assessment of Basic Language and Learning Skills (ABLLS) W█ requires prompting to add numbers absent of a picture model provided (December 2019). W█ is unable to tell time to the hour on an analog clock (ABLLS, December 2019). When read a sentence and asked a multiple-choice question, W█ was able to answer the question correctly 2 out of 5 opportunities according to baseline data (January 2019).

(SB3) What weakness does the student present (functionally, organizationally, and socially) that impact the student's involvement and progress in the general curriculum? Include source information.
W█ uses short phrases of 2-3 words when responding to academic work and undesired topics (Teacher feedback, December 2019).
Parents indicate that W█ sometimes invites peers to join him in activity, engages in one-on-one social interactions with peers, and ends conversations abruptly (Autism Social Skills Profile, December 2019). Teacher reports that when Anthony sees a peer that he wants to engage with, he will point to them and state their name to staff. He will also run up to them, excitedly holds his hands up to his face squeezing them together. He smiles and waits for staff or peer to assist with the communication exchange (teacher observation, December 2019).
W█ requires prompting to remain on an academic task for more than 2 minutes (Teacher observations, December 2020).
W█'s Occupational Therapist states on the Occupational Therapy Present Level Update (November 2019), his handwriting is frequently illegible due to decreased control of pencil and decreased motivation/attention to task. Due to this, his handwriting varies, and appears dependent upon attention to task, motivation, pressure with which he holds the writing tool, type of writing tool, presence of lines or boundaries, and use of adaptive equipment. W█ has demonstrated improved spacing between words using a spacing tool but requires prompting by staff to incorporate the tool.
According to O.T. Present Level Update (November 2019), W█ continues to have difficulty with aggressions toward the person giving the directive by either head-butting, pushing with hands, or grabbing hands/arms. W█'s IEP data (December 2019), states that When given a verbal directive from staff W█ will follow that direction with no more than three reminders, instead of engaging in maladaptive behaviors (e.g. hitting staff, head butting staff, running, laying down), for three opportunities a day.

(SB6) Is the student on-track to receive grade-level proficiency within one year?
No, W█ is not on-track to receive grade-level proficiency within one year.

**Effect of disability on Progress in the General Curriculum and Needs of Student to Access the General Curriculum**

Based on current classroom assessments and data, W█ demonstrates deficits in communication, independent functioning, fine motor, and social skills. W█ is below grade level in reading and math skills. Due to these deficits W█ requires specialized instruction and support in a special education classroom. W█'s deficits may impact his ability to earn a diploma in the future.

**Parent or Adult Student Input and Concerns Regarding Educational Program**

Parent expressed concerns about W█'s communication skills. He states that he is improving in his communication skills but he still feels that he can grow in this area. It was also reported that he responds with comments like "ok Dad, see you later" when he is asked to pick up his toys. Parent also report that W█ enjoys using playdoh to sculpt items. They find items around the house that he has sculpted.

## Performance in General Education

**Additional Information:**
Mrs. Thompson (Art Teacher) reports that W█ is always smiling in her class and appears to enjoy painting. She reports that while attending her class, W█ does not respond to verbal or situational cues, nor does he communicate with her or the other students in the class. She states that the SECEP assistants coordinate his activities and participation levels.

**Progress on IEP Goals:**
W█ achieved 4 out of 8 of his IEP goals from his 2018-2019 IEP.

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T\_\_\_, W\_\_\_ A. | \_\_/\_\_/2009 | \_\_\_\_ | 01/08/2020 |

Case 6:21-cv-00051-NKM-RSB Document 1-3 Filed 10/12/21 Page 6 of 16 Pageid#: 109

## FACTORS FOR IEP TEAM CONSIDERATION

### Communication
The team considered the student's needs for other communication services, supports and goals and determined that they are necessary.

W\_\_\_ receives Speech services and has a communication goal to address his communication needs.

### Benchmarks/Short Term Objectives
Regulations require short term objectives/benchmarks for preschool students and for students whose instruction is aligned to alternate achievement standards who are participating in the Virginia Alternate Assessment Program (VAAP). The IEP Team may elect to use benchmarks for specific goals. The team considered the need for benchmarks/short term objectives in all goals and determined that the student is in need of benchmarks/short term objectives.

W\_\_\_'s IEP goals have benchmarks or short term objectives.

### Assistive Technology
The IEP Team considered the resources and materials available to the student and what is needed in order to meet goals. In developing accommodations, the IEP Team considered the student's need for Assistive Technology devices and services and determined that needs/services documented in the IEP reflect this consideration.

Accommodations on the IEP are Assistive Technology devices and services. W\_\_\_ uses visual aids throughout the day.

### Behavioral Needs
In the case of a student whose behavior impedes his or her learning or that of others, consider the use of positive behavioral interventions, strategies, and supports to address that behavior. The team considered the student's need for positive behavioral interventions, supports and strategies to address behaviors that impede learning of self or others and determined that current strategies in place meet the needs of the student.

### Student with Limited English Proficiency
In the case of a student with limited English proficiency, consider the language needs of the student as those needs relate to the student's IEP. It has been determined that this student is not an English Language Learner.

### Blind/Visually Impaired
In the case of a student who is blind or is visually impaired, provide for instruction in Braille and the use of Braille unless an IEP Team determines after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media (including an evaluation of the student's future needs for instruction in Braille and the use of Braille) that instruction in Braille or the use of Braille is not appropriate for the student. The team considered whether the student has a visual impairment that requires Braille services in order to function at a level consistent with expected achievement and determined that Braille services are not needed.

### Deaf/Hearing Impaired
In the case of a student who is deaf or hard of hearing, consider the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode. The IEP Team may use the Virginia Communication Plan when considering the student's language and communication needs and supports that may be needed. The team considered if the student has communication needs that require educational communications in an alternate mode preferred by the student and determined that an alternate mode is not necessary.

### Accessible Instructional Materials
The IEP team has considered the student's requirement for accessible, alternate format versions of printed textbooks and printed core instructional materials (Braille, audio text, electronic text, and/or large print) due to a documented visual, physical or print disability and determined that

No: W\_\_\_ does not require accessible instructional materials for FAPE.

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T____, W____ A. | __/2009 | ____ | 01/08/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-3   Filed 10/12/21   Page 7 of 16   Pageid#: 110

# ANNUAL GOALS AND BENCHMARKS OR SHORT TERM OBJECTIVES

## Progress Report Frequency

Your child's progress toward achievement of annual goals will be measured every four and one-half weeks. You will be notified in writing of your child's progress using a separate Annual Goal Progress Report which will be sent to you at the same time that Interim Progress Reports and Report Cards are sent home within your school division. A copy of this document should be included in W____'s scholastic file.

## Annual Goal(s)

### Category: Communication

**Description**

**By January 2021, W____ will expand the length of his speech during academic and non-preferred times of the day by answering a question with sentences of 3-5 words for three opportunities a day, data taken two days a week, for 4 consecutive data days. SPEECH SUPPORTED**

☑ Applies To ESY

| Pre score date | 01/06/2020 |
|---|---|
| Score | uses short phrases of 1-2 words |

BM1: By April 2020, W____ will expand the length of his speech during academic and unreferred times of the day by responding with sentences of 3-5 words for one opportunity a day, data taken two days a week, for 4 consecutive data days.

BM2: By September 2020, W____ will expand the length of his speech during academic and unreferred times of the day by responding with sentences of 3-5 words for two opportunities a day, data taken two days a week, for 4 consecutive data days.

BM3: By January 2021, W____ will expand the length of his speech during academic and unreferred times of the day by responding with sentences of 3-5 words for three opportunities a day, data taken two days a week, for 4 consecutive data days.

### Category: Social Skills

**Description**

**By January 2021, W____ will independently engage in a communication exchange with a desired peer (including getting the peers attention, asking a question or making a comment, and closure) for one opportunity a day, 4 consecutive data days, data taken two times a week. SPEECH SUPPORTED**

| Pre score date | 01/06/2020 |
|---|---|
| Score | requires prompting |

STO 1: By January 2021, W____ will independently communicate with a desired peer by getting the peers attention for one opportunity a day, 4 consecutive data days, data taken two times a week.

STO 2: By January 2021, W____ will independently communicate with a desired peer by asking a question for one opportunity a day, 4 consecutive data days, data taken two times a week.

STO 3: By January 2021, W____ will independently communicate with a desired peer by using a closure for one opportunity a day, 4 consecutive data days, data taken two times a week.

### Category: Independent Functioning

**Description**

**By January of 2021, W____ will work independently with no more than 1 reminder to keep working for 7 minutes straight on a mastered academic task for 1 opportunity a day, for 4 consecutive data days, with data taken twice a week.**

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| T█████, W████ A. | ██/██/2009 | ████ | 01/08/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-3   Filed 10/12/21   Page 8 of 16   Pageid#: 111

| Pre score date | 01/06/2020 |
|---|---|
| Score | requires prompting to work independently |

BM 1: By April of 2020, W████ will work independently with no more than 1 reminder to keep working for 3 minutes straight on a mastered academic task for 1 opportunity a day, for 4 consecutive data days, with data taken twice a week.

BM 2: By September 2020, W████ will work independently with no more than 1 reminder to keep working for 5 minutes straight on a mastered academic task for 1 opportunity a day, for 4 consecutive data days, with data taken twice a week.

BM 3: By January of 2021, W████ will work independently with no more than 1 reminder to keep working for 7 minutes straight on a mastered academic task for 1 opportunity a day, for 4 consecutive data days, with data taken twice a week.

**Category: Writing**

Description

By January 2021, W████ will legibly write one sentence about a picture or scene with correct spacing and punctuation for one opportunity a day, for four consecutive data days, data taken twice a week. OT SUPPORTED

☑ Applies To ESY

| Pre score date | 01/06/2020 |
|---|---|
| Score | handwriting is illegible |

BM 1: By May 2020, W████ will legibly copy one sentence about a picture or scene with correct spacing, letter formation, and punctuation for one opportunity a day, for four consecutive data days, data taken twice a week.

BM 2: By January 2021, W████ will legibly write one sentence about a picture or scene with correct spacing, letter formation, and punctuation for one opportunity a day, for four consecutive data days, data taken twice a week.

**Category: Mathematics**

Description

By January of 2021, W████ will tell time to the quarter hour on an analog clock for 3 opportunities a day, for 4 consecutive data days, with data taken twice a week.

| Pre score date | 01/06/2020 |
|---|---|
| Score | 0 out of 4 telling time to the hour |

BM 1: By April of 2020, W████ will tell time to the hour on an analog clock for 3 opportunities a day, for 4 consecutive data days, with data taken twice a week.

BM 2: By September of 2020, W████ will tell time to the half hour on an analog clock for 3 opportunities a day, for 4 consecutive data days, with data taken twice a week.

BM 3: By January of 2021, W████ will tell time to the quarter hour on an analog clock for 3 opportunities a day, for 4 consecutive data days, with data taken twice a week.

Description

By January of 2021, W████ will add up to 20 with math aids for 3 out of 4 opportunities a day, for 4 consecutive data days, data taken twice a week.

☑ Applies To ESY

| Pre score date | 01/06/2020 |
|---|---|
| Score | 0 out of 4 using math aids to add up to 10 |

BM 1: By May of 2020, W█ will add up to 10 with math aids for 3 out of 4 opportunities a day, for 4 consecutive data days, data taken twice a week.

BM 2: By January of 2021, W█ will add up to 20 with math aids for 3 out of 4 opportunities a day, for 4 consecutive data days, data taken twice a week.

### Category: Reading

**Description**

**By January 2021, W█ will answer a multiple-choice question regarding three sentences on his reading level for 2 out of 3 opportunities a day for 4 consecutive data days, data taken twice a week. SPECH SUPPORTED**

☑ Applies To ESY

| Pre score date | 01/06/2020 |
|---|---|
| Score | answers 2 out of 5 questions about one sentence. |

BM 1: By April 2020, W█ will answer a multiple-choice question regarding one sentence on his reading level for 2 out of 3 opportunities a day for 4 consecutive data days, data taken twice a week.

BM 2: By September 2020, W█ will answer a multiple-choice question regarding two sentences on his reading level for 2 out of 3 opportunities a day for 4 consecutive data days, data taken twice a week.

BM 3: By January 2021, W█ will answer a multiple-choice question regarding three sentences on his reading level for 2 out of 3 opportunities a day for 4 consecutive data days, data taken twice a week.

### Category: Behavior

**Description**

**Behavior: By January of 2021, W█ will follow 3 out of 4 directions from staff absent of maladaptive behaviors (e.g. hitting, kicking, head butting, or pulling staff's arms) for 4 consecutive data days with data taken twice a week. OT SUPPORTED**

☑ Applies To ESY

| Pre score date | 01/06/2020 |
|---|---|
| Score | requires prompting |

BM 1: By May of 2021, W█ will follow 2 out of 4 directions from staff absent of maladaptive behaviors (e.g. hitting, kicking, head butting, or pulling staff's arms) for 4 consecutive data days with data taken twice a week.

BM 2: By January of 2021, W█ will follow 3 out of 4 directions from staff absent of maladaptive behaviors (e.g. hitting, kicking, head butting, or pulling staff's arms) for 4 consecutive data days with data taken twice a week.

| Name T‌ W‌ A. | Date of Birth /2009 | Student Number | Document Date 01/08/2020 |
|---|---|---|---|

## SPECIAL EDUCATION ACCOMMODATIONS, SERVICES, AND RELATED SERVICES

### Accommodations

| Type | Accommodation<br>Accommodation Do Not Enter Data List | Location | Setting | Amount of Time<br>Frequency |
|---|---|---|---|---|
| General | Flexible Schedule (G) | SECEP/ASP | Self-Contained Classroom | During Instruction |
| Testing | Math Aids (SOL-19) | SECEP/ASP | Self-Contained Classroom | During instruction and testing (e.g. 100s chart, number alignment aid, fraction bars) |
| Testing | Planned Breaks (SOL - 31C) | SECEP/ASP | Self-Contained Classroom | W‌ will be offered a break every 20 minutes during testing |
| Testing | "Keep working" (SOL-20) | SECEP/ASP | Self-Contained Classroom | During instruction and testing |
| Testing | Read Aloud (SOL-10) | SECEP/ASP | Self-Contained Classroom | During instruction and testing |
| Testing | Read Aloud Reading Test (SOL-14) | SECEP/ASP | Self-Contained Classroom | During instruction and testing |

### Services

| Specially Designed Instruction | Location | Instructional Setting | Amount of Time | | | Begin Date | End Date | Begin Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | Minute | # of Times | Frequency | | | | |
| Instruction for students with disabilities | SECEP/ASP | Self-Contained SpEd Classroom | 1755 | 1 | per week | 01/08/2020 | 06/12/2020 | 09/08/2020 | 01/07/2021 |

### Related Services

The team considered the need for related services and determined that the student is in need of related services.

| Related Services | Location | Instructional Setting | Amount of Time | | | Begin Date | End Date | Begin Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | Minute | # of Times | Frequency | | | | |
| Speech Language Therapy - Direct | SECEP/ASP | Self-Contained SpEd Classroom | 45 | 1 | per week | 01/08/2020 | 06/12/2020 | 09/08/2020 | 01/07/2021 |
| Occupational Therapy - Consult | SECEP/ASP | Self-Contained SpEd Classroom | 60 | 1 | per month | 01/08/2020 | 06/12/2020 | 09/08/2020 | 01/07/2021 |

Services are provided based on peer reviewed research to the extent practicable.

### Transportation:

☑Y  ☐N   Transportation to and from school is the responsibility of the student's responsible division (LEA).

| Transportation Start | 01/08/2020 | Second Start Date | 09/08/2020 |
|---|---|---|---|
| Transportation End | 06/12/2020 | Second End Date | 01/07/2021 |

**Student has significant needs in the areas of:**

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T███, W███ A. | ███/2009 | ███ | 01/08/2020 |

☑ adult to adult transfer

**Indicate vehicle adaptations:**
☑ Seat Belt

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T___ W___ A. | __/2009 | ___ | 01/08/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-3   Filed 10/12/21   Page 12 of 16   Pageid#: 115

## SUPPLEMENTARY AIDS AND SERVICES (ACCOMMODATIONS AND MODIFICATIONS)

**Supplemental aids and Services**

To be provided throughout the duration of this IEP unless otherwise noted. Services are provided based on peer reviewed research to the extent practicable.

## EXTENDED SCHOOL YEAR (ESY)

The IEP Team should determine if any of the factors below will significantly jeopardize the student's ability to receive some benefit from the student's educational program during the regular school year, if the student does not receive ESY services. ESY services are the individualized extension of specific special education and related services that are provided beyond the normal school year of the public agency, in accordance with the IEP, at no cost to the parents.
When considering ESY, answer YES or NO and document the decision:

1. Did the team consider each of the areas below in determining the student's need for Extended School Year Services?  Yes
   ___Nature and severity of the disability that prevents education benefit
   ___Regression/Recoupment of critical life skills.
   ___Degree of progress toward IEP goal/ objectives.
   ___Emerging Skills.
   ___Severely interfering behaviors that prevent the student from educational benefit.

   Discussion to support decision:  All areas were considered.

2. Was the nature and severity of student's disability was considered?  Yes

   Discussion to support decision:  The nature and severity of W___'s categorical label of Autism was considered.

3. Will an interruption of instruction negatively impact progress toward achievement of IEP goals and objectives?  Yes

   Discussion to support decision:  The team agreed that an interruption will negatively impact progress toward achievement of IEP goals and objectives.

4. Was the degree of regression/recoupment following an interruption of instruction considered?  Yes
   (Regression is based on a scale of 1 - 5. A rating of 1 indicates no regression; a rating of 2 indicates slight regression with recoupment; a rating of 3 indicates regression with recoupment; a rating of 4 indicates significant regression with recoupment; a rating of 5 indicates significant regression without recoupment).

   Discussion to support decision:  The team agreed with a rating of 3, regression with recoupment.

5. Were special circumstances considered? (Ex. Medical, physical, or behavioral).  Yes

   Discussion to support decision:  There are no known circumstances at this time.

6. Were breaks in instruction considered?  Yes

   Discussion to support decision:  Both shorter breaks and longer breaks were considered and it was determined that breaks longer than 4 weeks will negatively impact progress toward achievement of IEP goals.

7. Will student be recommended for Extended School Year services? Discuss the instructional services to be provided.  Yes

   Discussion to support decision:  Instruction for students with disabilities.

8. Based on the information above, will the student will be recommended for related services during the extended school year? Discuss the services or indicate "None" if not recommended.  Yes

   Discussion to support decision:  Speech and Language

9. A summary of ESY services was discussed by the IEP team.  Yes

   Discussion to support decision:  The IEP team agreed that Anthony meets the criteria to attend ESY services for the 2019-2020 school year.

**The team considered the need for ESY services and determined:**

The student qualifies for ESY services.

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| T███ W███ A. | ██/2009 | ███ | 01/08/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-3   Filed 10/12/21   Page 13 of 16   Pageid#: 116

## Extended School Year Services

| ServiceCode | Location | Setting | Minutes | Frequency | Frequency | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| Instruction for students with disabilities | SECEP/ASP | Self-Contained SpEd Classroom | 240 | 1 | per week | 06/29/2020 | 07/30/2020 |
| Speech Language Therapy - Direct | SECEP/ASP | Self-Contained SpEd Classroom | 10 | 1 | per week | 06/29/2020 | 07/30/2020 |

**Transportation:**

☑ Y   ☐ N   The student will receive Special Education transportation for the duration of this IEP due to the disability and to access the program site. Curb to curb transportation to address needs that are indicated in the IEP will be provided

**Student has significant needs in the areas of:**
☑ adult to adult transfer

**Indicate vehicle adaptations:**
☑ Seat Belt

## TESTING

**Participation in the State Accountability/Assessment System**

Yes No

- [✓] [ ] This is a testing year and student is at a grade level for which he/she is eligible to participate in a state or division wide assessment.
- [ ] [✓] Based on the present level, is the student being considered for participation in an alternate assessment?

**Participation In Statewide Assessments**

| Test | Non-Participant | Has Accommodation | Accommodations |
|---|---|---|---|
| Grade 5 Math | ☐ | ✓ | "Keep working" (SOL-20), Math Aids (SOL-19), Planned Breaks (SOL - 31C), Read Aloud (SOL-10) |
| Grade 5 Reading | ☐ | ✓ | "Keep working" (SOL-20), Planned Breaks (SOL - 31C), Read Aloud Reading Test (SOL-14) |
| Grade 5 Science | ☐ | ✓ | "Keep working" (SOL-20), Math Aids (SOL-19), Planned Breaks (SOL - 31C), Read Aloud (SOL-10) |
| Virginia Studies | ☐ | ✓ | "Keep working" (SOL-20), Planned Breaks (SOL - 31C), Read Aloud (SOL-10) |

**Participation In Division-Wide Assessments**

| Test | Non-Participant | Has Accommodation | Accommodations |
|---|---|---|---|
| Developmental Reading Assessment (DRA Grades K-5) | ☐ | ✓ | "Keep working" (SOL-20), Planned Breaks (SOL - 31C), Read Aloud Reading Test (SOL-14) |
| Benchmark Test - Math | ☐ | ✓ | "Keep working" (SOL-20), Math Aids (SOL-19), Planned Breaks (SOL - 31C), Read Aloud (SOL-10) |
| Benchmark Test - English/Language Arts | ☐ | ✓ | "Keep working" (SOL-20), Planned Breaks (SOL - 31C), Read Aloud Reading Test (SOL-14) |
| Benchmark Test - Science | ☐ | ✓ | "Keep working" (SOL-20), Math Aids (SOL-19), Planned Breaks (SOL - 31C), Read Aloud (SOL-10) |
| Benchmark Test - Social Science | ☐ | ✓ | "Keep working" (SOL-20), Planned Breaks (SOL - 31C), Read Aloud (SOL-10) |

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T█████, W█████ A. | ██/2009 | ████ | 01/08/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-3   Filed 10/12/21   Page 15 of 16   Pageid#: 118

## LEAST RESTRICTIVE ENVIRONMENT (LRE)

**LRE options considered**

- ☐ General Education
- ☑ Special Education in a comprehensive school
- ☑ Public Day School (School-based)
- ☐ Public Separate School (Center-based)
- ☐ Private Day School
- ☐ Public Residential School
- ☐ Private Residential School
- ☐ Homebased Services
- ☐ Homebound Placement
- ☐ Hospital Program
- ☐ Correctional Education Program

**LRE Option Selected**

Public Day School (School-based)

**Rationale for LRE selection:**

Rationale for LRE selected. Describe how the student's disability impacts progress in a less restrictive environment.

The IEP Team reviewed the LRE options of Special Education in a comprehensive school and a Public Day School (School-based). Due to his needs in the areas of communication, social skills, independent functioning skills, functional academic skills, fine motor skills, and behavior, as well as the need for smaller student to staff ratio for direct instruction, the least restrictive environment for W█████ at this time is a Public Day School (School-based).

**Describe student's participation with non-disabled peers, or why student will not participate with non-disabled peers, in academic and non-academic environments.**

W█████ has the opportunity to engage with non-disabled peers during lunch in the cafeteria daily. He does not participate with non-disable peers during any other times of his instructional day.

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T███ W███ A. | ███/2009 | ███ | 01/08/2020 |

## PARENT (OR GUARDIAN) STATEMENT

The student's responsible LEA and SECEP propose to implement this IEP as written. A Prior Written Notice Statement of Proposed and/or Refused Action has been given and explained to me, the parent/adult student. This proposed IEP will allow the student to receive a free appropriate education in the least restrictive environment. This decision is based upon a review of current records, current assessments and the student's performance as documented in the Present Level of Academic Achievement and Functional Performance. Other options considered, if any, and the reason for their rejection are outlined in the Prior Written Notice document noted above.

☑ I consent to the proposed IEP.
Signature:

_____   _____   _____
                                                          Relationship to Student                Date

☐ I do not consent to the proposed IEP.
Signature:

_____   _____   _____
                                                          Relationship to Student                Date