# EXHIBIT 4
# A.D. IEP

1340 Braddock Place, Alexandria, VA 22314
## INDIVIDUALIZED EDUCATION PROGRAM
## COVER PAGE

Student Name
D▮▮▮▮▮▮
Student ID:
Student

Grade: 5th
▮▮/2009
Disability(ies)

A▮▮▮ G▮
Page 1 of 37
▮▮▮1109
Testing
ID:1017424253
Grade DOB
Age 11
Autism

Parent(s)
Duplantier,
Email diana.duplantier@gmail.com

Name Diana
Adrian Duplantier

Home Address ▮▮▮▮▮▮▮▮ Primary ▮▮▮▮▮▮ Alexandria VA 22302 Secondary
Date of IEP meeting ...................................................................... 05/13/2020 Date parent
notified of IEP meeting ...................................................... 05/01/2020 IEP Begin Date
..................................................................................... 05/14/2020 This IEP will be reviewed no
later than ............................................................ 05/12/2021 Most recent eligibility date
.................................................................................... 11/30/2017 Next re-evaluation, including eligibility,
must occur before ................................ 11/30/2020 Copy of IEP given to parent (Name) Diana
Duplantier On (Date) 05/19/2020
IEP Teacher/Manager Heather Lindsey Phone Number 703-619-8020

The Individualized Education Plan (IEP) that accompanies this document is meant to support the positive process and team approach. The IEP is a working document that outlines the student's vision for the future, strengths and ne eds. The IEP is not written in isolation. The intent of an IEP is to bring together a team of people who understand and support the student in order to come to consensus on a plan and an appropriate and effective education for the student. No two teams are alike and each team will arrive at different answers, ideas and supports and services to address the student's unique needs. The student and his/her family members are vital participants, as well as teach ers, assistants, specialists, outside service providers, and the principal. When all team members are present, the valuable information shared supports the development of a rich student profile and education plan.

## PARTICIPANTS INVOLVED
The list below indicates that the individual participated in the development of this IEP and the placement decision; it does not authorize consent. Parent consent is indicated on the "Prior Notice" page.

## NAME OF PARTICIPANT POSITION

Heather Lindsey Special Education Teacher Amy Balas Special Education Teacher Lauren M Holthaus Assistant Principal
Kimberly M Hachana Special Education Teacher Denise Sheridan Speech-Language Pathologist Rebecca Rath Occupational Therapist
Ashley Sandoval PE Teacher
Jonathan Clay Teacher
Katherine A Deglans Teacher
Nancy G Baker Teacher
Katherine Loiselle Instructional Coach
Catherine Guthrie Teacher
Diana Duplantier Mother
Adrian Duplantier Father

*The student and parent must be informed at least one year prior to turning 18 that the IDEA procedural saf eguards (rights) transfer to the student at age 18 and be provided with an explanation of those procedural safeguards. Date informed Student Initials _____ Parent Initials _____

1

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM
FACTORS FOR IEP TEAM CONSIDERATION

Student Name A████ G█ D███████ Page 2 of 37 Student ID Number ████1109 Date 05/13/2020

During the IEP meeting, the following factors must be considered by the IEP team. Best practice suggests that the IEP team document that the factors were considered and any decision made relative to each. The factors are addres sed in other sections of the IEP if not documented on this page (for example: see Present Level of Academic Ach ievement and Functional Performance).

1. Results of the initial or most recent evaluation of the student;
A████ was found re-eligible for special education services under the category of autism in November 2017

2. The strengths of the student;
A████ D███████ demonstrates strengths in following routines  number sense and completing work tasks
See Present Level of Performance for information related to student's strengths.

3. The academic, developmental, and functional needs of the student;
A████ D███████ demonstrates needs in the areas of math  reading  speech  fine motor  behavior  organization  social skills and behavior. Goals, accommodations and services were proposed to address areas of need. See Present Level of Performance. Goals, accommodations and services were proposed to address areas of need.

4. The concerns of the parent(s) for enhancing the education of their child;
Ms. Duplantier shared understanding and agreement with the social/vocational elective. She understands and is agreement with the goals, services, and accommodations provided.

Ms. Duplantier expressed concern about the transition to middle school given the school closure. The team shared resources and supports that were anticipated and Ms. Duplantier expressed appreciation for that planning (pictures, schedules, tour if possible).

5. The communication needs of the student;
See Present Level of Performance. Goals, accommodations and services were proposed to address areas of need.

6. The student's needs for benchmarks or short-term objectives;
A████ D███████ requires benchmarks and short term objectives

7. Whether the student requires assistive technology devices and services. When considering whether assistive technology is required, the IEP team may refer to the Virginia Assistive Technology Resource Guide to facilitate the discussions about goals and objectives, areas of difficulty, and whether AT devices or services are needed, and whether accessible instructional materials in alternate formats are needed.
A████ D███████ utilizes an Augmentative and Alternative Communication device (AAC devices) help to initiate and engage in communication.

8. In the case of a student whose behavior impedes his or her learning or that of others, consider the use of positive behavioral interventions, strategies, and supports to address that behavior;
A████ D███████ does not demonstrate behavior that impedes his/her learning or the learning of others

9. In the case of a student with limited English proficiency, consider the language needs of the student as those ne eds relate to the student's IEP;
A████ D███████ is not a student with limited English proficiency

2

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM
FACTORS FOR IEP TEAM CONSIDERATION

Student Name A____ G_ D_____ Page 3 of 37 Student ID Number ____1109 Date 05/13/2020

10. In the case of a student who is blind or is visually impaired, provide for instruction in Braille and the use of Braille unless the IEP team determines after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media, including an evaluation of the student's future needs for instruction in Braille or the use of Braille, that instruction in Braille or the use of Braille is not appropriate for the student. When considering that Braille is not appropriate for the child the IEP team may use the Functional Vision and Learning Media Assessment for Students who are Pre-Academic or Academic and Visually Impaired in Grades K-12 (FVLMA) or similar instrument; and A___ D_____ is not blind or visually impaired.

11. In the case of a student who is deaf or hard of hearing, consider the student's language and communication ne eds, opportunities for direct communications with peers and professional personnel in the student's language and com munication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode. The IEP team may use the Virginia Communication Plan when considering the student's language and communication needs and supports that may be needed. A___ D_____ is not deaf or hard of hearing

3

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Student Name A█████ G█ D███████ Page 4 of 37 Student ID Number █████1109 Date 05/13/2020

The Present Level of Academic Achievement and Functional Performance shall be written in language un derstandable by the general public and summarize the results of assessments that identify the student's interests, preferences, strengths and areas of need. This includes the student's performance and achievement in academic areas such as writing, reading, math, science, and history/social sciences. It also includes the student's performance in functional areas, such as self-determination, social competence, communication, behavior and per sonal management.

Describe the effect of the student's disability upon the student's involvement and progress in the general curriculum by completing the fields below. For preschool, include how the student's disability affects the participation in appropriate activities. Test scores, if appropriate, should be self-explanatory.

Present Levels of Academic Achievement and Functional Performance
INVOLVEMENT/PROGRESS IN GENERAL CURRICULUM

A ████ is currently in fifth grade. A ████ 's disability impacts his ability to participate in the general education setting independently. A ████ D ████ currently participates in the general education setting for recess, lunch, breakfast, morning meeting, and encore (music, PE, library, art). A ████ D ████ requires the use of visual supports/schedules, token reinforcement schedule, extended wait time, and a structured work system in order to participate in the general education setting. He currently receives special education services in a citywide program for students with autism. A ████ D ████ currently receives the related service of occupational therapy and speech language therapy in the special education setting.

READING:

Since his last annual review, A ████ D ████ has been working on decoding sight words and answering comprehension questions about a text on his instructional level. He has made progress in decoding and sequencing with 4-6 pictures from a story but requires additional instruction in answering questions about an instructional text in order to increase his reading level and comprehension. Since his last annual review, A ████ D ████ has mastered the goal(s) of sequencing visuals of familiar stories.

A ████ D ████ has strengths in decoding, identifying letters and letter sounds and blending CVC words. When given a teacher-created assessment on March 1, 2020, A ████ D ████ was able to recognize 40 sight words with a score of 100% accuracy.

According to Fountas and Pinnell, given on February 2020, A ████ D ████ decodes independently on a level A which is Kindergarten, First Quarter. The expected range for students in fifth grade is T. Observations during this assessment indicate A ████ D ████ is able to decode and recognize high frequency words. This test was determined inconclusive on determining a true comprehension instructional level due to the way in which it was administered. Although A ████ is able to determine most words within a level A text, he is unable to demonstrate comprehension without a field of choices and visuals.

Use of visuals within a field of three and read alouds have been successful in helping A ████ D ████ make progress in reading. Difficulties with reading comprehensions (answering questions from the text) impacts A ████ D ████ 's ability to increase his instructional reading level.

WRITING:

Since his last annual review, A ████ D ████ has been working on putting sentences together using scrambled sentences and completing sentence stems with a word bank. He has made progress in placing words in a graphic organizer/sentence structure and using sentence stems paired with a word bank but requires additional instruction in independently constructing sentences in order to convey a written message. Since his last annual review, A ████ D ████ has mastered the goal(s) of unscrambling sentences and completing sentence stems with a word bank. He also mastered the ability to write and type the sentence.

4

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Student Name A ████ G ████ D ████ Page 5 of 37 Student ID Number ████ 1109 Date 05/13/2020

MATHEMATICS:

Since his last annual review A ████ D ████ has been working on writing numbers 0-100, identifying halves, fourths and eighths, and adding/subtracting single digit numbers. He has made progress in adding and subtracting single digit numbers using a template, but requires additional instruction in adding and subtracting multi digit numbers in order to improve his math calculation. Since his last annual review, A ████ D ████ has mastered the goal(s) of using manipulatives and math templates to add single digit numbers, writing numbers 0-100, and differentiating between halves and fourths.

According to classroom observation, teacher reports, and formative assessments, A ████ D ████ is able to identify growing and repeating patterns, sort by size and shape, count and identify numbers 0-100, identify coins by their name, skip count by 2, 5 and 10, and add single digit numbers with number jigs/scaffolding. Use of manipulatives such as adding tiles, mathematical sentence stems, visual schedules, structured work tasks and graphic organizers have

Case 3:21-cv-____-NKM-RSB   Document 1-7   Filed 10/12/21   Page 7 of 79   Pageid#: 126

been successful in helping A███ D███ to make progress in math. Difficulties with calculating and interpreting math facts impacts A███ D███'s ability to add and subtract single digit numbers and interpret data.

BEHAVIORAL SKILLS/EMOTION REGULATION:
Since his last annual review, A███ D███ has been working on tasks within a 30 minute work session. He has made progress in completing tasks in a structured work system but requires additional instruction in flexibility with assigned work tasks in order to regulate emotions and behavior. Since his last annual review, A███ D███ has mastered the goal of working on a task to completion.

Based on classroom observations, A███ D███ is able to work on a familiar task to completion. When presented with a timer to move to the next task. He requires a visual schedule and a timer in order to move on to a new task within a given time frame (typically 2 minute transition time). A███ D███ is currently given a visual schedule, a clear and structured work system with a visual timer. A███ demonstrates repetitive behaviors that he needs to follow through with in order to complete a task or move to a new task (i.e. he will back track to the beginning of the hall to step on the tiles correctly, he will touch something in a pattern before continuing his work). If he becomes upset or is blocked from completing a repetitive behavior, he will run out of the classroom to the classroom across the hall or to the nearest bathroom. Most of the repetitive behaviors last only a few seconds before he is able to move on. Difficulties with repetitive behavior, impacts A███ D███'s ability to move on to a new task or focus on non-preferred tasks.

A███ demonstrates repetitive behaviors such as walking back to a location to step on tiles correctly and touching things a certain way or certain amount of times. This behavior, if aloud to follow through does not interfere with his learning. However, the private ABA and school have been trying to reduce or eliminate these behaviors by blocking them. He requires a lot of sensory input and benefits from having frequent moving breaks (as of 3/13/2020 he received a 2 min sensory break before transitions to non-preferred tasks.)

SELF-CARE/INDEPENDENCE SKILLS:
Since his last annual review, A███ D███ has been working navigating his schedule independently. He has made progress in navigating a familiar building but requires additional instruction in navigating how to find important places such as the bathroom in order to navigate unfamiliar environments. Since his last annual review, A███ D███ has mastered the goal of following classroom procedures throughout his school day.

5

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Student Name A███ G█ D███ Page 6 of 37 Student ID Number ███ 1109 Date 05/13/2020

Based on teacher observation A███ D███ is able to independently use the toilet, dressing himself, wash his hands, eat and navigating the school building. When in the community during a field trip, A███ D███ was observed to requires assistance navigating specific locations such as the bathroom and eating area across 3 different locations. A███ D███ has difficulty with navigating the community and new locations. A███ D███ requires gestural prompting and assistance from staff/peer/adult, in order to identify various locations within an unfamiliar setting. Difficulties with environmental print, impacts A███ D███'s ability to navigate unfamiliar settings within the community.

ORGANIZATIONAL SKILLS:
Since his last annual review A███ D███ has been working on following through with classroom routines and completing classroom tasks within the given time frame and moving on when the timer goes off. He has made progress in moving on to a new task even if he is not finished with his previous task but requires additional instruction in transitioning to a new work space in order to initiate and complete non-preferred tasks. Since his last annual review, A███ D███ has mastered the goal(s) of initiating and completing preferred tasks and working for up to 20 minutes

Teacher observations indicate that A███ D█████ is able to independently complete classroom routines, follow the class, complete arrival/dismissal routines independently and complete preferred work tasks within a given amount of time. When provided a visual schedule, reinforcement board and clear work system, A███ D███ was observed to engage in non-preferred work tasks for 10 minutes before requiring a break. A███ D███ has difficulty with slow paced tasks that involve wait time. He also has a difficult time with tasks on the chromebook that do not involve typing sentences/words (Specifically programs that include explanations, wait time and errorless teaching such as Lexia). When provided instruction/prompts for waiting, and a token for his reinforcement board, A███ D███ was observed to increase his work time for non-preferred tasks. He requires visuals, the use of a reinforcement system and gestural prompts in order to increase his wait time. Difficulties with wait time impacts A███ D███'s ability to complete non-preferred wait tasks.

COMMUNICATION/SOCIAL SKILLS:

6

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Student Name A███ G█ D███████ Page 7 of 37 Student ID Number ███ 1109 Date 05/13/2020

A███ currently receives speech and language therapy as a related service to address deficits in receptive, expressive and pragmatic language skills. He is a multi-modal communicator who uses a dedicated voice output device, verbal approximations, vocalizations, facial expressions and physical manipulation. A███ will communicate more using verbalizations than his device as he does not look to use his device. During structured activities, A███ will use his device if it is in front of him and the correct language is modeled or gestured to. Before A███ will press a cell, he has been looking to his communication partner to prompt him, i.e., give him a "yes" or "go ahead" to press. A███'s reasons for communicating are mainly requesting and refusing. ". However, he does not consistently initiate to make his wants/needs known, but will instead independently attempt to obtain what he wants. He will refuse an item by saying "doe" for "no". However, he does not protest verbally, but instead uses unconventional communication such as vocalizing loudly, crying or eloping. He does not currently direct/demand actions, activities, attention, permission, information, reason/clarification during the school day. Socially, he both requests attention by approaching a staff member or peer and shows affection by hugging. He will verbally approximate "hug" to request when prompted. However, once he has approached, he does not

understand what to do next and may act inappropriately by squeezing them. A~~~~ does not initiate greetings but will respond with an approximation of "hi" when prompted. In addition, when asked "how are you?" and given a phonemic cue, he will respond with "I'm okay." When asked a yes/no question pertaining to a preference of an object or food, he will respond. He will label items when asked "what is it?" or identify items when asked "show me the _____" A~~~~ will follow directions to participate in one-on-one instruction as well as group activities. He has access to his device or a paper core board to support his communication during these times. During the school day, he has not been observed commenting, naming, providing information, agreeing, and expressing feelings. Since his previous IEP, A~~~~ has been working on increasing his expressive vocabulary by at least 15 words with a mastery criteria of independent use across three different activities and initiating communication for a variety of reasons. Current review of data sessions indicates that A~~~~ has not mastered these goals. During cooking activities and game play with a peer, A~~~~ will verbally approximate and use his device when words are modeled. He will continue to use the modeled words independently throughout the session; however, he does not use them independently outside of therapy sessions. A~~~~'s limited use of spontaneous language both verbally and/or with his device impacts his ability to communicate with peers and adults academically and socially.

Fine Motor Skills:
A~~~~ currently receives 30 minutes of weekly occupational therapy services. He presents difficulty with regulation, attention and bilateral hand skills to engage in typing activities. In occupational therapy he is working on typing to copy a 4 sentence paragraph using bilateral hands with 90% accuracy. Currently he continues to require a token system to earn movement breaks after copying a sentence. He has been provided with reminders to request a break if he can't wait for the token time for a break 75% of the time. He prefers to type with his writing hand and requires verbal cues to type with bilateral hands. Currently his typing accuracy fluctuates between 30%-68% depending on his attention to the task. When A~~~~ is on task he is able to type up to 20 wpm. His typing speed is well above the standard for his age. A~~~~ presents legible handwriting, however he presents a tight pencil grasp using a fat pencil. This is seen with his dark markings of his written work.
A~~~~'s difficulties with regulation and attention affect his independence with written work. 7

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A~~~ G~ D~~~~~ IV Page 8 of 37 Student ID Number ~~~~ 1109 Date 05/13/2020 Area of Need Language Arts

#1 MEASURABLE ANNUAL GOAL:
Given an instructional text with a field of 3 visual choices A~~~ G~ D~~~~~ IV will determine the theme or central idea of a familiar story and identify details that relate to it; with an accuracy of 4 out of 5 opportunities documented quarterly across 4 texts by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.

☑ Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)

☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which post secondary goal? ⌐Yes ⌐No ☑N/A

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation X Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: Other: Tests and Quizzes Checklist Observation

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

M - The student has M astered this annual goal.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

8

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SHORT TERM OBJECTIVES OR BENCHMARKS, as determined by IEP Team
(Required for students participating in the VAAP)

Student Name A████ G██ D████ IV Date 05/13/2020 Page 9 of 37 Student ID Number █████1109 Goal # 1 Area of

Need: Language Arts

<u>Short Term Objectives or Benchmarks, as needed</u>

Objective/Benchmark # <u>1</u>

Given an instructional text with a field of 3 visual choices A████ G██ D██████ IV will determine the theme or central idea of a familiar story

Objective/Benchmark # <u>2</u>

Given an instructional text with a field of 3 visual choices A████ G██ D██████ IV will identify details that relate to a theme or central idea of a story.

9

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A████ G██ D██████ <u>IV</u> Page 10 of 37 Student ID Number ████ <u>1109</u> Date <u>05/13/2020</u> Area of Need

**#2 MEASURABLE ANNUAL GOAL:**
Given visuals and sentence stems A███ G█ D██████ IV will write four sentences about his day with an accuracy of 4 out of 5 opportunities documented quarterly by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.

☑   Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)

☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☑ N/A

| How will progress toward this annual goal be measured? (check all that apply) |
|---|
| Homework Classroom Participation X Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: Other: Tests and Quizzes Checklist Observation |

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

M - The student has M astered this annual goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

10

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SHORT TERM OBJECTIVES OR BENCHMARKS, as determined by IEP Team
(Required for students participating in the VAAP)

Student Name A████ G█ D███████ IV Date 05/13/2020 Page 11 of 37 Student ID Number ████1109
Goal # 2 Area of Need: Language Arts


Short Term Objectives or Benchmarks, as needed

Objective/Benchmark # 1

Given visuals and sentence stems A█████ G██ D████████ IV will write 3 sentences about his day 11

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A█████ G██ D████████ IV Page 12 of 37 Student ID Number █████1109 Date 05/13/2020 Area of Need Mathematics

**#3 MEASURABLE ANNUAL GOAL:**
Given a picture or bar graph A█████ G██ D████████ IV will answer questions related to the collected data with 80% accuracy by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.

☐ Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)

☑ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☐ N/A

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation X Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: Other: Tests and Quizzes Checklist Observation

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

M - The student has M astered this annual goal.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A███ G█ D███████ IV Page 13 of 37 Student ID Number ███ 1109 Date 05/13/2020 Area of Need Mathematics

#4 MEASURABLE ANNUAL GOAL:
Given manipulatives and a mathematical sentence stem A███ G█ D██████ IV will subtract single digit numbers with 80% accuracy by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.
☐   Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)
☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☐ N/A

---

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation X Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: Other: Tests and Quizzes Checklist Observation

---

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

M - The student has M astered this annual goal.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

\* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

13

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A█████ G█ D████████ IV Page 14 of 37 Student ID Number █████1109 Date 05/13/2020 Area of Need Expressive Language

**#5 MEASURABLE ANNUAL GOAL:**
Given visual supports and no more than one prompt, A█████ G█ D████████ IV will use his AAC device or verbalize to use 3 communicative functions, i.e., requesting, directing actions, commenting, with a mastery criteria of at least two times each per day, across 3 days by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.
☐   Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)
☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☐ N/A

---

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: X Other: Data Collection Tests and Quizzes Checklist Observation

---

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| | | | | | |
|---|---|---|---|---|---|
| Anticipated Date of Progress Report* | | | | | |
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Anticipated Date of Progress Report* | | | | | |

| Actual Date of Progress Report | | | | | | |
|---|---|---|---|---|---|---|
| Progress Code | | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

M - The student has M astered this annual goal.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

14

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SHORT TERM OBJECTIVES OR BENCHMARKS, as determined by IEP Team
(Required for students participating in the VAAP)

Student Name A███ G██ D██████ IV Date 05/13/2020 Page 15 of 37 Student ID Number ████ 1109 Goal # 5 Area of Need: Expressive Language

<u>Short Term Objectives or Benchmarks, as needed</u>

Objective/Benchmark # 1

Given visual supports and no more than one prompt, A███ G██ D██████ IV will use his AAC device or verbalize to use 3 communicative functions, i.e., requesting, directing actions, commenting, with a mastery criteria of at least one times each per day, across 3 days by 05/12/2021.

15

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A████ G██ D███████ IV Page 16 of 37 Student ID Number ████1109 Date 05/13/2020 Area of Need
Expressive Language

#6 MEASURABLE ANNUAL GOAL:
Given visual supports and no more than one prompt, A████ G██ D███████  IV will initiate a request for a needed or
missing item using a carrier phrase, e.g., "I want, Give me" with a mastery criteria of 5 times a day, across 3 date coll
ections by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.

☐ Short-term objectives/benchmarks are included for this goal (Required for students participating in the VAAP)

☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☐ N/A

---

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: X Other: Data Collection Tests and Quizzes Checklist Observation

---

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

M - The student has M astered this annual goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

16

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)

SHORT TERM OBJECTIVES OR BENCHMARKS, as determined by IEP Team
(Required for students participating in the VAAP)

Student Name A█████ G█ D████████ IV Date 05/13/2020 Page 17 of 37 Student ID Number ██████1109 Goal # 6 Area of Need: Expressive Language

Short Term Objectives or Benchmarks, as needed

Objective/Benchmark # 1

Given visual supports and no more than one prompt, A████ G█ D██████ IV will initiate a request for a needed or missing item using a carrier phrase, e.g., "I want, Give me" with a mastery criteria of 3 times a day, across 3 date collections by 05/12/2021.

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314

INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A████ G██ D███████ IV Page 18 of 37 Student ID Number ████1109 Date 05/13/2020 Area of Need
Fine Motor

#7 MEASURABLE ANNUAL GOAL:
Given a checklist with the needed steps A████ G██ D███████ IV will will be able to use a word processing tool to:
create, save, edit, and print a document with gestural cues 25% of the time, seen 3/4 times by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.
☐     Short-term objectives/benchmarks are included for this goal. (Required for students participating in the
        VAAP)
☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make          If YES, which postsecondary goal?
progress toward a post secondary goal?               ☐Yes ☐No ☐N/A

| How will progress toward this annual goal be measured? (check all that apply) |
|---|
| Homework Classroom Participation Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: Other: Tests and Quizzes Checklist X Observation |

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comm
ents using progress report comment form located in section two.

| | | | | | |
|---|---|---|---|---|---|
| Anticipated Date of Progress Report* | | | | | |
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Anticipated Date of Progress Report* | | | | | |
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve
this annual goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may
not achieve this goal within the duration of this IEP.

M - The student has M astered this annual goal.

IP - The student has demonstrated I nsufficient P
rogress to meet this annual goal and may not achieve
this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction
on this goal.

\* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

18

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A▆▆ G▆ D▆▆▆▆ IV Page 19 of 37 Student ID Number ▆▆▆1109 Date 05/13/2020 Area of Need Sensory Motor

#8 MEASURABLE ANNUAL GOAL:
Given environmental modifications and cuing strategies, A▆▆ G▆ D▆▆▆▆▆ IV will will be able to advocate for ne eded sensory breaks with 90% accuracy in 4 out of 5 trials. by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.
☐   Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)
☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☐ N/A

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: Other: Tests and Quizzes Checklist X Observation

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| | | | | | |
|---|---|---|---|---|---|
| Anticipated Date of Progress Report* | | | | | |
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Anticipated Date of Progress Report* | | | | | |

| Actual Date of Progress Report | | | | | |
|---|---|---|---|---|---|
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

M - The student has M astered this annual goal.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

19

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A█████ G█ D███████ IV Page 20 of 37 Student ID Number ██████1109 Date 05/13/2020 Area of Need Organization

#9 MEASURABLE ANNUAL GOAL:
Given a visual checklist A████ G█ D███████ IV will distribute and clean up classroom materials for himself and clas smates during small group lessons with 25% assistance seen 3/4 sessions. by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.
☐  Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)
☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☐ N/A

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: Other: Data Collection Tests and Quizzes Checklist X Observation

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comm

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

M - The student has M astered this annual goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

20

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SHORT TERM OBJECTIVES OR BENCHMARKS, as determined by IEP Team
(Required for students participating in the VAAP)

Student Name A███ G██ D███████ IV Date 05/13/2020 Page 21 of 37 Student ID Number ████1109 Goal # 9 Area of Need: Organization

<u>Short Term Objectives or Benchmarks, as needed</u>

Objective/Benchmark # <u>1</u>

Given a visual checklist at the beginning of small group lessons, A███ G██ D██████ IV will distribute materials to his <u>classmates with 25% assistance seen 3/4 times.</u>

Objective/Benchmark # <u>2</u>

Given a visual checklist at the end of a small group lessons, A████ G██ D███████ IV will collect and put away his groups classroom materials with 25% assistance seen 3/4 times.

21

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A████ G██ D███████ IV Page 22 of 37 Student ID Number ██████1109 Date 05/13/2020 Area of Need Behavioral

#10 MEASURABLE ANNUAL GOAL:
Given a non-preferred structured work task A████ G██ D███████ IV will work up to 20 minutes before receiving a break with an accuracy of 4 out of 5 opportunities documented quarterly by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.
☐ Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)

☐ Short-term objectives/benchmarks are not included for this goal. 08/12/21

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☐ N/A

---

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: <u>X</u> Other: Data Collection Tests and Quizzes Checklist Observation

---

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

M - The student has M astered this annual goal.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.

22

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SHORT TERM OBJECTIVES OR BENCHMARKS, as determined by IEP Team

(Required for students participating in the VAAP)

Student Name A█████ G█ D███████ IV Date 05/13/2020 Page 23 of 37 Student ID Number ██████1109

Goal # 10 Area of Need: <u>Behavioral</u>

<u>Short Term Objectives or Benchmarks, as needed</u>

Objective/Benchmark # 1

Given a non-preferred structured work task A█████ G█ D███████ IV will work up to 15 minutes before

receiving a break Objective/Benchmark # 2

Given a non-preferred structured work task A█████ G█ D███████ IV will work up to 10 minutes before

receiving a break 23

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
MEASURABLE ANNUAL GOALS, PROGRESS REPORT

Student Name A_____ G_ D_____ IV Page 24 of 37 Student ID Number ____1109 Date 05/13/2020 Area of Need Organization

#11 MEASURABLE ANNUAL GOAL:
Given a visual schedule A_____ G_ D_____ IV will gather necessary materials and transition to his next work location within the classroom in 2 minutes or less. with an accuracy of 4 out of 5 opportunities by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.

☐    Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?

☐ Yes ☐ No ☐ N/A

---

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: X Other: Data Collection Tests and Quizzes Checklist Observation

---

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

M - The student has M astered this annual goal.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with out disabilities.

24

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SHORT TERM OBJECTIVES OR BENCHMARKS, as determined by IEP Team

(Required for students participating in the VAAP)

Student Name A█████ G██ D████████ IV Date 05/13/2020 Page 25 of 37 Student ID Number █████ 1109 Goal # 11 Area of Need: Organization

<u>Short Term Objectives or Benchmarks, as needed</u>

Objective/Benchmark # 1

Given a visual schedule A█████ G██ D████████ IV will gather necessary materials and transition to his next work location within the classroom in 3 minutes or less

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)

MEASURABLE ANNUAL GOALS PROGRESS REPORT

Student Name A█████ G█ D███████ IV Page 26 of 37 Student ID Number █████1109 Date 05/13/2020 Area of Need <u>Fine Motor</u>

#12 MEASURABLE ANNUAL GOAL:
Given gestures to stay on task A█████ G█ D███████ IV will type a 3 sentence paragraph demonstrating bilateral hand skills using home row positioning completing 14 wpm with 90% accuracy seen 3/4 times by 05/12/2021.

The IEP team considered the need for short-term objectives/benchmarks.

☐ Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)

☐ Short-term objectives/benchmarks are not included for this goal.

Does this annual goal help the student make progress toward a post secondary goal?

If YES, which postsecondary goal?
☐ Yes ☐ No ☐ N/A

---

How will progress toward this annual goal be measured? (check all that apply)

Homework Classroom Participation Class work Special Projects Written Reports Norm-referenced test: Criterion-referenced test: Other: Tests and Quizzes Checklist X Observation

---

Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

SP - The student is making S ufficient P rogress to achieve this annual goal within the duration of this IEP.

IP - The student has demonstrated I nsufficient P rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

ES - The student demonstrates E merging S kill but may not achieve this goal within the duration of this IEP.

NI -The student has N ot been provided I nstruction on this goal.

M - The student has M astered this annual goal.

* Progress reports will be provided at least as often as parents are informed of the progress of children with

26

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT
ACCOMMODATIONS/MODIFICATIONS

Student Name A███ G██ D███████ IV Page 27 of 37 Student ID Number ████ 1109 Date <u>05/13/2020</u>

This student will be provided access to general education classes, special education classes, other school services and activities including nonacademic activities and extracurricular activities, and education related settings:

   with no accommodations/modifications
 <u>X</u> with the following accommodations/modifications

Accommodations/modifications provided as part of the instructional and testing/assessment process will allow the student equal opportunity to access the curriculum and demonstrate achievement. Accommodations/modifications also provide access to nonacademic and extracurricular activities and educationally related settings. Accommodations/modifications based solely on the potential to enhance performance beyond providing equal access are inappropriate.

Accommodations may be in, but not limited to, the areas of time, scheduling, setting, presentation and response including assistive technology and/or accessible materials. The impact of any modifications listed should be discussed.

ACCOMMODATIONS/MODIFICATIONS (list, as appropriate)

| Accommodation(s)/Modification(s) | Frequency | Location | Instructional Setting | Duration m/d/y to m/d/y |
|---|---|---|---|---|
| Adaptive - Use of augmentative communication device/communication board | Throughout programming as needed | Assigned School | General and Special Education Settings | 05/14/2020 to 05/12/2021 |
| Adaptive - Use of visual aids | Throughout programming | Assigned School | General and Special Education Settings | 05/14/2020 to 05/12/2021 |
| Behaviorally Related - Use of a reinforcement schedule | Throughout programming as needed | Assigned School | General and Special Education Settings | 05/14/2020 to 05/12/2021 |
| General - Give short, concise directions | Throughout educational placement | Assigned School | General and Special Education Settings | 05/14/2020 to 05/12/2021 |

| General - Use of visual cues | Throughout educational placement | Assigned School | General and Special Educat ion Settings | 05/14/2020 to 05/12/2021 |
|---|---|---|---|---|
| Testing Accommodations - Flexible Schedule | During assessments | Assigned School | General and Special Educat ion Settings | 05/14/2020 to 05/12/2021 |
| Testing Accommodations - Math aids | During assessments | Assigned School | General and Special Educat ion Settings | 05/14/2020 to 05/12/2021 |
| Testing Accommodations - Read Aloud - All tests except reading | During assessments | Assigned School | General and Special Educat ion Settings | 05/14/2020 to 05/12/2021 |
| Testing Accommodations - Setting | During assessments | Assigned School | General and Special Educat ion Settings | 05/14/2020 to 05/12/2021 |

27

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT
ACCOMMODATIONS/MODIFICATIONS

Student Name A████ G██ D██████ IV Page 28 of 37 Student ID Number █████ 1109 Date <u>05/13/2020</u>

Supports for School Personnel: (Describe supports such as equipment, consultation, or training for school staff to meet the unique needs for the student)

28

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued
PARTICIPATION IN THE STATE AND DIVISIONWIDE ACCOUNTABILITY/ASSESSMENT SYSTEM Student
Name A████ G██ D██████ IV Page 29 of 37 Student ID Number █████ 1109 Date <u>05/13/2020</u>

This student's participation in state and divisionwide assessments must be discussed annually. During the duration of this IEP:

Will the student be at a grade level or enrolled in a course for which the student must participate in a state and/or divisionwide assessment? If yes, continue to next question.

☐ Yes ☐ No

| Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Standards of Learning (SOL)Assessments (select appropriate content area)<br>☐ Reading ☐ Math ☐ Science ☐ History/Social Science ☐ Writing | ☐ Yes ☐ No |
|---|---|
| Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Alternate Assessment Program (VAAP), which is based on Aligned Standards of Learning? If yes, complete the "VAAP Participation Criteria". | ☐ Yes ☐ No |
| Does the student meet VAAP participation criteria? | ☐ Yes ☐ No |

If "yes" to any of the above, check the assessment(s) chosen and attach (or maintain in student's educational record) the assessment page(s), which will document how the student will participate in Virginia's accountability system and any needed and/or modifications.

    SOL Assessments
    ☐ Reading ☐ Math ☐ Science ☐ History/Social Science ☐ Writing

Substitute Test for Verified Credit: **

* Refer to VDOE's Students with Disabilities: Guidelines for Assessment Participation for guidance. ** The Board of Education has approved a number of substitute tests that students may take to earn verified credits towards graduation. The Board has also approved a schedule of career and technical examinations for licensure or certification that may be substituted for SOL test to earn student-selected verified credits. For a list of state approved substitute tests: SOL Substitute Test for Verified Credit (PDF)

29

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
PARTICIPATION IN THE STATE AND DIVISIONWIDE ACCOUNTABILITY/ASSESSMENT SYSTEM (continued)

Student Name A█████ G█ D███████ IV Page 30 of 37 Student ID Number █████1109 Date 05/13/2020

PARTICIPATION IN STATEWIDE ASSESSMENTS

| Test | Assessment Type*<br>(SOL, VAAP) | Accommodations** | If yes, list accommodation(s) |
|---|---|---|---|

| ASOL VAAP Grade 6 Reading | Participating | Yes ☐ No ☐ | 2. Visual Aids, ... Flexible Schedule, 32. Setting |
| ASOL VAAP - Grade 6 Mathematics | ☐ Participating | ☐ Yes ☐ No | 4. Visual Aids, 10. Read Aloud Test, 19. Math Aids, 31. Flexible Schedule, 32. Setting |

* Students with disabilities are expected to participate in all content area assessments that are available to students without disabilities. The IEP Team determines how the student will participate in the accountability system. ** Accommodation(s) must be based upon those the student generally uses during classroom instruction and asses sment, including assistive technology and/or accessible materials. For the accommodations that may be considered, refer to VDOE's Students with Disabilities: Guidelines for Assessment Participation for guidance.

PARTICIPATION IN DIVISIONWIDE ASSESSMENTS

| Test | Division Assessment | Accommodations | If yes, list accommodat ion(s) |
|------|---------------------|----------------|--------------------------------|
| District Assess ments - Imagine Math Grades 3-12 | Participating | ☐ Yes ☐ No | · Adaptive - Use of visual aids · Testing Accommodations - Flexible Schedule · Testing Accommodations - Use of audio test · Testing Accommodations - Math aids · Testing Accommodations - Setting |

District Assess ments - Read ing Inventory (RI) Grades 3-12
Not Participating ☐ Yes ☐ No -None

Explain why the assessment is not appropriate for the student:
A█████ is assessed annually using the Virginia Alternate Assessment Program.
How will the student be assessed in the area:

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
PARTICIPATION IN THE STATE AND DIVISIONWIDE ACCOUNTABILITY/ASSESSMENT SYSTEM (continued)
Student Name A████ G█ D███████ IV Page 31 of 37 Student ID Number ████1109 Date 05/13/2020

General and special education teachers will utilize classroom and intervention assessments to determine A____'s present levels and needs in the area of reading.
Explain the impact of non participation in the assessment on the course, promotion or graduation options for the student:
There is no significant impact on the student.

**EXPLANATION FOR NON-PARTICIPATION IN REGULAR STATE OR DIVISION-WIDE ASSESSMENTS** If an IEP team determines that a student must take an alternate assessment instead of a regular state or divisionwide assessment, explain in the space below why the student cannot participate in this regular assessment; why the particular assessment selected is appropriate for the student, including that the student meets the criteria for the alternate assessment; and how the student's nonparticipation in the regular assessment will impact the child's promotion, graduation with a modified standard, standard, or advanced studies diploma; or other matters. Refer to the VDOE's Students with Disabilities: Guidelines for Assessment Participation for guidance.

Alternate/Alternative Assessments Participation Criteria is attached or maintained in the student's educational record



A____'s significant cognitive disability and learner characteristics interfere with his ability to participate in the regular assessment. A____ requires intensive and frequent instruction using a highly systematic format, which indicates the need for instruction in the Aligned Standards of Learning as well as participation in the Virginia Alternate Assessment Program (VAAP). Participation in the VAAP will impact A____'s ability to demonstrate mastery of the general education standards and/or receive verified credits toward graduation; he may only be eligible for an applied studies diploma.

31

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued

Student Name A____ G__ D_____ IV Page 32 of 37 Student ID Number ____1109 Date 05/13/2020

<u>Least Restrictive Environment (LRE)</u>

When discussing the least restrictive environment and placement options, the following must be considered: · To the maximum extent appropriate, the student is educated with children without disabilities. · Special classes, separate schooling or other removal of the student from the regular educational environment oc
   curs only when the nature or severity of the disability is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily.
· The student's placement should be as close as possible to the child's home and unless the IEP of the student with a disability requires some other arrangement, the student is educated in the school that he or she would attend if he or she did not have a disability.
· In selecting the LRE, consideration is given to any potential harmful effect on the student or on the quality of services that he/she needs.
· The student with a disability shall be served in a program with age-appropriate peers unless it can be shown that for a particular student with a disability, the alternative placement is appropriate as documented by the IEP.

<u>Free Appropriate Public Education (FAPE)</u>

When discussing FAPE for this student, it is important for the IEP team to remember that FAPE may include, as appropriate:

· Educational Programs and Services · Nonacademic and Extracurricular Services and Activities · Proper Functioning of Hearing Aids · Physical Education
· Assistive Technology and/or accessible materials · Extended School Year Services (ESY) ·
Transportation · Length of School Day

<u>SERVICES:</u>
Identify the service(s), including frequency, duration and location that will be provided to or on behalf of the student in order for the student to receive a free appropriate public education. These services are the special education services and as necessary, the related services, supplementary aids and services based on peer-reviewed research to the ext ent practicable, assistive technology and/or accessible materials, supports for personnel*, accommodations and/or modifications* and extended school year services* the student will receive that will address area(s) of need as identif ied by the IEP team. Address any needed transportation and physical education services including accommodations and/or modifications. * These services are listed on the "Accommodations/Modifications" page and "Extended School Year Services" page, as needed.

| Transportation Needs : | Special Transportation | Two way |
|---|---|---|

| Nursing Services Required : Yes ☐ No ☐ |
|---|

| Personal Care Services Required : Yes ☐ No ☐ |
|---|

| Special Education Services(s) | Frequency | School/location Instructional Setting (classroom) | Duration m/d/y to m/d/y |
|---|---|---|---|
| English/ Language Arts Instruction | 75 minute(s) 1 time(s) daily | Special Education Setting | 05/14/2020 to 06/19/2020 |

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued

Student Name A█████ G██ D████████ IV Page 33 of 37 Student ID Number █████1109 Date <u>05/13/2020</u>
60 minute(s) 1 time(s) daily
Special Education Setting 05/14/2020
to 06/19/2020

Mathematics Instruction

| | | | |
|---|---|---|---|
| Behavior Managem ent Instruction | 20 minute(s) 1 time(s) daily | Special Education Setting | 05/14/2020 to 06/19/2020 |
| Behavior Support | 115 minute(s) 1 time(s) daily | General Education Setting | 05/14/2020 to 06/19/2020 |
| Social Skills Instruction | 20 minute(s) 1 time(s) daily | Special Education Setting | 05/14/2020 to 06/19/2020 |
| Behavior Managem ent Instruction | 60 minute(s) 1 time(s) daily | Special Education Setting | 09/08/2020 to 05/12/2021 |
| Social Skills Instruction | 30 minute(s) 1 time(s) daily | Special Education Setting | 09/08/2020 to 05/12/2021 |
| English/ Language Arts Instruction | 45 minute(s) 1 time(s) daily | Special Education Setting | 09/08/2020 to 05/12/2021 |
| Mathematics Instruction | 45 minute(s) 1 time(s) daily | Special Education Setting | 09/08/2020 to 05/12/2021 |

| Related Services(s) | Frequency | School/location Instructional Setting (classroom) | Duration m/d/y to m/d/y |
|---|---|---|---|
| Occupational Therapy. | 120.00 minute(s) 1 time(s) monthly | Special Education Setting | 05/14/2020 to 05/12/2021 |
| Speech/Language Therapy. | 360.00 minute(s) 1 time(s) monthly | Special Education Setting | 05/14/2020 to 05/12/2021 |

Services will be delivered on school days as indicated by a school division's calendar and exclude holidays, inclement weather closings, and summer closings unless the student qualifies for Extended School Year (ESY) services.

Extended School Year Services (ESY): (see attached summary sheet as a means to document discussion)
☐ The IEP team determined that the student needs ESY services.
☐ The IEP team determined that the student does not need ESY services.
☐ The IEP team will determine and/or address ESY services at a later date. Addressed by date: .Explain: .Given the

inability to review relevant school based date and the uncertainty of schools reopening, as well as the status of summer programming, it is not feasible to make a sufficient determination regarding the need for or type /amount of ESY services at this time.


ESY Goals:


ESY Accommodations:


ESY Services:

| ESY Service(s) | Frequency | School/location Instructional Setting (classroom) | Duration m/d/y to m/d/y |
|---|---|---|---|
| | | | |

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued

Student Name A███ G██ D███ IV Page 34 of 37 Student ID Number ████ 1109 Date <u>05/13/2020</u>


PLACEMENT

No single model for the delivery of services to any population or category of children with disabilities is acceptable for meeting the requirement for a continuum of alternative placements. All placement decisions shall be based on the individual needs of each student. The team may consider placement options in conjunction with discussing any needed supplementary aids and services, accommodations/modifications, assistive technology and/or accessible materials, and supports for school personnel. In considering the placement continuum options, check those the team discussed.Then, describe the placement selected in the PLACEMENT DECISION section below. Determination of the Least Restrictive Environment (LRE) and placement may be one or a combination of options along the continuum.

PLACEMENT CONTINUUM OPTIONS CONSIDERED: (check all that have been considered):

☐ Public Day School

☐ Public Separate School

☐ Private Day School

☐ Public Residential School

☐ Private Residential School

☐ Homebound Placement (Instruction provided to students who are confined at home or in a health care facility)

☐ Home-based (Services are delivered in the home setting or other agreed upon setting in accordance with IEP)

☐ Hospital Program


Based upon identified services and the consideration of least restrictive environment (LRE) and placement continuum options, describe in the space below the placement. Additionally, summarize the discussions and decision around LRE

and placement. This must include an explanation of why the student will not be participating with students without disabilities in the general education class(es), programs, and activities. Attach additional pages as needed.

Explanation of Placement Decision:
Public Day School
A▮▮▮ D▮▮▮ requires specially designed instruction based on deficits in areas of math, language arts (reading and writing), social skills, organization and behavior These deficits impact A▮▮▮ D▮▮▮ 's ability to access the gen eral education curriculum. A▮▮▮ D▮▮▮ requires special education services in the special education setting to provide support in mastering goals and objectives based on present levels of performance and allowing participation with non-disabled peers in the public school setting to the maximum extent appropriate. A▮▮▮ D▮▮▮ requires that services in the special education setting be delivered in a citywide program for students with autism.

34

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
PRIOR NOTICE AND PARENT CONSENT
Student Name A▮▮▮ G▮ D▮▮▮ IV Page 35 of 37 Student ID Number ▮▮▮1109 Date 05/13/2020

PRIOR NOTICE

The school division proposes to implement this IEP. This proposed IEP will allow the student to receive a free ap propriate public education in the least restrictive environment. This decision is based upon a review of current records, current assessments and the student's performance as documented in the Present Level of Academic Achievement and Functional Performance. Other options considered, if any, and the reason(s) for rejection are attached, or can be found in the Placement Decision section of this IEP. Additionally, other factors, if any that are relevant to this proposal are attached. Parent and adult student rights are explained in the Procedural Safeguards. If you, the parent(s) and adult student, need another copy of the Procedural Safeguards or need assistance in understanding this information please contact Heather Lindsey at (405) 819-2906 or e-mail heather.lindsey@acps.k12.va.us or Lauren Holthaus at or e-mail lauren.holthaus@acps.k12.va.us.

_____ Parent(s) initials here indicate that the parent(s) has read the above prior notice and attachments, if any, before giving permission to implement this IEP.

PARENT/ADULT STUDENT CONSENT: Indicate your response by checking the appropriate space and sign below.

___ I give permission to implement this IEP.

___ I do not give permission to implement this IEP.



Parent Signature Date

TRANSFER OF RIGHTS AT THE AGE OF MAJORITY (age 18):

| Indicate the date that the student and parent were informed of the transfer of parental rights under IDEA to the adult student at the age of 18. This must occur at least one year prior to the age of 18. |
| --- |
| Date School Official Signature |
| I was informed of the parental rights under IDEA that transfer to my Child at age 18. |
| Date Student Signature |
| I was informed of then parental rights under IDEA that transfer to my child at age 18. |
| Date Parental Signature |

35

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
PRIOR WRITTEN NOTICE

Student Name A___ G_ D___ IV Page 36 of 37 Student ID Number ___1109 Date <u>05/13/2020</u>

Describe the action that the school division proposes or refuses to take: (Required upon graduation with a standard or advanced diploma)

ACPS proposed goals, accommodations and special education services in the areas of math, language arts, social skills and behavior skills. ACPS proposed special education services in the special education setting to include: behavior 160 min/day, English Language Arts 75 min/day, Math 30 min/day and social skills 20 min/day. ACPS proposed special education services in the general education setting to include: Math 30 min/day.

ACPS proposed goals and accommodations and special education services for middle school in the areas of math, language arts, social skills and behavior skills. ACPS proposed special education services in the special education setting for middle school to include 45 minutes of math daily; 45 minutes of English Language Arts daily; 60 minutes of behavior management instruction daily; 30 minutes of social skills daily; and 60 minutes of behavior support in the general education setting daily.

A___ continues to require special education services to be provided in a citywide program for students with autism.

ACPS also proposed the related service of speech language therapy to be delivered for 240 min/month and occupational therapy for 120 min/month in the special education setting.

Explanation of why the school division is proposing or refusing to take action:

A█████ ███████ has deficits in math and language arts that impact his ability to progress in the general education curriculum without special education supports and services. A█████ D███████ requires a small group environment that can address his needs. A█████ D███████ requires related services of occupational therapy and speech language ther apy in order to address deficits in these areas.

Description of each evaluation procedure, assessment, record or report the school division used in deciding to propose or refuse the action:

The IEP team used a variety of assessment information, formal and informal, to make these decisions including: edu cational assessments, psychological testing (Woodcock Johnson), Communication Matrix, Functional Communication

Profile, Fountas and Pinnell, Benchmark Assessments in math and language arts, teacher observations and parental input.

Description of any other choices that the Individualized Education Program (IEP) team considered and the reasons why those choices were rejected:

During COVID-19 school closure, student will be provided virtual special education support including consultation, acc ommodations and modifications, collaboration with teachers, and/or virtual instruction with a special education teacher. Supplemental activities will also be provided to student which supports his/her IEP goals. The case manager will identify needed support, and provide supports to the greatest extent possible given the current limitations of the situation. Additionally, due to the inability to convene a face-to-face IEP meeting, participants attended the meeting via a conferencing platform.

In attendance at the IEP meeting were the following:
Lauren Holthaus, Assistant Principal
Amy Balas, GW Middle School Special Education Teacher
Denise Sheridan, Speech Therapist
Rebecca Rath, Occupational Therapist
Nancy Baker, General Education Teacher
Heather Lindsey, Special Education Teacher

36

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
PRIOR WRITTEN NOTICE

Student Name A████ G█ D███████ IV Page 37 of 37 Student ID Number █████1109 Date <u>05/13/2020</u>

Diana Duplantier, Mother

ACPS was unable to obtain meeting participant signatures during the meeting. The special education teacher, or the general education teacher in collaboration with the special education teacher, shall provide all direct instruction, as indicated in the IEP. The special education paraprofessional may provide practice, reinforcement and other support, under the supervision of the special education teacher.

Description of other reasons or other factors relevant as to why the school division proposed or refused the action:

The special education teacher, or the general education teacher in collaboration with the special education teacher,shall provide all direct instruction, as indicated in the IEP. The special education paraprofessional may providepractice, reinforcement and other support, under the supervision of the special education teacher.

Resources for the parent to contact for help in understanding the Individuals with Disabilities Education Act (IDEA) and the related federal and Virginia Regulations:

For assistance in understanding the IDEA and related regulations, contact the ACPS Parent Resource Center (PRC) at 703-824-0129.

If this notice is not the initial referral for evaluation, document when the parent was provided a copy of the procedural safeguards and how a copy maybe obtained, if the parent requests an additional copy:

The parent may request an additional copy of procedural safeguards from the student's case manager or school administrator.

37

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM**
**COVER PAGE**

Student Name A█████ G██ D████████                                   Page 1 of 35
Student ID Number █████1109                     Grade 4th Grade
DOB ████2009   Age 10   Disability(ies) Autism

Parent(s) Name   Diana Duplantier                  Email ████████████
Home Address                                        Primary ████████████
                 Alexandria, VA 22302              Secondary
Date of IEP meeting ........................................................   04/24/2019
Date parent notified of IEP meeting ...........................   04/09/2019
IEP will be reviewed no later than ............................   04/24/2020
Most recent eligibility date ........................................   11/30/2017
Next re-evaluation, including eligibility, must occur before ...........   11/30/2020
Copy of IEP given to parent (Name) Diana Duplantier      On (Date)
IEP Teacher/Manager Heather Lindsey            Phone Number 703-619-8020

The Individualized Education Plan (IEP) that accompanies this document is meant to support the positive process and team approach. The IEP is a working document that outlines the student's vision for the future, strengths and needs. The IEP is not written in isolation. The intent of an IEP is to bring together a team of people who understand and support the student in order to come to consensus on a plan and an appropriate and effective education for the student. No two teams are alike and each team will arrive at different answers, ideas and supports and services to address the student's unique needs. The student and his/her family members are vital participants, as well as teachers, assistants, specialists, outside service providers, and the principal. When all team members are present, the valuable information shared supports the development of a rich student profile and education plan.

**PARTICIPANTS INVOLVED**
**The list below indicates that the individual participated in the development of this IEP and the placement decision; it does not authorize consent. Parent consent is indicated on the "Prior Notice" page.**

| NAME OF PARTICIPANT | POSITION |
| --- | --- |
| Heather Lindsey | Special Education Teacher |
| Lauren M Holthaus | Assistant Principal |
| Denise Sheridan | Speech Language Pathologist |
| Rebecca Rath | Occupational Therapist |
| Diana Duplantier | Mother |
|  |  |
|  |  |

**\*The student and parent must be informed at least one year prior to turning 18 that the IDEA procedural safeguards (rights) transfer to the student at age 18 and be provided with an explanation of those procedural safeguards. Date informed _____ Student Initials _____ Parent Initials _____**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM**
**FACTORS FOR IEP TEAM CONSIDERATION**

Student Name A██ G█ D████████                                     Page 2 of 35
Student ID Number ████  1109                              Date 04/24/2019

During the IEP meeting, the following factors must be considered by the IEP team. Best practice suggests that the IEP team document that the factors were considered and any decision made relative to each. The factors are addressed in other sections of the IEP if not documented on this page (for example: see Present Level of Academic Achievement and Functional Performance).

1. Results of the initial or most recent evaluation of the student;
Student was found eligible for special education services under the category of autism on November 30, 2017.

2. The strengths of the student;
See Present Level of Performance for information related to student's strengths

3. The academic, developmental, and functional needs of the student;
See Present Level of Performance. Goals, accommodations and services were proposed to address areas of need.

4. The concerns of the parent(s) for enhancing the education of their child;
See Parental Input section of the Present Level of Performance for information related to parent concerns.

5. The communication needs of the student;
A██ has communication needs in the areas of receptive, expressive and pragmatic language. Goals, accommodations and services were proposed to address areas of need.

6. The student's needs for benchmarks or short-term objectives;
A██ D████ requires benchmarks and short term objectives.

7. Whether the student requires assistive technology devices and services. When considering whether assistive technology is required, the IEP team may refer to the Virginia Assistive Technology Resource Guide to facilitate the discussions about goals and objectives, areas of difficulty, and whether AT devices or services are needed, and whether accessible instructional materials in alternate formats are needed.
A██ was evaluated in April of 2014 for an augmentative communication device. The team agreed that he would benefit from the use of a speech output device to enhance his communication skills. A██ benefits from the use of his speech generating device and pictures to support and enhance communication while accessing the academic curriculum.

Visual symbols (visual schedules, picture symbols, visual models) are part of the materials used within the classroom to support the comprehension of directions and to prompt communication for A██.

8. In the case of a student whose behavior impedes his or her learning or that of others, consider the use of positive behavioral interventions, strategies, and supports to address that behavior;
A██ D████ does not demonstrate behavior that impedes his/her learning or the learning of others.

9. In the case of a student with limited English proficiency, consider the language needs of the student as those needs relate to the student's IEP;
A██ D████ is not a student with limited English proficiency.

Alexandria City Public Schools
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM**
**FACTORS FOR IEP TEAM CONSIDERATION**

| Student Name A████ G█ D████████ | | Page 3 of 35 |
|---|---|---|
| Student ID Number ████ 1109 | Date 04/24/2019 | |

10.  In the case of a student who is blind or is visually impaired, provide for instruction in Braille and the use of Braille unless the IEP team determines after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media, including an evaluation of the student's future needs for instruction in Braille or the use of Braille, that instruction in Braille or the use of Braille is not appropriate for the student.  When considering that Braille is not appropriate for the child the IEP team may use the Functional Vision and Learning Media Assessment for Students who are  Pre-Academic or Academic and Visually Impaired in Grades  K-12 (FVLMA) or similar instrument; and

A████  is not blind or visually impaired.

11.  In the case of a student who is deaf or hard of hearing, consider the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode.  The IEP team may use the Virginia Communication Plan when considering the student's language and communication needs and supports that may be needed.

A████  is not deaf or hard of hearing.

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE**

| | |
|---|---|
| Student Name A█████ G█ D████████ | Page 4 of 35 |
| Student ID Number ████████ 1109 | Date 04/24/2019 |

*The Present Level of Academic Achievement and Functional Performance shall be written in language under-standable by the general public and summarize the results of assessments that identify the student's interests, preferences, strengths and areas of need.* This includes the student's performance and achievement in academic areas such as writing, reading, math, science, and history/social sciences. It also includes the student's performance in functional areas, such as self-determination, social competence, communication, behavior and personal management.

**Describe the effect of the student's disability upon the student's involvement and progress in the general curriculum by completing the fields below. For preschool, include how the student's disability affects the participation in appropriate activities. Test scores, if appropriate, should be self-explanatory.**

Present Levels of Academic Achievement and Functional Performance
INVOLVEMENT/PROGRESS IN GENERAL CURRICULUM

A████ D████████ is currently in fourth grade. A████ D████'s disability impacts his ability to participate in the general education setting independently. A████ D████ currently participates in the general education setting for recess, lunch, breakfast, morning meeting, STEM lab and encore (music, PE, library, art). A████ D███████ requires the use of visual supports/schedules, token reinforcement schedule, extended wait time, and a structured work system in order to participate in the general education setting. He currently receives special education services in a citywide program for students with autism. A████ D██████ currently receives the related service of occupational therapy and speech language therapy in the special education setting.

READING:
Since his last annual review, A████ D██████ has been working on decoding sight words and answering comprehension questions about a text on his instructional level. He has made progress in decoding and sequencing with 4-6 pictures from a story but requires additional instruction in answering questions about an instructional text in order to increase his reading level and comprehension. Since his last annual review, A█████ D████████ has mastered the goal(s) of Type here to enter goal information.

A████ D██████ has strengths in decoding, identifying letters and letter sounds and blending CVC words. When given a teacher-created assessment on April 1, 2019, A████ D██████ was able to recognize 20 sight words with a score of 100% accuracy.

According to Fountas and Pinnell, given on February 2019, A██████ D███████ decodes independently on a level A which is Kindergarten, First Quarter. The expected range for students in fourth grade is M. Observations during this assessment indicate A████ D██████ is able to decode and recognize high frequency words. This test was determined inconclusive on determining a true comprehension instructional level due the way in which it was administered. Although A████ is able to determine most words within a level A text, he is unable to demonstrate comprehension without a field of choices and visuals.
Use of visuals within a field of three and read alouds have been successful in helping A████ D██████ make progress in reading. Difficulties with reading comprehensions (answering questions from the text) impacts A████ D██████'s ability to increase his instructional reading level.

WRITING:
Since his last annual review, A████ D██████ has been working on putting sentences together using scrambled sentences. He has made progress in placing words in a graphic organizer/sentence structure and using sentence stems paired with a word bank but requires additional instruction in independently constructing sentences in order to convey a written message. Since his last annual review, A████ D██████ has mastered the goal(s) of putting a scrambled sentence in order and writing or typing the sentence.

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
**PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE**

Student Name A█████ G██ D█████████                                          Page 5 of 35
Student ID Number █████ 1109                                    Date 04/24/2019

In the area of writing mechanics, A█████ D█████ is able to complete a sentence stem or unscramble a four word sentence. On classroom assessments given on March 2019, A█████ D█████ was able to write constructed sentences within wide space lined paper. In the area of written expression, A█████ D█████ is able to unscramble 3-4 words to put a sentence in order. He is able to identify subjects/nouns. A█████ D█████ has difficulty with developing independent sentences about a topic without scaffolding in the area of written expression. When completing writing tasks, A█████ D█████ requires sentence stems/scaffolding, word banks, and well defined writing spaces (wiki sticks, highlighter) in order to write complete sentences about a topic. Difficulties with expressive language impacts A█████ D█████'s ability to develop independent thoughts about a writing topic.

MATHEMATICS:
Since his last annual review, A█████ D█████ has been working on writing numbers 0-100, identifying greater than and less than, identifying money by name and value, telling time to the half hour and adding/subtracting single digit numbers. He has made progress in telling time to the half hour and adding single digit numbers but requires additional instruction in subtracting single digit numbers in order to improve his math calculation. Since his last annual review, A█████ D█████ has mastered the goal(s) of using manipulatives and math jigs to add single digit numbers, writing numbers 0-100, and telling time to the half hour.

According to classroom observation, teacher reports, and formative assessments, A█████ D█████ is able to identify growing and repeating patterns, sort by size and shape, count and identify numbers 0-100, identify coins by their name, skip count by 2, 5 and 10, and add single digit numbers with number jigs/scaffolding.

Use of manipulatives such as adding tiles, mathematical sentence stems, visual schedules, structured work tasks and graphic organizers have been successful in helping A█████ D█████ to make progress in math. Difficulties with calculating and interpreting math facts impacts A█████ D█████'s ability to subtract single digit numbers and number computation.

BEHAVIORAL SKILLS/EMOTION REGULATION:
Since his last annual review, A█████ D█████ has been working on working on tasks within a 30 minute work session. He has made progress in completing tasks in a structured work system but requires additional instruction in flexibility with assigned work taks in order to regulate emotions and behavior. Since his last annual review, A█████ D█████ has mastered the goal(s) of working on a task to completion.
Based on classroom observations, A█████ D█████ is able to work on a familiar task to completion. When presented with a timer to move to the next task, A█████ D█████ was observed to get upset and cry because he did not want stop a task until it was finished. Based on classroom observation, A█████ D█████ has difficulty with moving on to a new task until his current task is finished to his satisfaction . He requires a visual schedule and a timer in order to move on to a new task within a given time frame (typically 2 minute transition time) . A█████ D█████ is currently given visual schedule, a clear and structured work system with a visual timer. Difficulties with repetitive behavior impacts A█████ D█████'s ability to move on to a new task or focus on  non-preferred tasks.

COMMUNICATION / SOCIAL SKILLS:

**1340 Braddock Place, Alexandria, VA 22314**
**PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE**

Student Name A███ G█ D████████                                           Page 6 of 35
Student ID Number ███████ 1109                        Date 04/24/2019

A███ currently receives speech and language therapy as a related service to address deficits in receptive, expressive and pragmatic language skills. He is a multi-modal communicator who uses a dedicated voice output device, verbal approximations, vocalizations, facial expressions and physical manipulation. During structured activities, A███ will use his device if it is front him and the correct language is modeled or gestured to. A███'s reasons for communicating are mainly requesting and protesting. However, he does not protest verbally, but instead uses unconventional communication such as vocalizing loudly or crying. Socially, he both requests attention by approaching a staff member or peer and shows affection by hugging. However, once he has approached, he does not understand what to do next and may act inappropriately by squeezing them. He does not seek information but will answer a yes/no question pertaining to preference and will label items if asked "what is it?". On his last IEP, A███ was working on combining 2 words/symbols to direct actions, answer "where" questions and engage in turn taking skills. During a structured setting, he will direct actions, e.g., "pour it, make it go, blow bubbles, blow balloon", and has recently been observed saying "hug me" to his teacher. When shown photographs of his peers, he is able to verbally approximate their names and his ability to locate them in the classroom when asked "where is ___?" is emerging. He continues to struggle with expressing where items are in a picture, such as in, on and under. He engages in appropriate turn-taking skills during a preferred game, e.g., Pop the Pig, but needs one prompt to know when it is his turn. A███'s spontaneous expressive language is very limited, and, with the exception of inconsistently requesting "bathroom", he does not initiate requests or provide/give information. He continues to use word approximations with visual supports more than his voice output device when participating in structured groups. A███'s deficits in initiating communication for a variety of purposes as well as his lack of a variety of vocabulary impact his ability to engage with adults and peers during his academic day.

FINE MOTOR SKILLS:
A███ currently receives occupational therapy as a related services to address his handwriting and typing skills. A███ benefits from using a token system to provide him with a sensory /regulation break to complete his occupational therapy session. This includes a choice of a snack, coloring, other fine motor break activities combined with squeezes throughout the session. Sometimes A███ needs to get up in the middle of the session for a movement break. A███ demonstrates his need for seeking proprioception input. He may provide deep squeezes, a tight pencil grasp and increased pressure when engaged in writing activities. A███ has been provided with adapted paper to improve his ability to keep his font size smaller to align on lined paper. He requires a visual cue to the bottom line for proper letter alignment on lined paper. A███ requires verbal cues 50% of the time to space words copied words on the line. A███ demonstrates progress with typing skills The therapist provides him with verbal cues (75%) of the time to use bilateral hands for typing. A███ is using the typing program called www.typingclub.com to copy. He can type up to 14 WPM with 75%accuracy. A███ needs to continue to work on self regulation via seeking proprioception input for active participation in bilateral hand skills for typing and other fine motor functional tasks A███'s deficits in regulation, attention affect his independence in executive functioning skills for accessing the curriculum.

PARENT INPUT:
Mom shared that she is pleased with A███'s overall progress. At home, she notes that transitions that require wait time are challenging and she appreciates that the school will work on this as a goal. Overall, she states that she feels that the goals are appropriate and applicable for the next year.

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

| | |
|---|---|
| Student Name A▇▇▇ G▇ D▇▇▇▇▇▇ | Page 7 of 35 |
| Student ID Number ▇▇▇▇1109▇▇▇ | Date 04/24/2019 |
| Area of Need Expressive Language | |

**#1 MEASURABLE ANNUAL GOAL:**
Given assistive technology and strategies, A▇▇ G▇ D▇▇▇▇ will increase his expressive vocabulary by at least 15 words to include verbs, pronouns, prepositions, descriptive vocabulary or question words with a mastery criteria of independent use across three different activities by 04/24/2020.

**The IEP team considered the need for short-term objectives/benchmarks.**
☑ **Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)**
☐ **Short-term objectives/benchmarks are not included for this goal.**

**Does this annual goal help the student make progress toward a postsecondary goal?**  ☐ Yes  ☑ No
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured? (check all that apply) | | |
|---|---|---|
| X  Other: Data Collection | ___ Classroom Participation | ___ Checklist |
| ___ Class work | ___ Homework | ___ Observation |
| ___ Special Projects | ___ Tests and Quizzes | ___ Written Reports |
| ___  Criterion-referenced test: | ___  Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.**

| | | | | | |
|---|---|---|---|---|---|
| **Anticipated Date of Progress Report*** | | | | | |
| **Actual Date of Progress Report** | | | | | |
| **Progress Code** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Anticipated Date of Progress Report*** | | | | | |
| **Actual Date of Progress Report** | | | | | |
| **Progress Code** | | | | | |

**SP** - The student is making **S** ufficient **P** rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E** merging **S** kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M** astered this annual goal.

**IP** - The student has demonstrated **I** nsufficient **P** rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N** ot been provided **I** nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SHORT TERM OBJECTIVES OR BENCHMARKS,** as determined by IEP Team
**(Required for students participating in the VAAP)**

| | | |
|---|---|---|
| Student Name A   G   D███ | Date 04/24/2019 | Page 8 of 35 |
| Student ID Number ███ 1109 | Goal # 1   Area of Need: Expressive Language | |

**Short Term Objectives or Benchmarks, as needed**

Objective/Benchmark # 1

Given assistive technology and strategies, A███ G██ D███ will increase his expressive vocabulary by at least 10 words to include verbs, pronouns, prepositions, descriptive vocabulary or question words with a mastery criteria of independent use across three different activities by 04/24/2020.

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

| | |
|---|---|
| Student Name A████ G███ D████████ | Page 9 of 35 |
| Student ID Number ████ 1109 ████ | Date 04/24/2019 |
| Area of Need Expressive Language | |

**#2 MEASURABLE ANNUAL GOAL:**
Given assistive technology and strategies, A████ G███ D███████ will initiate communication for a variety of communicative functions, e.g., request, protest, social, give/get information with a mastery criteria of 3 times a session by 04/24/2020.

**The IEP team considered the need for  short-term objectives/benchmarks.**
☑  **Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)**
☐  **Short-term objectives/benchmarks are not included for this goal.**

**Does this annual goal help the student make progress toward a postsecondary goal?**  ☐ Yes  ☑ No
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured?  (check all that apply) | | |
|---|---|---|
| X   Other: Data Collection | ___   Classroom Participation | ___   Checklist |
| ___   Class work | ___   Homework | ___   Observation |
| ___   Special Projects | ___   Tests and Quizzes | ___   Written Reports |
| ___    Criterion-referenced test: | ___    Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes.  Attach comments using progress report comment form located in section two.**

| | | | | | |
|---|---|---|---|---|---|
| **Anticipated Date of Progress Report\*** | | | | | |
| **Actual Date of Progress Report** | | | | | |
| **Progress Code** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Anticipated Date of Progress Report\*** | | | | | |
| **Actual Date of Progress Report** | | | | | |
| **Progress Code** | | | | | |

**SP** - The student is making **S** ufficient **P** rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E** merging **S** kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M** astered this annual goal.

**IP** - The student has demonstrated **I** nsufficient **P** rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N** ot been provided **I** nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SHORT TERM OBJECTIVES OR BENCHMARKS,** as determined by IEP Team
**(Required for students participating in the VAAP)**

Student Name A█████ G█ D█████████          Date 04/24/2019          Page 10 of 35
Student ID Number ████ 1109          Goal # 2          Area of Need: Expressive Language

---

**Short Term Objectives or Benchmarks, as needed**

Objective/Benchmark # 1

Given assistive technology and strategies and verbal/visual supports, A█████ G█ D█████████ will initiate communication for a variety of communicative functions, e.g., request, protest, social, give/get information with a mastery criteria of 3 times a session by 04/24/2020.

---

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

Student Name A█████ G██ D█████████  ██████       Page 11 of 35
Student ID Number ████ 1109                        Date 04/24/2019
Area of Need Language Arts

**#3 MEASURABLE ANNUAL GOAL:**
Given a list of sight words A████ G██ D█████████  █████ will read 40 common high frequency words with with 80% accuracy by 04/24/2020.

**The IEP team considered the need for short-term objectives/benchmarks.**
☑  Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)
☐  Short-term objectives/benchmarks are not included for this goal.

**Does this annual goal help the student make progress toward a postsecondary goal?**   ☐ Yes   ☑ No
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured? (check all that apply) | | |
|---|---|---|
| X  Other: Data Collection | ___  Classroom Participation | ___  Checklist |
| ___  Class work | ___  Homework | ___  Observation |
| ___  Special Projects | ___  Tests and Quizzes | ___  Written Reports |
| ___  Criterion-referenced test: | ___  Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.**

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

**SP** - The student is making **S** ufficient **P** rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E** merging **S** kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M** astered this annual goal.

**IP** - The student has demonstrated **I** nsufficient **P** rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N** ot been provided **I** nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SHORT TERM OBJECTIVES OR BENCHMARKS,** as determined by IEP Team
**(Required for students participating in the VAAP)**

Student Name A████ G█ D███████      Date 04/24/2019      Page 12 of  35
Student ID Number ████ 1109      Goal # 3      Area of Need:  Language Arts

---

**Short Term Objectives or Benchmarks, as needed**

Objective/Benchmark # 1

Given a list of sight words A████ G█ D███████ ██ will read 30 common high frequency words with with 80% accuracy

**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

| | |
|---|---|
| Student Name A█████ G█ D█████████ | Page 13 of 35 |
| Student ID Number ████1109 | Date 04/24/2019 |
| Area of Need Language Arts | |

**#4 MEASURABLE ANNUAL GOAL:**
Given an instructional texts and visuals A████ G█ D█████████ will determine the sequence of events from a story with an accuracy of 4 out of 5 opportunities documented quarterly across 4 stories by 04/24/2020.

**The IEP team considered the need for  short-term objectives/benchmarks.**
☑   Short-term objectives/benchmarks are included for this goal.  (Required for students participating in the VAAP)
☐   Short-term objectives/benchmarks are not included for this goal.

**Does this annual goal help the student make progress toward a postsecondary goal?**        ☐ Yes      ☑ No
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured?  (check all that apply) | | |
|---|---|---|
| Other: | ___   Classroom Participation | ___   Checklist |
| X   Class work | ___   Homework | ___   Observation |
| ___   Special Projects | ___   Tests and Quizzes | ___   Written Reports |
| ___   Criterion-referenced test: | ___   Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes.  Attach comments using progress report comment form located in section two.**

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

**SP** - The student is making **S** ufficient **P** rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E** merging **S** kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M** astered this annual goal.

**IP** - The student has demonstrated **I** nsufficient **P** rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N** ot been provided **I** nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SHORT TERM OBJECTIVES OR BENCHMARKS,** as determined by IEP Team
**(Required for students participating in the VAAP)**

| | | |
|---|---|---|
| Student Name A███ G█ D███████ | Date 04/24/2019 | Page 14 of 35 |
| Student ID Number ███████ 1109 | Goal # 4   Area of Need: Language Arts | |

**Short Term Objectives or Benchmarks, as needed**

Objective/Benchmark # 1

Given an instructional texts and visuals A███ G█ D█████████ will determine the sequence of events from a story with an accuracy of 4 out of 5 opportunities documented quarterly across 2 stories.

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

Student Name A███ G█ D████████                                                     Page 15 of 35
Student ID Number ████1109                                      Date 04/24/2019
Area of Need Language Arts

**#5 MEASURABLE ANNUAL GOAL:**
Given an AAC device A███ G█ D████████ will write two sentences about his day with an accuracy of 4 out of 5 opportunities documented quarterly by 04/24/2020.

**The IEP team considered the need for short-term objectives/benchmarks.**
☑  **Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)**
☐  **Short-term objectives/benchmarks are not included for this goal.**

**Does this annual goal help the student make progress toward a postsecondary goal?**          ☐ **Yes**     ☑ **No**
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured? (check all that apply) | | |
|---|---|---|
| X   Other: Data Collection | ___   Classroom Participation | ___   Checklist |
| ___   Class work | ___   Homework | ___   Observation |
| ___   Special Projects | ___   Tests and Quizzes | ___   Written Reports |
| ___   Criterion-referenced test: | ___   Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.**

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| **Actual Date of Progress Report** | | | | | |
| **Progress Code** | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| **Actual Date of Progress Report** | | | | | |
| **Progress Code** | | | | | |

**SP** - The student is making **S**ufficient **P**rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E**merging **S**kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M**astered this annual goal.

**IP** - The student has demonstrated **I**nsufficient **P**rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N**ot been provided **I**nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SHORT TERM OBJECTIVES OR BENCHMARKS,** as determined by IEP Team
**(Required for students participating in the VAAP)**

Student Name A█████ G██ D████████                    Date 04/24/2019          Page 16 of  35

Student ID Number ██████ 1109          Goal # 5      Area of Need:  Language Arts

---

**Short Term Objectives or Benchmarks, as needed**

Objective/Benchmark # 1

Given an AAC device A█████ G██ D████████ ██ will write one sentence about his day with an accuracy of 4 out of 5
opportunities documented quarterly

---

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

| | |
|---|---|
| Student Name A█████ G█ D████████ | Page 17 of 35 |
| Student ID Number ████1109 | Date 04/24/2019 |
| Area of Need Mathematics | |

**#6 MEASURABLE ANNUAL GOAL:**
Given manipulatives and a mathematical sentence stem A█████ G█ D████████ will subtract single digit numbers with with 80% accuracy by 04/24/2020.

**The IEP team considered the need for short-term objectives/benchmarks.**
☐  Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)
☑  Short-term objectives/benchmarks are not included for this goal.

**Does this annual goal help the student make progress toward a postsecondary goal?**  ☐ **Yes**  ☑ **No**
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured? (check all that apply) | | |
|---|---|---|
| Other: | ___ Classroom Participation | ___ Checklist |
| X  Class work | ___ Homework | ___ Observation |
| ___ Special Projects | ___ Tests and Quizzes | ___ Written Reports |
| ___ Criterion-referenced test: | ___ Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.**

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

**SP** - The student is making **S** ufficient **P** rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E** merging **S** kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M** astered this annual goal.

**IP** - The student has demonstrated **I** nsufficient **P** rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N** ot been provided **I** nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

Student Name A█████ G██ D████████                                                                Page 18 of 35
Student ID Number █████ 1109                                              Date 04/24/2019
Area of Need Mathematics

**#7 MEASURABLE ANNUAL GOAL:**
Given a visual of a fraction A█████ G██ D████████ will differentiate between halves fourths and eighths with with 80% accuracy by 04/24/2020.

**The IEP team considered the need for short-term objectives/benchmarks.**
☑   Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)
☐   Short-term objectives/benchmarks are not included for this goal.

**Does this annual goal help the student make progress toward a postsecondary goal?**      ☐ Yes      ☑ No
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured? (check all that apply) | | |
|---|---|---|
| Other: | ___ Classroom Participation | ___ Checklist |
| X Class work | ___ Homework | ___ Observation |
| ___ Special Projects | ___ Tests and Quizzes | ___ Written Reports |
| ___ Criterion-referenced test: | ___ Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes.  Attach comments using progress report comment form located in section two.**

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

**SP** - The student is making **S**ufficient **P**rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E**merging **S**kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M**astered this annual goal.

**IP** - The student has demonstrated **I**nsufficient **P**rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N**ot been provided **I**nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SHORT TERM OBJECTIVES OR BENCHMARKS,** as determined by IEP Team
**(Required for students participating in the VAAP)**

Student Name A    G   D                         Date 04/24/2019    Page 19 of 35

Student ID Number     1109        Goal # 7   Area of Need: Mathematics

---

**Short Term Objectives or Benchmarks, as needed**

Objective/Benchmark # 1

Given a visual of a fraction A   G  D      will identify halves with with 80% accuracy.

Objective/Benchmark # 2

Given a visual of a fraction A   G  D      will identify halves and fourths with with 80% accuracy.

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

Student Name A███ G██ D█████████                                          Page 20 of 35
Student ID Number ███1109
Date 04/24/2019
Area of Need Behavioral

#8 MEASURABLE ANNUAL GOAL:
Given a visual timer and in task work schedule A███ G██ D█████████ will increase his flexibility by stopping an incomplete work task and transition to the next task on his schedule within 2 minutes of hearing the timer.  with an accuracy of 4 out of 5 opportunities documented quarterly by 04/24/2020.

The IEP team considered the need for  short-term objectives/benchmarks.
☐    **Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)**
☑    **Short-term objectives/benchmarks are not included for this goal.**

**Does this annual goal help the student make progress toward a postsecondary goal?**        ☐ Yes       ☑ No
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured?  (check all that apply) | | |
|---|---|---|
| X   Other:  Data Collection | ___   Classroom Participation | ___   Checklist |
| ___   Class work | ___   Homework | ___   Observation |
| ___   Special Projects | ___   Tests and Quizzes | ___   Written Reports |
| ___   Criterion-referenced test: | ___   Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes.  Attach comments using progress report comment form located in section two.**

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

| Anticipated Date of Progress Report* | | | | | |
|---|---|---|---|---|---|
| Actual Date of Progress Report | | | | | |
| Progress Code | | | | | |

**SP** - The student is making **S** ufficient **P** rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E** merging **S** kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M** astered this annual goal.

**IP** - The student has demonstrated **I** nsufficient **P** rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N** ot been provided **I** nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**MEASURABLE ANNUAL GOALS, PROGRESS REPORT**

| | |
|---|---|
| Student Name A▮▮▮ G▮ D▮▮▮▮▮▮ | Page 21 of 35 |
| Student ID Number ▮▮▮▮▮1109 | Date 04/24/2019 |
| Area of Need Fine Motor | |

**#9 MEASURABLE ANNUAL GOAL:**
Given access to typing club.com program and A▮▮▮ G▮ D▮▮▮▮▮▮ will copy a 4 sentence paragraph using bilateral hands with 90% accuracy seen 4/5times quarterly by 04/24/2020.

**The IEP team considered the need for short-term objectives/benchmarks.**
☐    **Short-term objectives/benchmarks are included for this goal. (Required for students participating in the VAAP)**
☑    **Short-term objectives/benchmarks are not included for this goal.**

**Does this annual goal help the student make progress toward a postsecondary goal?**    ☐ **Yes**    ☑ **No**
**If YES, which postsecondary goal?**

| How will progress toward this annual goal be measured? (check all that apply) | | |
|---|---|---|
| ___ Other: | ___ Classroom Participation | ___ Checklist |
| ___ Class work | ___ Homework | _X_ Observation |
| ___ Special Projects | ___ Tests and Quizzes | ___ Written Reports |
| ___ Criterion-referenced test: | ___ Norm-referenced test: | |

**Progress on this goal will be reported to the parent or adult student using the following codes. Attach comments using progress report comment form located in section two.**

| | | | | | |
|---|---|---|---|---|---|
| **Anticipated Date of Progress Report*** | | | | | |
| **Actual Date of Progress Report** | | | | | |
| **Progress Code** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Anticipated Date of Progress Report*** | | | | | |
| **Actual Date of Progress Report** | | | | | |
| **Progress Code** | | | | | |

**SP** - The student is making **S** ufficient **P** rogress to achieve this annual goal within the duration of this IEP.

**ES** - The student demonstrates **E** merging **S** kill but may not achieve this goal within the duration of this IEP.

**M** - The student has **M** astered this annual goal.

**IP** - The student has demonstrated **I** nsufficient **P** rogress to meet this annual goal and may not achieve this goal within the duration of this IEP.

**NI** -The student has **N** ot been provided **I** nstruction on this goal.

**\* Progress reports will be provided at least as often as parents are informed of the progress of children without disabilities.**

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT**
**ACCOMMODATIONS/MODIFICATIONS**

Student Name A█████ G█ D███████ █                                    Page 22 of 35
Student ID Number ████ 1109                          Date 04/24/2019

This student will be provided access to general education classes, special education classes, other school services and activities including nonacademic activities and extracurricular activities, and education related settings:

____    with no accommodations/modifications
__X__   with the following accommodations/modifications

Accommodations/modifications provided as part of the instructional and testing/assessment process will allow the student equal opportunity to access the curriculum and demonstrate achievement. Accommodations/modifications also provide access to nonacademic and extracurricular activities and educationally related settings. Accommodations/modifications based solely on the potential to enhance performance beyond providing equal access are inappropriate.

Accommodations may be in, but not limited to, the areas of time, scheduling, setting, presentation and response including assistive technology and/or accessible materials. The impact of any modifications listed should be discussed.

**ACCOMMODATIONS/MODIFICATIONS** (list, as appropriate)

| Accommodation(s)/Modification(s) | Frequency | Location (name of school *) | Instructional Setting | Duration m/d/y to m/d/y |
|---|---|---|---|---|
| Adaptive - Use of augmentative communication device/communication board | Throughout educational setting | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |
| Adaptive - Use of visual aids | Throughout entire educational setting | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |
| Behaviorally Related - Use of a reinforcement schedule | Throughout entire educational setting when deemed appropriate | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |
| General - Allow additional wait time for student response | Throughout entire educational setting | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |
| General - Materials read orally | Throughout entire educational setting | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |
| General - Use of visual cues | Throughout entire educational setting | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |
| Grading Modifications - Grading based on Aligned Standards of Learning | Throughout entire educational setting | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |
| Testing Accommodations - Math aids | Throughout entire educational setting on math related assignments. | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT**
**ACCOMMODATIONS/MODIFICATIONS**

Student Name A█████ G█ D████████ █                                Page 23 of  35

Student ID Number █████████ 1109                    Date 04/24/2019

| | | | | |
|---|---|---|---|---|
| Testing Accommodations - Read Aloud - All tests except reading | Throughout entire educational setting | Assigned School | General and Special Education Settings | 04/25/2019 to 04/24/2020 |

\* IEP teams are required to identify the specific school site (public or private) when the parent expresses concerns about the location of the services or refuses the proposed site. A listing of more than one anticipated location is permissible, if the parents do not indicate that they will object to any particular school or state that the team should identify a single school.

**Supports for School Personnel:** (Describe supports such as equipment, consultation, or training for school staff to meet the unique needs for the student) _____

_____
_____
_____
_____

**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued**
**PARTICIPATION IN THE STATE AND DIVISIONWIDE ACCOUNTABILITY/ASSESSMENT SYSTEM**

| | |
|---|---|
| Student Name A█████ G██ D████████ | Page 24 of 35 |
| Student ID Number ███████ 1109 | Date 04/24/2019 |

This student's participation in state and divisionwide assessments must be discussed annually. During the duration of this IEP:

| | | |
|---|---|---|
| Will the student be at a grade level or enrolled in a course for which the student must participate in a state and/or divisionwide assessment? If yes, continue to next question. | ☑ Yes | ☐ No |
| Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the *Virginia Standards of Learning (SOL)Assessments (select appropriate content area)*<br>☐ Reading ☐ Math ☐ Science ☐ History/Social Science ☐ Writing | ☐ Yes | ☑ No |
| Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Modified Achievement Standards Test (VMAST) as a credit accommodation? *If yes, complete the "VMAST Participation Criteria" for each content area considered.*<br>☐ Reading EOC | ☐ Yes | ☑ No |
| Does the student meet the VMAST participation criteria? Does the student meet the VMAST credit accommodation criteria? *If yes, determine for specific content area.*<br>☐ Reading EOC<br>*Note: The VMAST is no longer available as alternate assessment, but may be used as a credit accommodation for End-of-Course Reading for students with a disability scoring 374 or below following two attempts at the corresponding SOL End-of-Course test. Participation criteria must be met and supporting documentation must be completed.* | ☐ Yes | ☑ No |
| Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Alternate Assessment Program (VAAP), which is based on Aligned Standards of Learning? *If yes, complete the "VAAP Participation Criteria".* | ☑ Yes | ☐ No |
| *Does the student meet VAAP participation criteria?* | ☑ Yes | ☐ No |

**If "yes" to any of the above, check the assessment(s) chosen and attach (or maintain in student's educational record) the assessment page(s), which will document how the student will participate in Virginia's accountability system and any needed and/or modifications.**

_____   SOL Assessments
              ☐ Reading  ☐ Math  ☐ Science  ☐ History/Social Science  ☐ Writing

_____   Virginia Modified Achievement Standards Test* (VMAST)
              ☐ Reading EOC

_____   Virginia Alternate Assessment Program* (VAAP)

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued**
**PARTICIPATION IN THE STATE AND DIVISIONWIDE ACCOUNTABILITY/ASSESSMENT SYSTEM**

Student Name A███  G██  D██████ █                          Page 25 of  35

Student ID Number  ████  1109                     Date 04/24/2019

<br>

**Substitute Test for Verified Credit:**    **

_____

_____

_____

<br>

\* Refer to VDOE's *Students with Disabilities:  Guidelines for Assessment Participation* for guidance.

 \*\* The Board of Education has approved a number of substitute tests that students may take to earn verified credits towards graduation.  The Board has also approved a schedule of career and technical examinations for licensure or certification that may be substituted for SOL test to earn  student-selected verified credits.  For a list of state approved substitute tests:  SOL Substitute Test for Verified Credit (PDF)

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**PARTICIPATION IN THE STATE AND DIVISIONWIDE ACCOUNTABILITY/ASSESSMENT SYSTEM (continued)**

Student Name A_____ G___ D_____         Page 26 of 35
Student ID Number ____ 1109         Date 04/24/2019

## PARTICIPATION IN STATEWIDE ASSESSMENTS

| Test | Assessment Type* (SOL, VAAP) | Accommodations** | If yes, list accommodation(s) |
|---|---|---|---|
| SOL - Grade 4 Reading | ☑ Not Participating | ☐ Yes ☑ No | |
| | **Explain why the assessment is not appropriate for the student** The student demonstrates significant cognitive disabilities. The student's present level of performance indicate the need for extensive, direct instruction and/or intervention in a curriculum based on Aligned Standards of Learning. **How will the student be assessed in the area** VAAP **Explain the impact of non-participation in the assessment on the course, promotion, or graduation options for the student** The student will have the option to earn a certificate of completion. | | |
| SOL - Grade 4 Math | ☑ Not Participating | ☐ Yes ☑ No | |
| | **Explain why the assessment is not appropriate for the student** The student demonstrates significant cognitive disabilities. The student's present level of performance indicate the need for extensive, direct instruction and/or intervention in a curriculum based on Aligned Standards of Learning. **How will the student be assessed in the area** VAAP **Explain the impact of non-participation in the assessment on the course, promotion, or graduation options for the student** The student will have the option to earn a certificate of completion. | | |
| SOL - Virginia Studies | ☑ Not Participating | ☐ Yes ☑ No | |
| | **Explain why the assessment is not appropriate for the student** | | |

Alexandria City Public Schools
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**PARTICIPATION IN THE STATE AND DIVISIONWIDE ACCOUNTABILITY/ASSESSMENT SYSTEM (continued)**

Student Name A____ G____ D_____                                        Page 27 of 35
Student ID Number _____ 1109                                        Date 04/24/2019

| | | | |
|---|---|---|---|
| | The student demonstrates significant cognitive disabilities. The student's present level of performance indicate the need for extensive, direct instruction and/or intervention in a curriculum based on Aligned Standards of Learning. **How will the student be assessed in the area** VAAP **Explain the impact of non-participation in the assessment on the course, promotion, or graduation options for the student** The student will have the option to earn a certificate of completion. | | |
| ASOL VAAP - Grade 4 Reading | ☑ Participating | ☑ Yes ☐ No | 4. Visual Aids, 10. Read-Aloud Test, 19. Math Aids, 22. Augmentative Communication Device, 31. Flexible Schedule, 32. Setting |
| ASOL VAAP - Grade 4 Mathematics | ☑ Participating | ☑ Yes ☐ No | 4. Visual Aids, 10. Read-Aloud Test, 19. Math Aids, 22. Augmentative Communication Device, 31. Flexible Schedule, 32. Setting |
| ASOL VAAP - Grade 4 Social Studies | ☑ Participating | ☑ Yes ☐ No | 4. Visual Aids, 10. Read-Aloud Test, 19. Math Aids, 22. Augmentative Communication Device, 31. Flexible Schedule, 32. Setting |

\* Students with disabilities are expected to participate in all content area assessments that are available to students without disabilities. The IEP Team determines how the student will participate in the accountability system.
\*\* Accommodation(s) must be based upon those the student generally uses during classroom instruction and assessment, including assistive technology and/or accessible materials. For the accommodations that may be considered, refer to VDOE's *Students with Disabilities: Guidelines for Assessment Participation* for guidance.

☐ **Divisionwide Assessment (list):**
_____
_____
_____
_____

**EXPLANATION FOR NON-PARTICIPATION IN REGULAR STATE OR DIVISION-WIDE ASSESSMENTS**
If an IEP team determines that a student must take an alternate assessment instead of a regular state or division-wide assessment, explain in the space below why the student cannot participate in this regular assessment; why the particular assessment selected is appropriate for the student, including that the student meets the criteria for the alternate assessment; and how the student's nonparticipation in the regular assessment will impact the child's promotion, graduation with a modified standard, standard, or advanced studies diploma; or other matters. Refer to the VDOE's *Students with Disabilities: Guidelines for Assessment Participation* for guidance.

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**PARTICIPATION IN THE STATE AND DIVISIONWIDE ACCOUNTABILITY/ASSESSMENT SYSTEM (continued)**

| | |
|---|---|
| Student Name A█████ G███ D███████ █ | Page 28 of 35 |
| Student ID Number █████ 1109 | Date 04/24/2019 |

☑ Alternate/Alternative Assessments Participation Criteria is attached or maintained in the student's educational record

The student demonstrates significant cognitive disabilities. The student's present level of performance indicate the need for extensive, direct instruction and/or intervention in a curriculum based on Aligned Standards of Learning.

**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued**

| | |
|---|---|
| Student Name A█ G█ D██████ █ | Page 29 of 35 |
| Student ID Number ████ 1109 | Date 04/24/2019 |

**Least Restrictive Environment (LRE)**

When discussing the least restrictive environment and placement options, the following must be considered:
· To the maximum extent appropriate, the student is educated with children without disabilities.
· Special classes, separate schooling or other removal of the student from the regular educational environment occurs only when the nature or severity of the disability is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily.
· The student's placement should be as close as possible to the child's home and unless the IEP of the student with a disability requires some other arrangement, the student is educated in the school that he or she would attend if he or she did not have a disability.
· In selecting the LRE, consideration is given to any potential harmful effect on the student or on the quality of services that he/she needs.
· The student with a disability shall be served in a program with age-appropriate peers unless it can be shown that for a particular student with a disability, the alternative placement is appropriate as documented by the IEP.

**Free Appropriate Public Education (FAPE)**

When discussing FAPE for this student, it is important for the IEP team to remember that FAPE may include, as appropriate:

| | |
|---|---|
| · Educational Programs and Services | · Nonacademic and Extracurricular Services and Activities |
| · Proper Functioning of Hearing Aids | · Physical Education |
| · Assistive Technology and/or accessible materials | · Extended School Year Services (ESY) |
| · Transportation | · Length of School Day |

**SERVICES:**
Identify the service(s), including frequency, duration and location that will be provided to or on behalf of the student in order for the student to receive a free appropriate public education. These services are the special education services and as necessary, the related services, supplementary aids and services based on peer-reviewed research to the extent practicable, assistive technology and/or accessible materials, supports for personnel*, accommodations and/or modifications* and extended school year services* the student will receive that will address area(s) of need as identified by the IEP team. Address any needed transportation and physical education services including accommodations and/or modifications. * These services are listed on the "Accommodations/Modifications" page and "Extended School Year Services" page, as needed.

| **Transportation Needs** : | Special Transportation | Two way |
|---|---|---|

| Special Education Services(s) | Frequency | **School/location Instructional Setting (classroom) | Duration m/d/y to m/d/y |
|---|---|---|---|
| English/ Language Arts Instruction | 75 minute(s) per day | Special Education Setting | 04/25/2019 to 04/24/2020 |
| Mathematics Instruction | 60 minute(s) per day | Special Education Setting | 04/25/2019 to 04/24/2020 |
| Behavior Management Instruction | 20 minute(s) per day | Special Education Setting | 04/25/2019 to 04/24/2020 |
| Behavior Support | 115 minute(s) per day | General Education Setting | 04/25/2019 to 04/24/2020 |

Alexandria City Public Schools
1340 Braddock Place, Alexandria, VA 22314
INDIVIDUALIZED EDUCATION PROGRAM (IEP)
SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued

Student Name A███ G█ D████████                                          Page 30 of 35
Student ID Number ████ 1109                              Date 04/24/2019

| Social Skills Instruction | 20 minute(s) per day | Special Education Setting | 04/25/2019 to 04/24/2020 |
|---|---|---|---|

| Related Services(s) | Frequency | **School/location Instructional Setting (classroom) | Duration m/d/y to m/d/y |
|---|---|---|---|
| Occupational Therapy. | 120.00 minute(s) per month | Special Education Setting | 04/25/2019 to 04/24/2020 |
| Speech/Language Therapy. | 360.00 minute(s) per month | Special Education Setting | 04/25/2019 to 04/24/2020 |

Services will be delivered on school days as indicated by a school division's calendar and exclude holidays, inclement weather closings, and summer closings unless the student qualifies for Extended School Year (ESY) services.

Extended School Year Services (ESY): (see attached summary sheet as a means to document discussion)
☑ The IEP team determined that the student needs ESY services.
☐ The IEP team determined that the student does not need ESY services.
☐ The IEP team will determine and/or address ESY services at a later date.  Addressed by date:
Explain: Based on current performance and review of data, A████'s performance will be jeopardized by the lack of services beyond the normal school term.

**ESY Goals:**
Given assistive technology and strategies, A████ G█ D████████ will initiate communication for a variety of communicative functions, e.g., request, protest, social, give/get information with a mastery criteria of 3 times a session by 04/24/2020.
Given a list of sight words A████ G█ D████████ will read 40 common high frequency words with with 80% accuracy by 04/24/2020.
Given an instructional texts and visuals A████ G█ D████████ will determine the sequence of events from a story with an accuracy of 4 out of 5 opportunities documented quarterly across 4 stories by 04/24/2020.
Given manipulatives and a mathematical sentence stem A████ G█ D████████ will subtract single digit numbers with with 80% accuracy by 04/24/2020.
Given a visual timer and in task work schedule A████ G█ D████████ will increase his flexibility by stopping an incomplete work task and transition to the next task on his schedule within 2 minutes of hearing the timer. with an accuracy of 4 out of 5 opportunities documented quarterly by 04/24/2020.
Given access to typing club.com program and A████ G█ D████████ will copy a 4 sentence paragraph using bilateral hands with 90% accuracy seen 4/5times quarterly by 04/24/2020.

**ESY Accommodations:**
Adaptive - Use of augmentative communication device/communication board
Adaptive - Use of visual aids
Behaviorally Related - Use of a reinforcement schedule
General - Allow additional wait time for student response
General - Materials read orally
General - Use of visual cues
Grading Modifications - Grading based on Aligned Standards of Learning
Testing Accommodations - Math aids
Testing Accommodations - Read Aloud - All tests except reading

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued**

| | | | |
|---|---|---|---|
| Student Name A██ G██ D█████ █ | | | Page 31 of 35 |
| Student ID Number ███ 1109 | | Date 04/24/2019 | |

**ESY Services:**

| ESY Service(s) | Frequency | **School/location Instructional Setting (classroom) | Duration m/d/y to m/d/y |
|---|---|---|---|
| Behavior Management Instruction | 3 hour(s) per week | Special Education Setting | 07/08/2019 to 08/02/2019 |
| Social Skills Instruction | 3 hour(s) per week | Special Education Setting | 07/08/2019 to 08/02/2019 |
| English/ Language Arts Instruction | 3 hour(s) per week | Special Education Setting | 07/08/2019 to 08/02/2019 |
| Mathematics Instruction | 3 hour(s) per week | Special Education Setting | 07/08/2019 to 08/02/2019 |
| Occupational Therapy. | 15 minute(s) per week | Special Education Setting | 07/08/2019 to 08/02/2019 |
| Speech/Language Therapy. | 30 minute(s) per week | Special Education Setting | 07/08/2019 to 08/02/2019 |

Alexandria City Public Schools
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**SERVICES - LEAST RESTRICTIVE ENVIRONMENT - PLACEMENT, Continued**

| | |
|---|---|
| Student Name A█████ G█ D████████ █ | Page 32 of 35 |
| Student ID Number ████ 1109 | Date 04/24/2019 |

### PLACEMENT

No single model for the delivery of services to any population or category of children with disabilities is acceptable for meeting the requirement for a continuum of alternative placements. All placement decisions shall be based on the individual needs of each student. The team may consider placement options in conjunction with discussing any needed supplementary aids and services, accommodations/modifications, assistive technology and/or accessible materials, and supports for school personnel. In considering the placement continuum options, check those the team discussed.Then, describe the placement selected in the **PLACEMENT DECISION** section below. Determination of the Least Restrictive Environment (LRE) and placement may be one or a combination of options along the continuum.

**PLACEMENT CONTINUUM OPTIONS CONSIDERED: (check all that have been considered):**

- [x] Public Day School
- [ ] Public Separate School
- [ ] Private Day School
- [ ] Public Residential School
- [ ] Private Residential School
- [ ] Homebound Placement (Instruction provided to students who are confined at home or in a health care facility)
- [ ] Home-based (Services are delivered in the home setting or other agreed upon setting in accordance with IEP)
- [ ] Hospital Program
- [ ] Other

Based upon identified services and the consideration of least restrictive environment (LRE) and placement continuum options, describe in the space below the placement. Additionally, summarize the discussions and decision around LRE and placement. This must include an explanation of why the student **will** not be participating with students without disabilities in the general education class(es), programs, and activities. Attach additional pages as needed.

**Explanation of Placement Decision:**
Public Day School
A█████ has the opportunity to participate with typically developing peers. He participates in morning meeting, breakfast, lunch, recess, gym, library, art and music with same age peers. He also has the opportunity to participate in clubs and other after school extra curricular activities.

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**PRIOR NOTICE AND PARENT CONSENT**

| Student Name A█████ G█ D██████ █ | Page 33 of 35 |
|---|---|
| Student ID Number █████ 1109 ███████ | Date 04/24/2019 |

### PRIOR NOTICE

 The school division proposes to implement this IEP. This proposed IEP will allow the student to receive a free appropriate public education in the least restrictive environment. This decision is based upon a review of current records, current assessments and the student's performance as documented in the Present Level of Academic Achievement and Functional Performance. Other options considered, if any, and the reason(s) for rejection are attached, or can be found in the Placement Decision section of this IEP. Additionally, other factors, if any that are relevant to this proposal are attached. Parent and adult student rights are explained in the Procedural Safeguards. If you, the parent(s) and adult student, need another copy of the Procedural Safeguards or need assistance in understanding this information please contact at or  e-mail

or at or  e-mail .

_____    Parent(s) initials here indicate that the parent(s) has read the above prior notice and attachments, if any, before giving permission to implement this IEP.

**PARENT/ADULT STUDENT CONSENT: Indicate your response by checking the appropriate space and sign below.**

____    I <u>give</u> permission to implement this IEP.

____    I <u>do not give</u> permission to implement this IEP.

_____      _____
Parent Signature                                                                                                      Date

**TRANSFER OF RIGHTS AT THE AGE OF MAJORITY (age 18):**

| Indicate the date that the student and parent were informed of the transfer of parental rights under IDEA to the adult student at the age of 18. This must occur at least one year prior to the age of 18. |
|---|
| _____          _____ <br> Date                                  School Official Signature |
| I was informed of the parental rights under IDEA that transfer to my Child at age 18. |
| _____          _____ <br> Date                                  Student Signature |
| I was informed of then parental rights under IDEA that transfer to my child at age 18. |
| _____          _____ <br> Date                                  Parental Signature |

Alexandria City Public Schools
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**PRIOR WRITTEN NOTICE**

Student Name A████ G█ D████████                     Page 34 of 35

Student ID Number  ████1109                     Date 04/24/2019

---

Describe the action that the school division proposes or refuses to take: (Required upon graduation with a standard or advanced diploma)

ACPS proposed goals, accommodations and special education services in the areas of English Language Arts (to include reading and writing), Math, Social Skills and Behavior Management. ACPS proposed special education services in the special education setting to include: Behavior management for 20 min/day, English Language Arts form 75 min/day, math for 60 minutes/day, and Social Skills for 20 min/day. ACPS proposed special education services in the general education setting to include: Behavior skills 115 minutes/day . A████ D███████ continues to require special education services to be provided in a citywide program for students with autism

ACPS also proposed the related service of speech 360 min/month and occupational therapy 120 min/month in the special education setting.

ACPS proposed extended school year services in order for A████ to receive FAPE. The proposal includes 3 hours of english language arts, 3 hours of math, 3 hours of behavior management and 3 hours of social skills per week for 4 weeks.  Aditionally, ACPS proposed 30 minutes of speech and language services and 15 minutes of occupational therapy per week for the 4 week session.

Explanation of why the school division is proposing or refusing to take action:

A████ D███████ has deficits in English language arts, math, and social skills that impact his ability to progress in the general education curriculum without special education supports and services. A████ D███████ requires a small group environment that can address his needs. A████ D███████ requires related services of speech language therapy and occupational therapy in order to address deficits in these areas.

Documentation and observation indicate that during extended breaks in instruction the student regresses in english language arts and math skills and does not recoup these skills within a 6-9 week period of time.

Description of each evaluation procedure, assessment, record or report the school division used in deciding to propose or refuse the action:

The IEP team used a variety of assessment information, formal and informal, to make these decisions including: Fountas and Pinnell, EQUALS,  Re-evaluation reporting and , teacher observations and parental input.

Progress monitoring data based on analysis of goal progress between the end of one school year and the fall of the next school year and other extended school breaks, parent input.

Description of any other choices that the Individualized Education Program (IEP) team considered and the reasons why those choices were rejected:

No other options were considered or rejected

Description of other reasons or other factors relevant as to why the school division proposed or refused the action:

The special education teacher, or the general education teacher in collaboration with the special education teacher, shall provide all direct instruction, as indicated in the IEP. The special education paraprofessional may provide practice, reinforcement and other support, under the supervision of the special education teacher.

Resources for the parent to contact for help in understanding the Individuals with Disabilities Education Act (IDEA) and the related federal and Virginia Regulations:

**Alexandria City Public Schools**
**1340 Braddock Place, Alexandria, VA 22314**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**
**PRIOR WRITTEN NOTICE**

Student Name A███ G██ D████████                                          Page 35 of 35

Student ID Number ████1109                        Date 04/24/2019

The special education teacher, or the general education teacher in collaboration with the special education teacher, shall provide all direct instruction, as indicated in the IEP. The special education paraprofessional may provide practice, reinforcement and other support, under the supervision of the special education teacher.

For assistance in understanding the IDEA and related regulations, contact the ACPS Parent Resource Center (PRC) at 703-824-0129

If this notice is not the initial referral for evaluation, document when the parent was provided a copy of the procedural safeguards and how a copy maybe obtained, if the parent requests an additional copy:

The parent may request an additional copy of procedural safeguards from the student's case manager or school administrator.