# EXHIBIT 5
## J.T. IEP – VIRGINIA BEACH CITY PUBLIC SCHOOLS

**Virginia Beach City Public Schools**

# Individualized Education Program



**Phone:**
**Fax:**

**DRAFT**

| | | | |
|---|---|---|---|
| Student Name: T_____, J_____ | Home Phone: | | Date: **05/01/2020** |
| Date Of Birth: ____ 2008 | Home Address: | | |
| Student No.: ____ 1211 | | **VIRGINIA BEACH, VA 23462** | |

| Age | Gender | Grade | Home School | Attending School |
|---|---|---|---|---|
| 11 | Female | 05 | **Pembroke Elementary School** | **Pembroke Elementary School** |
| Ethnicity | | Primary Language - Date Determined | | Home Language - Date Determined |
| **CAUCASIAN** | | | | **ENGLISH** |

**Parent/Guardian**

| Name | Cell | Name | Home Phone |
|---|---|---|---|
| **JOLEEN BOOTH** | | | |
| Address | Work Phone | Address | Work Phone |
| **VIRGINIA BEACH, VA 23462** | Emergency Phone | | Emergency Phone |

IEP Review Due Date :  **04/30/2021**     Re-evaluation Due Date:   05/30/2020

Interpreter Needed:  ☐ Y    ☑ N

The student and parents have been informed of his/her rights under IDEA.  These rights will transfer from the parents to the student at age 18.
Parent Initial_____    Student Initial _____.

**Members of the IEP Team**

**The following were in attendance:**

| **Names** | **Position** | **Signature** | **Date** |
|---|---|---|---|

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T███, J███ | ██/2008 | ██1211 | 05/01/2020 |

## PERTINENT MEDICAL INFORMATION

Medical limitations, health plans, and/or nursing services

J███ has a traumatic brain injury (TBI), cerebral palsy as a result of her TBI, cortical vision impairment, and a speech disability. J███ has a history of seizures but has not had one since 2011. J███ has a g-tube and receives her main nutrients for the day via g-tube. She currently receives breakfast and lunch at school via g-tube.
J███ has AFO's for her feet/legs and splints for her wrists and left elbow.
Nursing care services as prescribed by the physician with medication/supplies as provided by the parent. Nurse has been consulted.

Student receives nursing services at school?                     ☑Y   ☐N

## SUMMARY OF PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

**STANDARDIZED TESTING**

**Summary of Test History**

J███ has not participated in VAAP during her time with VBCPS. Her mother would like to exempt her from participating in VAAP for the 2020-2021 school year.

**Summary of Current Assessments**

Results of the initial or most recent evaluation of the student; J███'s eligibility committee that convened on Wednesday, May 31, 2017 determined that she is a student with multiple disabilities (traumatic brain injury and intellectual disability), a visual impairment, and a tertiary speech language impairment. Summary of Current Assessments Classroom evaluations: J███ participates in the Unique Learning System (ULS) Curriculum. Each month, she is exposed to monthly lessons that have a unit focus. Pre- and post-tests are based on lesson content. The pre-test is given at the beginning of the month and a post-test at the end of the month. J███ routinely scores better on her post-tests, with the lowest percentage difference being 17% and the highest percentage difference being 58%. J███ is also given ULS benchmark tests. J███ needs to continue to improve her skills handling school tools. She would also benefit from learning different body parts and learning to make choices regarding her positioning. J███ would also benefit from instruction in early literacy skills. J███ is a 8 year old third grader attending the LAUREL Regional Program. J███ is as a student identified with a Traumatic Brain Injury and secondary visual impairment with related speech language, physical therapy and occupational therapy services. Based on the CVI Range assessment, J███'s range was 6.25 out of a possible 10. This represents Phase II (range 3 to 7). Students use vision for functional tasks. The goal in Phase II is integrating vision with function. Students in Phase II tend to demonstrate more consistent eye-to- object contact with objects of their favorite color and begin to look at objects with one to two additional colors and simple patterns. They also typically improve in their ability to maintain visual contact with people and objects even while there are low levels of familiar background sounds present or they are using the sense of touch while looking (Functional Vision Assessment, 2017).

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T█████, J█████ | ██/2008 | ███1211 | 05/01/2020 |

## SUMMARY OF PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

**Strengths of Student (Academic, Behavioral, Learning Characteristics)**

Academic: J█ enjoys school and various activities done in her classroom. J█ enjoys and is attentive to activities on the interactive whiteboard, touch screen computer, and school-issued tablets. She will participate in all lessons but is more active and attentive in lessons that involve music and dancing. J█ is able to make choices out of a field of 4 picture cards to answer academic questions, although at times she will favor her right side to make a choice. When presenting choices to J█, she requires prompting to 'look' at the choices before reaching out and touching. She will reach out and touch an answer without looking and laugh if prompting is not given. She will sometimes verbalize answers to questions after her teacher or staff members have said them. She is able to verbalize different animal noises when asked what that animal says. J█ will participate in Language Arts/story time by looking at pictures and/or touching when verbally prompted. She is able to answer various 'WH' questions and sequence a familiar story with picture answer cards. J█ can activate various switches throughout the classroom, and can independently use an adaptive switch to participate in computer activities. She is currently working on using a classroom multi cell device to answer academic questions with only verbal prompting. She enjoys activities that she can manipulate and explore with her senses. J█ is able to pick out letters and can identify different body parts when given concrete objects or pictures. She is able to identify numbers 1-31 and is currently working on counting in sequential order. J█ is able to make a prediction on what might happen for a science experiment when given picture answer cards to choose from. She is able to analyze a graph of the predictions with assistance and answer questions about it. J█ is able to pick out her name when given a choice of two names, and she is able to pick out her picture from a field of two or more. J█ is also able to identify various peers and staff members that she interacts with on a daily basis. J█ is able to hold on to various marking utensils for periods of time (length of time depends on her mood), and only needs assistance at the wrist or forearm to mark her answer choices. J█ currently participates in a PBIS classroom environment. The teacher uses positive reinforcements on J█ to help aid in positive behavior (i.e. not screaming). The teacher will provide positive supports for J█ when these behaviors happen, i.e. playing her favorite song, letting her play with toys (Teacher observation, 2020).

Sensory: Vision: J█ is diagnosed with Cortical Visual Impairment (CVI). J█ can attend to all colors but has been observed looking at the color red for the longest period of time. J█ will attend to both stationary and moving objects but seems to attend more when objects are moving or lit. J█ will look at items of interest, moving, and illuminated with more consistency, less of a delay response, and prompting than non-preferred items. J█ looked and made a choice when items were presented in the right and left fields. J█ reached for items of interest or choice in her left and right field and crossed midline cross midline when needed. She will blink when the bridge of her nose is touched and when a target is moving closer to her. She will attend to new and familiar objects. She will look and reach and touch items of interest (Functional Vision Assessment, 2020). J█'s visual behavior includes looking at an object, looking away, and then looking back at the objects. Her eye will also look up at lights and will look at an object briefly before eyes rolling back up. J█ does best when items are paired with lights, high contrast, moving, or with shiny objects to capture her visual attention Teacher for the Vision Impaired, 2020).

Life Skills: J█ relies on staff and caregivers for her daily needs. She requires help transitioning and toileting. When placed in an adaptive seat strapped into a rocking chair, J█ can use her feet to rock herself to self-sooth if she gets upset. J█ is able to open her mouth for different snacks as long as they have been cut into very fine pieces or if a pasty snack (i.e. frosting, applesauce) is placed on her lip. She will try different foods depending on her mood and will make different faces to show her likes or dislikes. J█ can grasp on to various objects to play with or complete classwork. (Teacher observation, 2020). J█ typically communicates her basic wants/needs by using facial expressions, vocalizations, laughing/crying, some word approximations, eye gaze, and reaching to request an item or activity. She enjoys interacting with others and readily participates in instructional activities. J█ benefits from access to her core words communication book/picture cards and high-contrast materials as well as multi-sensory items to facilitate language comprehension and expression (Speech Input, 2020).

Adaptive Skills: J█ is able to hold onto marking utensils/school tools with various levels of assistance. Depending on her mood depends on the level of assistance given for holding tools. J█ prefers to hold tools that will benefit her, i.e. an adaptive tool to activate the school issued tablets. Even though J█ uses a g-tube for most of her daily nutrition, she will participate in snack time by eating crunchy foods by mouth. Foods must be cut/broken into very fine pieces before being placed in her mouth. She is able to vocalize her emotions to staff by yelling or laughing/smiling. She is able to say various words to communicate her wants/needs as well. She is currently working on adding more core words into her vocabulary to add to her communication. She is able to pick out various core words J█ can independently play with various toys that are attached or placed on her work station or tray (Teacher observation, 2020).

Motor Skills: J█ uses her right upper extremity to interact with her environment. She uses a finger raking grasp to interact with various IPAD applications. She enjoys using her right upper extremity to hit a musical ball to make music. She is able to cross midline with her right upper extremity to reach for auditory and visual toys. She is able to access switches. J█ will stabilize a container using her left upper extremity with verbal cues to hold it tight. She will hold an adapted tool in her right hand for approximately 5-7 seconds, then intentionally lifts her right arm to drop the tool. She tolerates various textures with both hands without hesitation. She enjoys making various animal noises such as a pig, owl and rabbit. J█ is able to isolate her pointer finger on her right hand to form a hook grasp (OT Input, 4/2019) J█ requires maximum assistance to maintain a floor sit position (modified ring sitting). She is able to maintain standing for at least 10 seconds with maximal assistance and support at her upper trunk. J█ regularly uses a supine stander (positioned near vertical) for prolonged supported standing during classroom activities (PT Input, 4/2019). J█ currently uses her personal stander at school that has straps and a tray. She has been working on sitting up with and without staff assistance (Teacher observation, 2020).

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T█████, J█████ | ██/2008 | █1211 | 05/01/2020 |

Social Skills: J█████ is a social butterfly and enjoys being around her staff and peers. She is able to say 'morning', 'go', 'oh no', 'stop', 'Ana', 'Mama', 'Dada', 'Ro', 'Bubba', 'ugh', 'Deedee', 'hug', 'help', 'more'. J█████ will reach out and place her hand on a peer or staff to interact. She will also interact by smiling, laughing, blowing kisses, and making bubble noises. J█████ will scowl or vocalize when she is upset or does not like a specific person. J█████ enjoys singing and will sing with her peers and staff. At times, J█████ will get upset and will need assistance with self soothing, she enjoys being sung to and held (out of her chair) to help calm down. At times if she cannot self sooth and gets upset, she can make herself sick. J█████ can occasionally self sooth with verbal prompting and preferred activities such as, 'J██, you are okay' 'J██ you have to calm yourself down', or by playing her favorite songs on youtube for her to watch/sing. J█████ sometimes gets anxious around new people and can take awhile to warm up to people/staff/peers (Teacher observation, 2020).

Pre-Vocational/Vocational/Transition to Adulthood: J█████ currently depends on caregivers and staff for all of her daily, personal, and transitional needs. She requires assistance transitioning to and from school as well as throughout the building. J█████ prefers activities with music and/or light. J█████ participates best in familiar settings with familiar people, and appears to enjoy coming to school by her happy vocalizations and smiles (Teacher observation, 2020).

**Needs as They Affect Learning**

Academic: J█████ requires sensory breaks throughout her school day, not to exceed 20 minutes, J█████ is able to grasp on to adaptive marking utensils, however is still struggling with using only assistance at the wrist or forearm to complete the activity. J█████ requires read aloud, examiner record, enlarged print, picture answer choices, extra time to respond, high contrast background, and reduced answer choices for all assessments, assignments, and materials.

J█████ requires adaptive seating with seatbelt (pelvic supports), tray, and wheels. J█████ requires adaptive standing equipment with pelvic supports and tray.

J█████ requires a lift and extra attendant on the bus.

J█████ requires access and use of a floor mat and changing table.

J█████ needs to demonstrate more consistent and independent use of supports for a variety of communication purposes (i.e. request items/activities, comment, answer questions and make choices) to participate and communicate functionally during instructional and daily living activities.

**Effect of disability on Progress in the General Curriculum and Needs of Student to Access the General Curriculum**

Due to J█████'s significant disabilities, she does not participate in the general education curriculum. J█████'s educational needs continue to require instruction in all academic and functional areas. This program is not offered in the general curriculum. Based on her need for goals and objectives offered in a functional curriculum and her dependence on caregivers, her needs continue to be best met in a self-contained, level 2 (50% or more) classroom servicing level 3 (FAF - Functional Academic Foundations) students with intellectual disabilities.

**Parent Input for Enhancing Child's Education**

Ms. Booth has been pleased with J█████'s progress during this IEP. Ms.Booth would not like for J█████ to participate in VAAP for the 2020-2021 school year.

**Performance in General Education**

**Additional Information:**


**Progress on IEP Goals:**

J█████ has made progress on all of her goals and has mastered some of them:

1)      By 5/2/2020, after an object is presented to her and a verbal prompt is given, J█████ with pick up and release in a desired spot in 8 out of 10 opportunities in a 9 week period, as measured by a teacher made data sheet.
- MASTERED at 7 out of 10 opportunities
***Due to mandated school closure on 3/13/2020

2)      By 5/2/2020 after using assistance to sit up, J█████ will maintain an upright position for 5 seconds without assistance in 8 out of 10 opportunities in a 9 week period, as measured by a teacher made data sheet.
- NOT MASTERED at 3 seconds in 8 out of 10 opportunities
***This goal will be continued onto the new IEP

3) By 5/2/2020, after being asked a question, J█████ will use her communication system to answer the question in 8 out of 10 opportunities in a 9 week period as measured by a teacher made data sheet.
- NOT MASTERED at 7 out of 10 opportunities
***This goal will be continued onto the new IEP

4) By 5/2/2020 after being presented with different pictures/objects, J█████ will look at the picture or object for 5 seconds in 8 out of 10 opportunities n a 9 week period as measured by a teacher made data sheet.
- MASTERED at 5 seconds in 8 out of 10 opportunities

5) By 5/2/2020 after being presented with items of various textures, J█████ will look and explore the different textures with various levels of assistance, in 8 out of 10 opportunities in a 9 week period, as measured by a teacher made data sheet,
- MASTERED at 8 out of 10 opportunities

6) By 5/2/2020 after a marking utensil is presented to her (i.e. bingo dobber, marker), J█████ will complete her paper classwork with assistance at the forearm or elbow in 8 out of 10 opportunities in a 9 week period as measured by a teacher made data sheet.
- NOT MASTERED at 6 out of 10 opportunities
***This goal will be continued on the new IEP.

## SPECIAL CONSIDERATIONS

### Communication

The team considered the student's needs for other communication services, supports and goals and determined that they are necessary.

Due to her disabilities, J̄̄̄̄ exhibits global delays and deficits resulting in impaired receptive and expressive communication skills.

### Benchmarks/Short Term Objectives

The team considered the need for benchmarks/short term objectives and determined that the student is in need of benchmarks/short term objectives.

Due to J̄̄̄̄'s disabilities, she requires benchmarks to achieve her goals and objectives.

### Assistive Technology

The team considered the student's need for Assistive Technology and determined that it is necessary.

large print material
Picture answer cards
Core words cards/charts/boards

### Behavioral Needs

The team considered the student's need for positive behavioral interventions, supports and strategies to address behaviors that impede learning of self or others and determined that these are not necessary.

### Student with Limited English Proficiency

In the case of a student with limited English proficiency, consider the language needs of the student as those needs relate to the student's IEP. It has been determined that this student is not an English Language Learner.

### Blind/Visually Impaired

In the case of a student who is blind or is visually impaired, provide for instruction in Braille and the use of Braille unless the IEP team determines after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media, including an evaluation of the student's future needs for instruction in Braille or the use of Braille, that instruction in Braille or the use of Braille is not appropriate for the student. When considering that Braille is not appropriate for the child the IEP team may use the Functional Vision and Learning Media Assessment for Students who are Pre-Academic or Academic and Visually Impaired in Grades K-12 (FVLMA) or similar instrument. The team considered if the student has a visual impairment that requires Braille services in order to function at a level consistent with expected achievement and determined that services are not needed.

### Deaf/Hearing Impaired

In the case of a student who is deaf or hard of hearing, consider the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode. The IEP team may use the Virginia Communication Plan when considering the student's language and communication needs and supports that may be needed. The team considered if the student has communication needs that require educational communication in an alternate mode preferred by the student and determined that is not necessary.

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T████, J████ | ██/2008 | ████1211 | 05/01/2020 |

## ANNUAL GOALS AND BENCHMARKS OR SHORT TERM OBJECTIVES

**Progress Report Frequency**

Progress reports on goals will be sent home in accordance with the grading periods.

**Annual Goal(s)**

**Category: LIFE/ADAPTIVE SKILLS**

Description

**By 5/1/2021 after using assistance to sit up, J████ will maintain an upright position for 10 seconds without assistance in 8 out of 10 opportunities in a 9 week period, as measured by a teacher made data sheet.**

| Pre score date | 03/13/2020 |
|---|---|
| Pre-score | 3 seconds in 8 out of 10 opportunities<br>***Due to mandated school closure on 3/13/2020<br>Goal is continued from previous IEP |

By 11/15/2020 after using assistance to sit up, J████ will maintain an upright position for 5 seconds without assistance in 8 out of 10 opportunities in a 9 week period, as measured by a teacher made data sheet.   By Date: 11/15/2020

By 2/5/2021 after using assistance to sit up, J████ will maintain an upright position for 7 seconds without assistance in 8 out of 10 opportunities in a 9 week period, as measured by a teacher made data sheet.   By Date: 02/05/2021

Description

**By 5/1/2021 after a marking utensil is presented to her (i.e. bingo dobber, marker), J████ will complete her paper classwork with assistance at the forearm or elbow in 10 out of 10 opportunities in a 9 week period as measured by a teacher made data sheet.**

| Pre score date | 03/13/2020 |
|---|---|
| Pre-score | 6 out of 10 opportunities<br>***Due to mandated school closure on 3/13/2020<br>Goal is continued from previous IEP |

By 11/15/2020 after a marking utensil is presented to her (i.e. bingo dobber, marker), J████ will complete her paper classwork with assistance at the forearm or elbow in 6 out of 10 opportunities in a 9 week period as measured by a teacher made data sheet.   By Date: 11/15/2020

By 2/5/2021 after a marking utensil is presented to her (i.e. bingo dobber, marker), J████ will complete her paper classwork with assistance at the forearm or elbow in 8 out of 10 opportunities in a 9 week period as measured by a teacher made data sheet.   By Date: 02/05/2021

Description

**By 5/1/2021, With the use of communication supports, J████ will independently use total communication (i.e. word approximations, vocalizations, yes/no head nods, eye gaze, facial expressions, core word communication boards, etc.) for a variety of communicative functions (request items/activities, comment, answer questions and make choices) in 70% of opportunities provided over 5 consecutive days as measured by a teacher made data sheet.*supported by speech services**

| Pre score date | 04/20/2020 |
|---|---|
| Pre-score | No prescore data has been able to be collected at this time due to the mandated school closure on 3/13/2020 |

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T████, J████ | ██/2008 | ██1211 | 05/01/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-5   Filed 10/12/21   Page 9 of 15   Pageid#: 207

By 11/15/2020, With the use of communication supports, J████ will independently use total communication (i.e. word approximations, vocalizations, yes/no head nods, eye gaze, facial expressions, core word communication boards, etc.) for a variety of communicative functions (request items/activities, comment, answer questions and make choices) in 30% of opportunities provided over 5 consecutive days as measured by a teacher made data sheet.*supported by speech services    By Date: 11/15/2020

By 2/5/2021, With the use of communication supports, J████ will independently use total communication (i.e. word approximations, vocalizations, yes/no head nods, eye gaze, facial expressions, core word communication boards, etc.) for a variety of communicative functions (request items/activities, comment, answer questions and make choices) in 50% of opportunities provided over 5 consecutive days as measured by a teacher made data sheet.*supported by speech services    By Date: 02/05/2021

**Category: SPEECH/LANGUAGE SKILLS**

Description

**By 5/1/2021, after being asked a question, J████ will use her communication system to answer the question in 10 out of 10 opportunities in a 9 week period as measured by a teacher made data sheet.**

| Pre score date | 03/13/2020 |
|---|---|
| Pre-score | 7 out of 10 opportunities<br>***Due to mandated school closure on 3/13/2020<br>Goal is continued from previous IEP |

By 11/15/2020, after being asked a question, J████ will use her communication system to answer the question in 8 out of 10 opportunities in a 9 week period as measured by a teacher made data sheet.    By Date: 11/15/2020

By 2/5/2021, after being asked a question, J████ will use her communication system to answer the question in 9 out of 10 opportunities in a 9 week period as measured by a teacher made data sheet.    By Date: 02/05/2021

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T████, J████ | ████ 2008 | ████1211 | 05/01/2020 |

## STATEMENT OF SPECIAL EDUCATION/RELATED SERVICES

**Accommodations**

| Type | Accommodation / Accommodation Description | Location | Setting | Amount of Time / Frequency |
|---|---|---|---|---|
| General | Adaptive seating equipment with seat belt, tray, and wheels. | Public Day School | Special Education Classroom | Daily as needed |
| General | Adaptive Standing Equipment with pelvic support and tray | Public Day School | Special Education Classroom | Daily as needed not to exceed 1 hour |
| General | Access and use of changing table | Public Day School | Special Education Classroom | Daily as needed for all toileting needs |
| General | Access and use of floor mat | Public Day School | Special Education Classroom | Daily as needed for stretching, re-positioning, and sensory |
| General | Access and use of classroom core words cards, book, and chart | Public Day School | Special Education Classroom | Daily as needed to aid in communication |
| Testing | Large Print Material (18pt - 22pt) | Public Day School | Special Education Classroom | Daily as needed for all assessments, assignments, and materials. |
| General | High Contrast Background | Public Day School | Special Education Classroom | Daily as needed for all assessments, assignments, and materials. |
| Testing | Read Aloud | Public Day School | Special Education Classroom | Daily as needed for all assessments, assignments, and materials. |
| Testing | Extended Response/Wait Time (Not to exceed 2 minutes) | Public Day School | Special Education Classroom | Daily as needed for all assessments, assignments, and materials. |
| Testing | Examiner Record | Public Day School | Special Education Classroom | Daily as needed for all assessments, assignments, and materials. |
| Testing | Picture Answer Cards with or without print | Public Day School | Special Education Classroom | Daily as needed for all assessments, assignments, and materials. |
| Testing | Reduced answer choices | Public Day School | Special Education Classroom | Daily as needed for all assessments, assignments, and materials. |

**Services**

| Specially Designed Instruction | Location | Instructional Setting | Amount of Time | | | First Start Date | First End Date | Second Start Date | Second End Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | Minute | # of Times | Frequency | | | | |
| Special Education Services | Public Day School | Special Education Classroom | 265 | 5 | per week | 05/01/2020 | 06/12/2020 | 09/08/2020 | 04/30/2021 |
| Special Education Services | Public Day School | Special Education Classroom | 40 | 4 | per week | 06/29/2020 | 07/31/2020 | | |

| Name | | Date of Birth | Student Number | Document Date |
|---|---|---|---|---|
| T\_\_\_\_, J\_\_\_ | | 2008 | 1211 | 05/01/2020 |

| | Location | Instructional Setting | Minute | # of Times | Frequency | First Start Date | First End Date | Second Start Date | Second End Date |
|---|---|---|---|---|---|---|---|---|---|
| Visual Impairment | Public Day School | Special Education Classroom | 20 | 2 | every month | 05/01/2020 | 06/12/2020 | 09/08/2020 | 04/30/2021 |
| Speech/Language Therapy | Public Day School | Special Education Classroom | 20 | 2 | per week | 05/01/2020 | 06/12/2020 | 09/08/2020 | 04/30/2021 |

**Related Services**

The team considered the need for related services and determined that the student is in need of related services.

| Related Services | Location | Instructional Setting | Amount of Time | | | First Start Date | First End Date | Second Start Date | Second End Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | Minute | # of Times | Frequency | | | | |
| Occupational Therapy - Consultation | Public Day School | Special Education Classroom | 30 | 1 | every month | 05/01/2020 | 06/12/2020 | 09/08/2020 | 04/30/2021 |
| Physical Therapy - Consultation | Public Day School | Special Education Classroom | 15 | 1 | every quarter | 05/01/2020 | 06/12/2020 | 09/08/2020 | 04/30/2021 |

Scheduled IEP services, despite any statement in the IEP to the contrary, are not provided on, or made up for, days the school division is closed for any reason such as holidays, weather, or virtual learning, and IEP services may not be provided during adjusted school days.

**Transportation:**

☑ Y  ☐ N  Special education transportation will be provided as determined appropriate and feasible by the IEP team to address the student's specific needs for access to the program site and safety for all persons involved in the transportation.

**Student has significant needs in the areas of:**
- ☑ minimal communication skills
- ☑ significant distractibility
- ☑ adult to adult transfer

**Indicate vehicle adaptations:**
- ☑ wheelchair capabilities
- ☑ lift
- ☑ adult attendant care and supervision
- ☑ must be carried/lifted/guided onto bus and into seat, cannot manage boarding independently

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| T____, J____ | __/2008 | __1211 | 05/01/2020 |

Case 6:21-cv-00051-NKM-RSB   Document 1-5   Filed 10/12/21   Page 12 of 15   Pageid#: 210

## SUPPLEMENTARY AIDS AND SERVICES (ACCOMMODATIONS AND MODIFICATIONS)

**Supplemental aids and Services**

To be provided throughout the duration of this IEP unless otherwise noted. Services are provided based on peer reviewed research to the extent practicable.

## EXTENDED SCHOOL YEAR (ESY)

**The team considered the need for ESY**

The IEP Team concluded the Student requires Extended School Year Services based on reviewed data and VDOE criteria.

Student has received ESY services in the past   ☑ Yes   ☐ No

Describe the most recent services and what year(s) they were provided:

2017-2018

# TESTING

**Participation in the State Accountability/Assessment System**

**Yes  No**

- [✓] [ ] Discuss annually. Will the student be at a grade level for which the student is eligible to participate in a state or division-wide assessment? If yes, continue to next question.

- [✓] [ ] Based on the present level, is the student being considered for participation in an alternate or alternative assessment?

- [✓] [ ] Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Alternate Assessment Program (VAAP), which is based on Aligned Standards of Learning? If yes, complete the "VAAP Participation Criteria".

- [✓] [ ] Does the student meet the "VAAP participation criteria"? If yes, refer to the Aligned Standards of Learning for development of annual goals and short-term objectives or benchmarks.

- [ ] [✓] Based on the Present Level of Academic Achievement and Functional Performance, is this student being considered for participation in the Virginia Modified Achievement Standards Test (VMAST)? If yes, complete the "VMAST Participation Criteria" for each content considered.

**Participation In Statewide Assessments**

| Test | Non-Participant | Has Accommodation | Accommodations |
|---|---|---|---|
| VAAP: English: Reading | [ ] | [✓] | Examiner Record, Extended Response/Wait Time (Not to exceed 2 minutes), Large Print Material (18pt - 22pt), Picture Answer Cards with or without print, Read Aloud, Reduced answer choices |
| VAAP: Math | [ ] | [✓] | Examiner Record, Extended Response/Wait Time (Not to exceed 2 minutes), Large Print Material (18pt - 22pt), Picture Answer Cards with or without print, Read Aloud, Reduced answer choices |

**Participation In Division-Wide Assessments**

| Test | Non-Participant | Has Accommodation | Accommodations |
|---|---|---|---|
| DRA (K-5) | [✓] | [ ] | |
| Math Inventory(MI) (5th-8th, Alg. I) | [✓] | [ ] | |
| Reading Inventory(RI) (3rd-9th) | [✓] | [ ] | |

**Explanation For Non-Participation And How The Student Will Be Assessed**

If no is checked for any division-wide assessment, explain in the space below why the student **will not** participate in this test, the impact relative to promotion or graduation, how the student will be assessed in these areas, and the particular alternate or alternative assessment selected is appropriate. Refer to the VDOE's Procedures for Participation of Students with Disabilities in Virginia's Accountability System for guidance.

J____ is a student with significant cognitive disabilities, does not receive grade level instruction nor is she enrolled in a course which there is an SOL assessment. As such, J____ does not meet the criteria for participation in the Standards of Learning Assessments. She receives instruction in the Aligned Standards of Learning and meets the criteria for assessment through the VAAP for the current school year. Participating in the VAAP will impact the student's ability to earn a modified standard, standard, or advanced studies diploma.

## LEAST RESTRICTIVE ENVIRONMENT (LRE)

**LRE options considered**

- [✓] Public Day School
- [ ] Correctional Educational Program
- [ ] Home Based Placement
- [ ] Hospital Program
- [ ] Private Day School
- [ ] Private Residential School
- [ ] Public Residential School
- [ ] Public Separate School

**Lre Ele Sec Options**

Public Day School

**Rationale for LRE selection:**

a. Progress in the general curriculum is impacted by the disability?

Due to J▮'s significant delays in the areas of language, social, cognitive skills, motor and self help/adaptive skills, she requires level two services ( > 50% services) in a special education Functional Academics Foundations classroom. She is not participating in the general education curriculum and is not on a standard diploma track.

b. Explain to what extent the student will not participate with non-disabled peers in academic and non-academic environments.

Due to J▮'s significant delays in the area of academics, social, etc. J▮ requires the support of a Functional Academics Foundation classroom. She does have integration activities. J▮ does participate with age appropriate non-disabled peers during school assemblies and in other activities for all students (i.e Field trips, lunch, reading buddies). She will not participate with her non-disabled peers during her time in the Functional Academics Foundation Classroom, adaptive PE, adaptive art and adaptive music.

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| T⬛, J⬛ | ⬛/2008 | ⬛1211 | 05/01/2020 |

**PARENT (OR GUARDIAN) STATEMENT**

I/We understand that placement will be reviewed annually and more frequently, if necessary. I/We also understand I/we will be contacted if any placement changes are contemplated. Placement does not guarantee success; however, mutual cooperation will result in a greater degree of success in this program. I/We acknowledge that I/we have been notified and have received a copy of the Virginia Procedural Safeguards Notice pertaining to Special Education placement and have a basic understanding of these rights. I/We acknowledge that I/we have received a copy of the completed IEP form.

☐ I agree to the proposed placement in Special Education.
Signature below indicates permission for placement

_____     _____     _____
                                                                  Relationship to Student                   Date

☐ I do not agree to the proposed placement in Special Education.
Signature below denies permission for placement

_____     _____     _____
                                                                  Relationship to Student                   Date