CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/2/2022
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| JENNIFER BILLS, *et al.*, | CASE NO. 6:21-cv-51 |
| *Plaintiffs*, | |
| v. | ORDER |
| VIRGINIA DEPARTMENT OF EDUCATION, *et al.*, | |
| | JUDGE NORMAN K. MOON |
| *Defendants*. | |

For the reasons stated in the accompanying memorandum opinion, the Court hereby GRANTS Defendants' motions to dismiss, Dkt. 25, 28, 30, and 36, and DISMISSES with prejudice the Complaint, Dkt. 1.

The Clerk of Court is directed to deliver a copy of this order to all counsel of record, terminate all motions pending on the docket, and strike this case from the Court's active docket.

Entered this 2nd day of June 2022.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE